# IN THE UNITED STATES BANKRUPTCY
# COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LEISURE INVESTMENTS HOLDINGS LLC, *et al.*, [1] | Case No. 25-10606 (LSS) |
| Debtors. | (Jointly Administered) |

## SCHEDULES OF ASSETS AND LIABILITIES FOR
## MS LEISURE COMPANY (CASE NO. 25-10610)

---

[1]   Due to the large number of Debtors in these chapter 11 cases a complete list of the Debtors is not provided herein. A complete list of the Debtors along with the last four digits of their tax identification numbers, where applicable, may be obtained on the website of the Debtors' noticing and claims agent at https://veritaglobal.net/dolphinco, or by contacting counsel for the Debtors. For the purposes of these chapter 11 cases, the address for the Debtors is Leisure Investments Holdings LLC, c/o Riveron Management Services, LLC, 600 Brickell Avenue, Suite 2550, Miami, FL 33131.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LEISURE INVESTMENTS HOLDINGS LLC, *et al.*,[1] | Case No. 25-10606 (LSS) |
| Debtors. | (Jointly Administered) |

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, AND METHODOLOGY, DISCLAIMERS, AND SPECIFIC DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

Leisure Investments Holdings LLC and certain of its affiliates, as debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned chapter 11 cases (collectively, the "**Chapter 11 Cases**") have filed their respective *Schedules of Assets and Liabilities* (each, a "**Schedule**," and collectively, the "**Schedules**") and *Statements of Financial Affairs* (each, a "**Statement**," and collectively, the "**Statements**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**"), under section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and rule 1007 of the Federal Rules of Bankruptcy Procedures (the "**Bankruptcy Rules**"), and rule 1007-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware.

These *Global Notes and Statement of Limitations, and Methodology, Disclaimers, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of, the Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Debtors' financial records are located and prepared primarily in Cancun, Mexico according to International Financial Reporting Standards ("**IFRS**") and local requirements, as applicable, but the Schedules and Statements do not purport to represent financial statements prepared in accordance with IFRS or in accordance with accounting principles generally accepted in the United States ("**GAAP**"), nor are they intended to fully reconcile to the financial statements prepared for the Debtors. Additionally, the Schedules and Statements contain unaudited information that is subject to further review, verification, and potential adjustment and reflect the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated

---

[1] Due to the large number of Debtors in these chapter 11 cases a complete list of the Debtors is not provided herein. A complete list of the Debtors along with the last four digits of their tax identification numbers, where applicable, may be obtained on the website of the Debtors' noticing and claims agent at https://veritaglobal.net/dolphinco, or by contacting counsel for the Debtors. For the purposes of these chapter 11 cases, the address for the Debtors is Leisure Investments Holdings LLC, c/o Riveron Management Services, LLC, 600 Brickell Avenue, Suite 2550, Miami, FL 33131.

basis.  Because the accounting systems, policies, and practices of the Debtors were developed for consolidated reporting purposes rather than for reporting by legal entity, it is possible that not all assets and liabilities have been recorded with the correct legal entity on the Schedules and Statements.

The Schedules and Statements are unaudited and subject to adjustment.  In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of preparation.  Although the Debtors have made commercially reasonable efforts to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances, based on information that was available at the time of preparation, inadvertent errors, inaccuracies, or omissions may have occurred or the Debtors may discover subsequent information that requires material changes to the Schedules and Statements.  There can be no assurance that the Schedules and Statements are complete.  Accordingly, the Debtors reserve all rights to supplement and amend the Schedules and Statements, as may be necessary or appropriate.

The Debtors and their management, agents, attorneys, and financial advisors, professionals, and other representatives (collectively, the "**Advisors and Representatives**") do not guarantee or warrant the accuracy or completeness of the data that is provided in the Schedules and Statements and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein.  For the avoidance of doubt, the Debtors reserve their rights to amend and supplement the Schedules and Statements as may be necessary or appropriate but expressly do not undertake any obligation to revise the information provided in the Schedules and Statements, or to notify any third party should the information be revised or modified, except as required by applicable law.

The Schedules and Statements have been signed by Robert Wagstaff in his capacity as Chief Restructuring Officer of the Debtors.  In reviewing and signing the Schedules and Statements, Mr. Wagstaff has necessarily relied upon the efforts, statements, and representations of the Debtors' various personnel and advisors.  Mr. Wagstaff has not (and could not have) personally verified the accuracy of each statement and representation included in the Schedules and Statements, including statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

The Debtors have made reasonable efforts to characterize, classify, categorize or designate the claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, as applicable, correctly and with an effort to avoid duplication based on the financial information available to the Debtors, however, the Debtors may have improperly characterized, classified, categorized, or designated certain items.

## <u>Global Notes and Overview of Methodology</u>

1.    <u>**Description of Cases**</u>.  On March 31, 2025, all of the Debtors other than Controladora Dolphin, S.A. de C.V. ("**Controladora**") and Embassy of the Seas Limited ("**Embassy**") filed voluntary petitions for relief under chapter 11 of title 11 of the Bankruptcy Code in the Court.  On April 16, 2025 and May 4, 2025 (the applicable date on which each Debtor filed its chapter 11

case, the "**Petition Date**"), Controlodora and Embassy, respectively, also filed voluntary petitions for relief pursuant to chapter 11 of the Bankruptcy Code.  The Chapter 11 Cases are being jointly administered for procedural purposes only under the lead case, *In re Leisure Investments Holdings LLC, et al.*, Case No. 25-10606 (LSS) (Bankr. D. Del.).  The Debtors continue to operate their businesses and manage their properties as debtors and debtors in possession, pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2.    **Reservation of Rights**.  Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements, but inadvertent errors or omissions may exist.  The Debtors reserve all rights to: (i) amend or supplement the Schedules and Statements in all respects as may be necessary and appropriate; (ii) dispute or assert, offsets, setoffs, or defenses to, any claim reflected on the Schedules and Statements as to the amount, liability, priority, status, or classification; (iii) subsequently designate any claim as "disputed," "contingent," and/or "unliquidated"; or (iv) object to the extent, validity, enforceability, priority or avoidability of any claim regardless of whether such claim is designated in the Schedules and Statements as "disputed," "contingent," and/or "unliquidated."  Further, nothing contained in the Schedules and Statements or these Global Notes shall constitute an admission or a waiver of rights with respect to the Chapter 11 Cases, including, but not limited to, any issues involving objections to claims, substantive consolidation, equitable subordination, defenses, characterization, or recharacterization of contracts and leases, assumption or rejection of contracts and leases under the provisions of chapter 3 of the Bankruptcy Code, or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers.

3.    **Basis of Presentation**.  The Debtors historically prepared consolidated quarterly and annual unaudited consolidated financial statements.  Unlike the consolidated financial statements, the Schedules and Statements generally reflect the assets and liabilities of each Debtor on a non-consolidated basis.  Accordingly, the amounts listed in the Schedules and Statements will likely differ, at times materially, from the consolidated financial reports prepared historically.

The Schedules and Statements reflect the best available estimate of assets and liabilities of each Debtor, except where otherwise indicated.  Information contained in the Schedules and Statements has been derived from the available data extracted from the Debtors' books and records and historical financial statements.  The fair value and net realizable value of real and personal property may vary materially from the net book value presented herein.

4.    **Reporting Date**.  All asset and liability information, except where otherwise noted, is provided as of March 31, 2025.

5.    **Currency**.  All amounts are reflected in U.S. dollars, unless otherwise indicated.  For the sole purpose of the Schedules and Statements, foreign currency amounts have been converted to U.S. Dollars as of the Petition Date using published exchange rates.[2]

---

[2]    The applicable exchange rate for Mexican Peso denominated values is MXN/USD 0.049.  The applicable exchange rate for Pound Sterling denominated values is 1.29 GBP/USD.  The applicable exchange rate for Euro denominated values is 1.09 EUR/USD.

33341693.4

6.    **Estimates and Assumptions**.  The preparation of the Schedules and Statements required the Debtors to make estimates and assumptions that affected the reported amounts of certain assets and liabilities, the disclosure of certain contingent assets and liabilities, and the reported amounts of revenue and expenses.  Actual results could differ materially from these estimates.

7.    **Causes of Action**. Despite commercially reasonable efforts, the Debtors may not have identified all current and potential causes of action the Debtors may have against third parties in its Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets.  The Debtors reserve all rights to pursue any and all claims and causes of action against any and all third parties.

8.    **Undetermined, To Be Determined or Unknown Amounts**.  The description of an amount as "undetermined," "to be determined," "unliquidated", or "unknown" is not intended to reflect upon the materiality of such amount.

9.    **Net Book Value of Assets**.  The Debtors' have presented the net book value of their assets as of March 31, 2025.   As it would be prohibitively expensive and an inefficient use of estate resources for the Debtors to obtain current economic valuations for all of their assets, unless otherwise noted, the carrying value on the Debtors' books (e.g., net book value), rather than current economic values, is reflected on the Schedules and Statements, where applicable.  The net book values of certain assets may be materially different from their fair market values and/or the Debtors' enterprise valuation that will be prepared in connection with the Debtors' disclosure statement and chapter 11 plan.  For the avoidance of doubt, nothing contained in the Schedules and Statements is indicative of the Debtors' enterprise value.  The omission of an asset from the Schedules and Statements does not constitute a representation regarding the economic value or ownership of such asset and any such omission does not constitute a waiver of any rights of the Debtors with respect to such asset.

10.    **Cash Management System**. The Debtors use an integrated, centralized cash management system through which the Debtors pay disbursements on account of liabilities and expenses.   As a result, certain payments in the Schedules and Statements may have been made by one entity on behalf of another entity through the operation of the consolidated cash management system (the "**Cash Management System**").

11.    **Credits and Adjustments**. The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may either (i) omit credits, allowances, or other adjustments due from such creditors to the Debtors or (ii) be net of accrued credits, allowances, or other adjustments that are actually owed by a creditor to the Debtors on a postpetition basis on account of such credits, allowances, or other adjustments earned from prepetition payments.  The Debtors reserve all of their rights with regard to such credits, allowances, or other adjustments, including, but not limited to, the right to modify the Schedules and Statements, assert claims objections and/or setoffs with respect to the same, or apply such allowances in the ordinary course of business on a postpetition basis.

12.    **Executory Contracts**. Due to the difficulties in obtaining access to the Debtors' legal documents, including executory contracts and unexpired leases, the Debtors have been unable to

list the majority of their executory contracts and unexpired leases. Nothing herein or in the Schedules or Statements shall be construed as a concession, admission or evidence as to the determination of the legal status of any executory contracts or unexpired leases identified in the Schedules or Statements, including whether such contracts: (i) constitute executory contracts within the meaning of section 365 of the Bankruptcy Code or other applicable law; or (ii) have not expired or been terminated or otherwise are not current in full force and effect. The Debtors reserve all of their rights, claims, and causes of action with respect to the contracts and agreements listed on Schedule G, and may amend or supplement the Schedules and Statements when additional documents have been identified.

13.    **Intercompany Transactions**.  In the ordinary course of business, the Debtors and their non-Debtor affiliates engage in intercompany transactions (the "**Intercompany Transactions**"), which result in intercompany receivables and payables (the "**Intercompany Claims**"). Known and assumed prepetition receivables and payables among and between the Debtors and affiliates are reported on Schedule A/B, and Schedule E/F, respectively, per the Debtors' books and records. Intercompany Claims are presented based on the Debtors' current books and records; however, the corresponding balances between entities may not align due to foreign exchange, timing, reconciliation status, or other accounting differences. The Debtors reserve all rights to amend, modify, or supplement the Intercompany Claims as additional information becomes available, or reconciliations are completed. The listing of any amounts with respect to such receivables and payables is not, and should not be construed as, an admission of the characterization of such balances as debt, equity, or otherwise.

14.    **Liabilities**. Unless otherwise indicated, liabilities on the Schedules and Statements reflect net book values as of the Petition Date. Some of the scheduled liabilities are unknown, contingent, and/or unliquidated at this time. In such cases, the amounts are listed as "unknown," "to be determined," or "undetermined." Further, liabilities such as certain deferred liabilities, accruals, or general reserves, if any, are not included as they are general estimates and do not represent specific claims as of the Petition Date for each Debtor. Accordingly, the total amounts listed for some categories of liabilities in the Schedules and the Statements may not be equal to the aggregate amount of the Debtors' total liabilities as noted on any financial statements issued prior to the Petition Date.

15.    **Payments on Account of Prepetition Debt**. Due to obstruction from prior management, the Debtors were unable to gain meaningful access to their books and records until June 2025. Based on the Debtors' review of the books and records, it appears that prior management made payments on account of prepetition debts in the postpetition period during the Chapter 11 Cases. The Debtors are currently investigating these payments and reserve all rights with respect thereto. Accordingly, certain outstanding liabilities that have been reduced or satisfied by postpetition payments made on account of prepetition liabilities may not be listed in the Schedules and Statements or have been designated as "unknown" or "to be determined." To the extent the Debtors pay any of the Claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all of their rights to amend or supplement the Schedules and Statements or take other actions as necessary or appropriate to avoid over-payment of or duplicate payments for any such liabilities. The estimate of claims set forth in the Schedules and Statements may not reflect assertions by the Debtors' creditors of a right to have such claims paid or reclassified under the Bankruptcy Code or orders of the Court.

16.   **Liens**.  The inclusion of creditors on Schedule D is not an acknowledgement of the validity, extent, or priority of any liens, and the Debtors reserve their right to challenge such liens and the underlying claims on any ground whatsoever.   Nothing in these Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements or an acknowledgment of same.

17.   **Insiders**.   In circumstances where the Schedules and Statements require information regarding "insiders," the Debtors have included information with respect to the individuals who the Debtors believe may be included in the definition of "insiders" as such term is defined in section 101(31) of the Bankruptcy Code.  The listing of a person as an "insider," is included for informational purposes only, and such listing is not intended to be, nor should be construed as, a legal characterization of such person as an insider, nor does it serve as an admission of any fact, claim, right, or defense, and all such rights, claims, and defenses are hereby expressly reserved. The Debtors reserve the right to dispute whether someone identified as an insider herein is in fact an "insider" as within the meaning of section 101(31) of the Bankruptcy Code or otherwise.

**Specific Disclosures with Respect to the Debtors' Schedules**

**Schedule A/B Notes**.

- Cash and Cash Equivalents (AB1 through AB5).  The reported bank balances and cash on hand have been, in some instances, converted into U.S. dollars as of the Petition Date.

- Deposits (AB7).   The Debtors have made reasonable efforts to identify all deposits. However, the Schedules may not reflect an exhaustive list of deposits.  The amounts listed by the Debtors in response to AB7 include deposits by Debtors that may have been offset and withdrawn postpetition by the counterparty.

- Inventory (AB19 through AB26).  Items listed in AB19-26 are scheduled according to their net book value.

**Schedule D Notes**.

- Except as otherwise agreed in accordance with any stipulation and order entered by the Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien listed on Schedule D purported to be granted to a secured creditor or perfected in any specific asset.

- Except as specifically stated herein, lessors of real property and equipment, utility companies, and any other parties which may hold security deposits or other security interests, have not been listed on Schedule D.   The Debtors have also not listed on Schedule D any parties whose claims may be secured through rights of setoff, deposits, or advance payments.

- Certain claims are listed on Schedule D as "undetermined" because the value of the collateral securing such potential claims is unknown.

33341693.4

- The descriptions provided on Schedule D are intended only as a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens. Nothing in these Global Notes or in the Schedules and Statements shall be deemed a modification, interpretation or an acknowledgment of the terms of such agreements or related documents.

**Schedule E/F Notes**.

- Schedule E/F may contain information regarding pending litigation involving the Debtors. The inclusion of any legal action in the Schedules and Statements does not constitute an admission by the Debtors of any liability, the validity of any litigation, or the amount of any potential claim that may result from any claims with respect to any legal action and the amount and treatment of any potential claim resulting from any legal action currently pending or that may arise in the future.

**Schedule G Notes**.

- The Debtors hereby reserve all rights to dispute the validity, status, or enforceability of any contracts, agreements or leases set forth in Schedule G and to amend or supplement Schedule G as necessary. Additionally, the placing of a contract or lease onto Schedule G shall not be deemed an admission that such contract is an executory contract or unexpired lease, or that it is necessarily a binding, valid, and enforceable contract.

- Any and all of the Debtors' rights, claims and causes of action with respect to the contracts and agreements listed on Schedule G are hereby reserved and preserved. In addition, as detailed above, due to the difficulties in obtaining access to the Debtors' legal documents, including executory contracts and unexpired leases, the majority of the Debtors executory contracts and unexpired leases have not been listed. The Debtors are continuing to obtain such documents and expressly reserve their right to amend the Schedules as necessary.

- Certain of the leases listed on Schedule G may contain renewal options, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth on Schedule G. Certain of the agreements listed on Schedule G may also be in the nature of conditional sales agreements or financings, and their inclusion on Schedule G is not an admission that the agreement is an executory contract, financing agreement, or otherwise.

- Certain of the contracts, agreements, and leases listed on Schedule G may have been entered into by more than one of the Debtors. In such cases, the Debtors have made their best efforts to determine the correct Debtor's Schedule G on which to list such executory contract.

33341693.4

7

**<u>Schedule H Notes</u>**.

- In certain instances, a Debtor may be a guarantor or co-obligor with respect to certain executory contracts, unexpired leases, secured financings, debt instruments and other similar agreements or scheduled claims of other Debtors.  Such guaranties may not be included on Schedule H.  The Debtors reserve all rights to amend the Schedules to the extent additional guaranties are identified.

33341693.4

## Specific Disclosures with Respect to the Debtors' Statements

**Statement Question 3 – 90 Day Payment/Question 4 – Payments to Insiders**.

Pursuant to the Cash Management System, certain Debtor obligations may be funded by a different Debtor.  Payments are reported on the Statement of the Debtor that made the payment directly to the creditor.

**Statement Question 4 – Payments to Insiders**.  The inclusion of any payments in response to Question 4 is not a concession that the applicable recipient of any such payments was in fact an "insider" within the meaning of section 101(31) of the Bankruptcy Code or otherwise.  For more detail, please refer to Global Note "Insiders."

**Statement Question 7 – Legal Actions**.  Certain litigation actions against one Debtor may relate to other Debtors.  The Debtors have made commercially reasonable efforts to identify all current pending litigation involving the Debtors and to record these actions in the Statements of the Debtor that is party to the action.  However, certain omissions may have occurred.  The inclusion of any legal action in this question does not constitute an admission by the Debtors of any liability, the validity of any litigation, or the amount of any potential claim currently pending or that may arise in the future.  As the Debtors continue to operate their business, additional litigation actions may arise as a result thereof.  Accordingly, the Debtors reserve the right to amend, supplement, or otherwise modify the Schedules and Statements, as is necessary or appropriate.

**Statement Question 28 and 29 – Current and Former Officer and Directors**.  The Debtors have made commercially reasonable efforts to list the known current and former officers and directors for each Debtor entity based on a review of existing books and records and other available information which may not be complete and updated as of the Petition Date. While this information is based on a review of the best historical information available, inadvertent errors or omissions may exist.

**Fill in this information to identify the case:**

Debtor Name: In re : MS Leisure Company

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 25-10610 (LSS)

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1:  Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**

   Copy line 88 from *Schedule A/B* ......................................................................................................

   $ _____ 0.00

   1b. **Total personal property:**

   Copy line 91A from *Schedule A/B* ...................................................................................................

   $ _____ 10,266,928.74

   1c. **Total of all property:**

   Copy line 92 from *Schedule A/B* .....................................................................................................

   $ _____ 10,266,928.74

## Part 2:  Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* .....................

   $ _____ 223,758,666.09

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

   Copy the total claims from Part 1 from line 5a of *Schedule E/F* ..........................................................

   $ _____ 389,800.12

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**

   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ...................................

   + $ _____ 30,686,710.42

4. **Total liabilities**

   Lines 2 + 3a + 3b .............................................................................................................................

   $ _____ 254,835,176.63

**Fill in this information to identify the case:**

Debtor Name: In re : MS Leisure Company

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 25-10610 (LSS)

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

2. **Cash on hand**

| | | | |
|---|---|---|---|
| 2.1 Petty Cash | | $ | 2,000.00 |
| 2.2 Other Cash on Hand | | $ | 17,000.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | | |
|---|---|---|---|---|
| 3.1 Bank of America, N.A. | Operating Account | 8190 | $ | 22,322.29 |
| 3.2 JPMorgan Chase Bank, N.A. | Deposit | 6329 | $ | 886.15 |

4. **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1 None | $ | |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | $ | 42,208.44 |
   |---|---|

Debtor: MS Leisure Company
_____
Name

Case number *(if known):* 25-10610
_____

---

**Part 2:    Deposits and prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.

   ☒ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|--|--|--|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   | 7.1 None | | $ |
   |----------|--|---|

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   | 8.1 Prepaid Insurance - Various holders | $ | 37,393.17 |
   |-----------------------------------------|---|-----------|
   | 8.2 Prepaid Operating Costs - Various holders | $ | 393,677.68 |
   | 8.3 Prepaid Other Assets - Various holders | $ | 160,000.00 |

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.

   | $ | 591,070.85 |
   |---|------------|

---

Debtor: MS Leisure Company
_____
Name

Case number *(if known)*: 25-10610

| **Part 3:** | **Accounts receivable** |

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☒ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

| | | Description | face amount | | doubtful or uncollectible accounts | | | | Current value |
|---|---|---|---|---|---|---|---|---|---|
| 11a. | 90 days old or less: | | $ | 17.98 | - $ | 0.00 | =..... ➜ | $ | 17.98 |
| 11b. | Over 90 days old: | | $ | 60,296.27 | - $ | 0.00 | =..... ➜ | $ | 60,296.27 |

12. **Total of Part 3.**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$ 60,314.25

| Debtor: | MS Leisure Company | Case number *(if known):* | 25-10610 |
|---|---|---|---|
| | Name | | |

## Part 4:  Investments

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    _____    _____    $ _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity: _____    % of ownership: _____    $ _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    _____    _____    $ _____

17. **Total of Part 4.**

    Add lines 14 through 16. Copy the total to line 83.

    $ _____  0.00

Debtor: MS Leisure Company

Name

Case number *(if known):* 25-10610

---

**Part 5:**   **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**
    - ☐ No. Go to Part 6.
    - ☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| 19.1 None | | $ | | $ |
| **20. Work in progress** | | | | |
| 20.1 None | | $ | | $ |
| **21. Finished goods, including goods held for resale** | | | | |
| 21.1 Inventory - Boutique | 9/30/2025 | $ 143,808.11 | Book Value | $ 143,808.11 |
| 21.2 Inventory - F&B | 3/31/2025 | $ 46,969.26 | Book Value | $ 46,969.26 |
| 21.3 Inventory - Fish | 3/31/2025 | $ 12,415.35 | Book Value | $ 12,415.35 |
| 21.4 Inventory - Medicines & Supplies | 3/31/2025 | $ 17,459.84 | Book Value | $ 17,459.84 |
| **22. Other inventory or supplies** | | | | |
| 22.1 None | | $ | | $ |

23. **Total of Part 5.**

    Add lines 19 through 22. Copy the total to line 84.

    $ 220,652.56

24. **Is any of the property listed in Part 5 perishable?**
    - ☐ No
    - ☒ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    - ☐ No
    - ☒ Yes. Description_____ Book value $ _____ Valuation method _____ Current value $ _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    - ☒ No
    - ☐ Yes

---

Debtor: MS Leisure Company
_____
Name

Case number *(if known)*: 25-10610
_____

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $ | | $ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | $ | | $ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $ | | $ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $ | | $ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $ | | $ |
| 33. **Total of Part 6.** Add lines 28 through 32. Copy the total to line 85. | | | $ 0.00 |

34. **Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
☐ No
☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Description_____ Book value $ _____ Valuation method _____ Current value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor: MS Leisure Company
_____
Name

Case number (if known): 25-10610
_____

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |
| 39.1 Aquarium Items | $ 12,683.25 | Net Book Value | $ 12,683.25 |
| 39.2 Furniture and Fixtures | $ 1,297.00 | Net Book Value | $ 1,297.00 |
| 39.3 Lights | $ 46,534.84 | Net Book Value | $ 46,534.84 |
| 39.4 Lights | $ 41,834.25 | Net Book Value | $ 41,834.25 |
| 39.5 Lights | $ 56,250.00 | Net Book Value | $ 56,250.00 |
| 39.6 Zigong Co-Creation pago | $ 41,336.55 | Net Book Value | $ 41,336.55 |
| 39.7 Zigong Co-Creation pago saldo | $ 96,451.95 | Net Book Value | $ 96,451.95 |
| **40.** **Office fixtures** | | | |
| 40.1 None | $ | | $ |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1 Photo Equipment | $ 17,929.88 | Net Book Value | $ 17,929.88 |
| 41.2 Setups Expenses | $ 1,021,568.61 | Book Value | $ 1,021,568.61 |

**42.** **Collectibles** *Examples:* Antiques and figurines; paintings,prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| | | | |
|---|---|---|---|
| 42.1 None | $ | | $ |

**43.** **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

$ 1,335,886.33

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor: MS Leisure Company

Case number (if known): 25-10610

Name

---

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | $                None | | $ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | $                None | | $ |
| **49. Aircraft and accessories** | | | |
| 49.1 | $                None | | $ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1  Various machinery, fixtures, and equipment | $        2,167,250.37 | Net Book Value | $        2,167,250.37 |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$        2,167,250.37

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor: MS Leisure Company

Case number *(if known):* 25-10610

Name

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

☐  No. Go to Part 10.
☑  Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  Marine Park located at 4400 Rickenbacker Causeway, Miami, Florida 33149 | Leasehold | $      Undetermined | n/a | $      Undetermined |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$              0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?`**

☐  No
☑  Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑  No
☐  Yes

Debtor: MS Leisure Company
_____
Name

Case number *(if known)*:  25-10610

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**
- ☐ No. Go to Part 11.
- ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1 Trademark: MIAMI SEAQUARIUM | $        Undetermined | | $        Undetermined |
| 60.2 Trademark: SEAQUARIUM | $        Undetermined | | $        Undetermined |
| **61. Internet domain names and websites** | | | |
| 61.1 miamiseaquarium.com/ | $        Undetermined | | $        Undetermined |
| **62. Licenses, franchises, and royalties** | | | |
| 62.1 None | $ | | $ |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| 63.1 Miami Seaquarium Blog | $        Undetermined | | $        Undetermined |
| **64. Other intangibles, or intellectual property** | | | |
| 64.1 None | $ | | $ |
| **65. Goodwill** | | | |
| 65.1 None | $ | | $ |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$                    0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
- ☐ No
- ☑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☑ No
- ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

Debtor:  MS Leisure Company                                   Case number *(if known)*:    25-10610
_____
Name

## Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐  No. Go to Part 12.
☑  Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)        Total face amount        doubtful or uncollectible accounts

71.1 None                                        $ _____ - $ _____ =.... ➔  $ _____

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

72.1 Federal and State NOL Carryforward        Tax year  12/31/2023        $        5,312,253.00

73. **Interests in insurance policies or annuities**

73.1 None                                                                 $ _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1 Philip Demers                                                        $        To be determined

**Nature of claim**        Unauthorized Drone Flights

**Amount requested**        $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1 None                                                                 $ _____

**Nature of claim**        _____

**Amount requested**        $ _____

76. **Trusts, equitable or future interests in property**

76.1 None                                                                 $ _____

77. **Other property of any kind not already listed**  *Examples*: Season tickets, country club membership

77.1 Bottlenose Dolphin (16)                                              $        Undetermined

77.2 California Sea Lion (10)                                             $        Undetermined

77.3 Harbor Seal (8)                                                      $        Undetermined

77.4 Intercompany Receivable -  Controladora Dolphin, S.A. de C.V        $        4,110.68

77.5 Intercompany Receivable -  Dtraveller Limited                       $        29,317.44

77.6 Intercompany Receivable -  Leisure Investment Holdings LLC          $        750.00

77.7 Intercompany Receivable -  Marineland Leisure, Inc.                 $        29,341.40

Debtor: MS Leisure Company
_____
Name

Case number *(if known)*: 25-10610
_____

| | | |
|---|---|---|
| 77.8 Intercompany Receivable -  Marineland Leisure, Inc. | $ | 349,245.07 |
| 77.9 Intercompany Receivable -  The Dolphin Connection, Inc. | $ | 71,155.20 |
| 77.10 Intercompany Receivable - Dolphin Leisure, Inc. | $ | 24,353.36 |
| 77.11 Intercompany Receivable - TDC Leisure Holdings LLC | $ | 25,650.00 |
| 77.12 Intercompany Receivable - Viajero Cibernético, S.A. de C.V. | $ | 3,369.79 |
| 77.13 Pacific White-sided Dolphin | $ | Undetermined |

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.

$ 5,849,545.94

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor: MS Leisure Company
_____
Name

Case number *(if known)*: 25-10610

---

**Part 12:** **Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 42,208.44 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2*. | $ 591,070.85 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 60,314.25 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 220,652.56 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 1,335,886.33 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 2,167,250.37 | |
| 88. **Real property.** *Copy line 56, Part 9*.........................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | $ 5,849,545.94 | |
| 91. **Total.** Add lines 80 through 90 for each column...............91a. | $ 10,266,928.74 | + 91b. $ 0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............ | | $ 10,266,928.74 |

**Fill in this information to identify the case:**

Debtor Name: In re : MS Leisure Company

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 25-10610 (LSS)

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral that<br>supports this claim |
|---|---|---|

**2.1 Creditor's name**

Cigna Health and Life Insurance Company
*Creditor's Name*

**Describe debtor's property that is subject to a lien**

Substantially all assets of the Debtor

$ 29,450,698.24    $    Unliquidated

**Creditor's mailing address**

Attention: Fixed Income Securities
*Notice Name*

900 Cottage Grove Road
*Street*

**Describe the lien**

Secured first priority lien

**Is the creditor an insider or related party?**

☑ No
☐ Yes

| Bloomfield | CT | 06002 |
|---|---|---|
| City | State | ZIP Code |

*Country*

**Creditor's email address, if known**

Lenny.Mazlish@CignaHealthcare.com,
Graham.Bradler@CignaHealthcare.com,
CIMFixedIncomeSecurities@Cigna.com

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors(Official Form 206H).*

**Date debt was incurred**    6/8/2020,6/27/2022

**Last 4 digits of account number**    _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes. The relative priority of creditors is specified on lines

   See above

Debtor: MS Leisure Company

Name

Case number (if known): 25-10610

| **Part 1:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

2.2 **Creditor's name**

Leisure Investment Funding LLC

Creditor's Name

**Creditor's mailing address**

Attn: Real Estate Asset Management

Notice Name

9 West 57th Street, 40th Floor

Street

| New York | NY | 10019 |
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

sreassetmgmt@sculptor.com

**Date debt was incurred**    6/27/2022

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☒ Yes. The relative priority of creditors is specified on lines

    See above

**Describe debtor's property that is subject to a lien**

Substantially all assets of the Debtor

$ 105,951,075.00    $    Unliquidated

**Describe the lien**

Secured second priority lien

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

*NOTE: Total claim amount is $105,951,075.00 plus interest, fees, and costs*

| Debtor: | MS Leisure Company | Case number *(if known):* | 25-10610 |
|---|---|---|---|
| | Name | | |

**Part 1:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|

2.3 **Creditor's name**

Prudential Legacy Insurance Company of New Jersey

Creditor's Name

**Creditor's mailing address**

Attention: Managing Director – Corporate and Project Workout

Notice Name

655 Board Street, 17th Floor

Street

South Tower

| Newark | NJ | 07102 |
|---|---|---|
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

cpw@prudential.com

**Date debt was incurred**     6/8/2020,6/27/2022

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐   No

☑   Yes. Have you already specified the relative priority?

    ☐   No. Specify each creditor, including this creditor, and its relative priority.

    ☑   Yes. The relative priority of creditors is specified on lines

         See above

**Describe debtor's property that is subject to a lien**

Substantially all assets of the Debtor     $   38,700,319.07    $      Unliquidated

**Describe the lien**

Secured first priority lien

**Is the creditor an insider or related party?**

☑   No

☐   Yes

**Is anyone else liable on this claim?**

☐   No

☑   Yes. Fill out *Schedule H: Codebtors(Official Form 206H).*

**As of the petition filing date, the claim is:**
Check all that apply.

☐   Contingent

☐   Unliquidated

☐   Disputed

---

| Debtor: | MS Leisure Company | Case number *(if known):* | 25-10610 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|

**2.4 Creditor's name**

The Prudential Insurance Company of America

Creditor's Name

**Creditor's mailing address**

Attention: Managing Director – Corporate and Project Workout

Notice Name

655 Board Street, 17th Floor

Street

South Tower

| Newark | NJ | 07102 |
|---|---|---|
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

cpw@prudential.com

**Date debt was incurred**   6/8/2020,6/27/2022

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes. The relative priority of creditors is specified on lines

    See above

**Describe debtor's property that is subject to a lien**

Substantially all assets of the Debtor

$ 49,656,573.78    $    Unliquidated

**Describe the lien**

Secured first priority lien

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors(Official Form 206H).*

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**3.** **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$ 223,758,666.09

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | | | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|---|---|
| Baker & McKenzie LLP | | | Line 2.1 | |
| Name | | | | |
| Attn: Paul J. Keenan Jr. | | | | |
| Notice Name | | | | |
| 830 Brickell Plaza | | | | |
| Street | | | | |
| Suite 3100 | | | | |
| | | | | |
| Miami | FL | 33131 | | |
| City | State | ZIP Code | | |
| | | | | |
| Country | | | | |
| Baker & McKenzie LLP | | | Line 2.3 | |
| Name | | | | |
| Attn: Paul J. Keenan Jr. | | | | |
| Notice Name | | | | |
| 830 Brickell Plaza | | | | |
| Street | | | | |
| Suite 3100 | | | | |
| | | | | |
| Miami | FL | 33131 | | |
| City | State | ZIP Code | | |
| | | | | |
| Country | | | | |
| Baker & McKenzie LLP | | | Line 2.4 | |
| Name | | | | |
| Attn: Paul J. Keenan Jr. | | | | |
| Notice Name | | | | |
| 830 Brickell Plaza | | | | |
| Street | | | | |
| Suite 3100 | | | | |
| | | | | |
| Miami | FL | 33131 | | |
| City | State | ZIP Code | | |
| | | | | |
| Country | | | | |

Debtor: MS Leisure Company

Name

Case number *(if known)*: 25-10610

Latham & Watkins LLP

Name

Line 2.2

Attn: Whit Morley

Notice Name

220 North Wabash Avenue

Street

Suite 2800

Chicago

City

IL

State

60611

ZIP Code

Country

**Fill in this information to identify the case:**

Debtor Name: In re : MS Leisure Company

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 25-10610 (LSS)

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).**

   ☐ No. Go to Part 2.

   ☑ Yes. Go to Line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | **Total claim** | **Priority amount** |
|---|---|---|

2.1 **Priority creditor's name and mailing address**

Internal Revenue Service
Creditor Name

Creditor's Notice name

1111 Constitution Avenue NW
Address

| Washington | DC | 20224 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Multiple

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ ___ Unliquidated    $ ___ Unliquidated
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Income Tax Payable (Federal)

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: MS Leisure Company
Name

Case number *(if known)*    25-10610

**2.2 Priority creditor's name and mailing address**

Miami-Dade County
Creditor Name

Creditor's Notice name

200 NW 2nd Ave
Address

| Miami | FL | 33128 |
|-------|-----|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Multiple

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $              1,074.82   $              1,074.82
*Check all that apply.*

☐ Contingent

☒ Unliquidated

☐ Disputed

**Basis for the claim:**

March Tourist Return

**Is the claim subject to offset?**

☒ No

☐ Yes

**2.3 Priority creditor's name and mailing address**

State of Florida Department of Revenue
Creditor Name

Creditor's Notice name

2450 Shumard Oak Blvd,
Address

| Tallahassee | FL | 32311 |
|-------------|-----|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Multiple

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $            324,989.94   $            Unliquidated
*Check all that apply.*

☐ Contingent

☒ Unliquidated

☐ Disputed

**Basis for the claim:**

Sales Tax Payable

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: MS Leisure Company
Name

Case number *(if known)*: 25-10610

**2.4 Priority creditor's name and mailing address**

State of Florida Department of Revenue
Creditor Name

Creditor's Notice name

2450 Shumard Oak Blvd,
Address

| Tallahassee | FL | 32311 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Multiple

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ 63,735.36    $    Unliquidated
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

March Sales Tax Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**Part 2:**     **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | Amount of claim |
|---|---|

3.1 **Nonpriority creditor's name and mailing address**

29 Tonight, Inc.
Creditor Name

Creditor's Notice name

24040 Camino del Avion
Address

| Dana Point | CA | 92629 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $                     1,684.14
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

3.2 **Nonpriority creditor's name and mailing address**

32 DEGREES SERVICES COMPANY, INC.
Creditor Name

Creditor's Notice name

19431 NW 59th Pl
Address

| Hialeah | FL | 33015 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $                     2,450.18
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: MS Leisure Company

Case number *(if known)*: 25-10610

**3.3 Nonpriority creditor's name and mailing address**

A Penny For Your Thoughts Entertainment
Creditor Name

Creditor's Notice name

5675 University Blvd W
Address

| Jacksonville | FL | 32216 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 437.66
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.4 Nonpriority creditor's name and mailing address**

A TO Z TOWELS
Creditor Name

Creditor's Notice name

2914 NW 72nd Ave
Address

| Miami | FL | 33122 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 1,188.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

| Debtor: | MS Leisure Company | | Case number *(if known)* | 25-10610 |
|---|---|---|---|---|
| | Name | | | |

**3.5 Nonpriority creditor's name and mailing address**

A1 Tents & Structures, Inc.
Creditor Name

Creditor's Notice name

234 W 24th St
Address

| Hialeah | FL | 33010 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $            513.60
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

---

**3.6 Nonpriority creditor's name and mailing address**

A1A Electric Signs & Neon, Inc.
Creditor Name

Creditor's Notice name

3655 W 16th Ave
Address

| Hialeah | FL | 10017 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $          1,590.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

---

| Debtor: | MS Leisure Company | Case number *(if known)*: | 25-10610 |
| | Name | | |

**3.7** **Nonpriority creditor's name and mailing address**

Ace Hardware Corporation
Creditor Name

Creditor's Notice name

2915 Jorie Blvd
Address

| Oak Brook | IL | 60523 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 487.53
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.8** **Nonpriority creditor's name and mailing address**

Acentria, Inc.
Creditor Name

Creditor's Notice name

4634 Gulfstarr Dr
Address

| Destin | FL | 32541 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 15,408.36
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:   MS Leisure Company
Name

Case number *(if known)*   25-10610

**3.9** **Nonpriority creditor's name and mailing address**

AIRGAS USA LLC
Creditor Name

Creditor's Notice name

259 North Radnor-Chester Road
Address

| Radnor | PA | 19087 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   827.35
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.10** **Nonpriority creditor's name and mailing address**

Akerman LLP
Creditor Name

Creditor's Notice name

98 SE 7th St #1100
Address

| Miami | FL | 33131 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   62,712.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Legal Fees

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: MS Leisure Company

Case number *(if known)* 25-10610

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $ | 2,500.00 |

**Nonpriority creditor's name and mailing address**

Alliance of Marine Mammal Parks and Aquariums
Creditor Name

Creditor's Notice name

218 N Lee St
Address

| Alexandria | VA | 22314 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 2,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

3.12 **Nonpriority creditor's name and mailing address**

Allied Universal Security Services LLC
Creditor Name

Creditor's Notice name

161 Washington Street
Address

| Conshohocken | PA | 60463 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 29,548.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

| Debtor: | MS Leisure Company | Case number *(if known)*: | 25-10610 |
|---|---|---|---|
| | Name | | |

**3.13 Nonpriority creditor's name and mailing address**

Amazon Hose & Rubber Company
Creditor Name

Creditor's Notice name

PO Box 035184
Address

| Seattke | WA | 98124 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  506.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.14 Nonpriority creditor's name and mailing address**

American Gift Corporation
Creditor Name

Creditor's Notice name

6600 NW 74th Avenue
Address

| Miami | FL | 33146 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  28.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: MS Leisure Company

Case number *(if known)*: 25-10610

**3.15 Nonpriority creditor's name and mailing address**

American Mat & Rubber, Inc.
Creditor Name

Creditor's Notice name

312 NW 29th Street
Address

| Miami | FL | 33127 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**
**number**

**As of the petition filing date, the claim is:** $ 1,105.31
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.16 Nonpriority creditor's name and mailing address**

American Plumbing, Inc.
Creditor Name

Creditor's Notice name

1735 Alton Rd
Address

| Miami Beach | FL | 33139 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**
**number**

**As of the petition filing date, the claim is:** $ 938.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

| Debtor: | MS Leisure Company |
| --- | --- |

Case number *(if known)*: 25-10610

**3.17 Nonpriority creditor's name and mailing address**

AmeriGas Partners, L.P.
Creditor Name

Creditor's Notice name

705 South Krome Ave
Address

| Homestead | FL | 33030 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: $ 4,242.64
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.18 Nonpriority creditor's name and mailing address**

Animal Health Diagnostic Center
Creditor Name

Creditor's Notice name

P.O. Box 5786
Address

| Ithaca | NY | 14852-5786 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: $ 278.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor: MS Leisure Company
Name

Case number *(if known)*: 25-10610

**3.19 Nonpriority creditor's name and mailing address**

Animals Are Forever, Inc.
Creditor Name

Creditor's Notice name

24040 Camino del Avion
Address

| Dana Point | CA | 92629 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 0.00
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No
☐ Yes

**3.20 Nonpriority creditor's name and mailing address**

Antech Diagnostics, Inc.
Creditor Name

Creditor's Notice name

3884 Forest Hill Blvd
Address

| Palm Springs | FL | 33406 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,920.01
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor: MS Leisure Company

Case number *(if known)*: 25-10610

---

**3.21 Nonpriority creditor's name and mailing address**

Aquarama Inc.
Creditor Name

Creditor's Notice name

2151 NW 27th Ave
Address

| Miami | FL | 33142 |
|-------|-----|---------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $                    0.00
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.22 Nonpriority creditor's name and mailing address**

AT&T, Inc.
Creditor Name

Creditor's Notice name

208 S. Akard St.
Address

| Dallas | TX | 75202 |
|--------|-----|---------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $                1,697.23
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor: MS Leisure Company
Name

Case number *(if known)*    25-10610

3.23 **Nonpriority creditor's name and mailing address**

Athens Veterinary Diognostic Laboratory
Creditor Name

Creditor's Notice name

501 D. W. Brooks Drive
Address

| Atherns | GA | 30602 |
|---------|-------|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                12,806.06
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

3.24 **Nonpriority creditor's name and mailing address**

Atlantic Alarm, Inc.
Creditor Name

Creditor's Notice name

4874 SW 163rd Ave
Address

| Southwest Ranches | FL | 33331 |
|---------|-------|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                   107.44
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  MS Leisure Company

Case number *(if known)*:  25-10610

**3.25** **Nonpriority creditor's name and mailing address**

Atlantic Awnings & Metal Works, Inc.
Creditor Name

Creditor's Notice name

7410 W 18th Ln
Address

| Hialeah | FL | 33014 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $ 22,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.26** **Nonpriority creditor's name and mailing address**

Atlantic Pacific Companies
Creditor Name

Creditor's Notice name

PO Box 874
Address

| North Kingstown | RI | 02852 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $ 39,726.33
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: MS Leisure Company

Case number *(if known)*: 25-10610

**3.27** **Nonpriority creditor's name and mailing address**

Audacy Operations, Inc.
Creditor Name

Creditor's Notice name

2400 Market Street
Address

Philadelphia          PA          19103
City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $          5,000.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.28** **Nonpriority creditor's name and mailing address**

Austins Diving Center
Creditor Name

Creditor's Notice name

10525 S Dixie Hwy
Address

Miami          FL          33156
City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $          1,279.72
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: MS Leisure Company

Case number *(if known)*: 25-10610

**3.29 Nonpriority creditor's name and mailing address**

B&KTRADING INTERNATIONAL
Creditor Name

Creditor's Notice name

1991 Tigertail Blvd #A
Address

| Dania Beach | FL | 33004 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 12,569.89
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.30 Nonpriority creditor's name and mailing address**

Barcodes, Inc.
Creditor Name

Creditor's Notice name

200 West Monroe Street
Address

| Chicago | IL | 60606 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 174.62
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: MS Leisure Company
Name

Case number *(if known)*: 25-10610

**3.31 Nonpriority creditor's name and mailing address**

Bay-Tech Industries, Inc.
Creditor Name

Creditor's Notice name

1253 1st Avenue
Address

| Harvey | LA | 70058 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 8,269.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.32 Nonpriority creditor's name and mailing address**

Bionic Zoo & Aquarium, Inc
Creditor Name

Creditor's Notice name

95 NW 13th Ave
Address

| Pompano Beach | FL | 33069 |
|---------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 612.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: MS Leisure Company

Name

Case number *(if known)*: 25-10610

**3.33 Nonpriority creditor's name and mailing address**

Brad Andrews

Creditor Name

Creditor's Notice name

[Available Upon Request]

Address

City                State        ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                7,500.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.34 Nonpriority creditor's name and mailing address**

BRIDGEFIELD CASUALTY INSURANCE COMPANY

Creditor Name

Creditor's Notice name

2310 Commerce Point Drive

Address

Lakeland          FL          33801

City                State        ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                2,825.68

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: MS Leisure Company

Name

Case number *(if known)*    25-10610

**3.35  Nonpriority creditor's name and mailing address**

Brinks Home

Creditor Name

Creditor's Notice name

36 NE 1st St

Address

| Miami | FL | 32399-0110 |
|-------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    2,396.57

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.36  Nonpriority creditor's name and mailing address**

BROOKE BURKHALTER, DVM

Creditor Name

Creditor's Notice name

10200 US Hwy 1 S

Address

| St. Augustine | FL | 32086 |
|---------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    0.00

*Check all that apply.*

☐  Contingent

☒  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: MS Leisure Company

Name

Case number *(if known)*  25-10610

---

**3.37  Nonpriority creditor's name and mailing address**

Buckeye Cleaning Centers

Creditor Name

Creditor's Notice name

2700 Wagner Place

Address

| Maryland Heights | MO | 63043 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  7,913.71

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

---

**3.38  Nonpriority creditor's name and mailing address**

Buckeye Cleaning Centers

Creditor Name

Creditor's Notice name

2700 Wagner Place

Address

| Maryland Heights | MO | 63043 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  418.26

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

---

| Debtor: | MS Leisure Company | | Case number *(if known)*: | 25-10610 |
|---|---|---|---|---|
| | Name | | | |

**3.39** **Nonpriority creditor's name and mailing address**

C & R Metals, Inc.
Creditor Name

Creditor's Notice name

2991 NW North River Dr
Address

| Miami | FL | 33142 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 205.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.40** **Nonpriority creditor's name and mailing address**

Calc Engineering LLC
Creditor Name

Creditor's Notice name

2000 NW 89th Pl UNIT 102
Address

| Doral | FL | 33172 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:   MS Leisure Company
          Name

Case number *(if known)*     25-10610

**3.41**  **Nonpriority creditor's name and mailing address**

Care Pest Solutions, Inc.
Creditor Name

Creditor's Notice name

43137 Venture St #107
Address

| Lancaster | CA | 93535 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $ 0.00
*Check all that apply.*

☐  Contingent
☒  Unliquidated
☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**
☒  No
☐  Yes

**3.42**  **Nonpriority creditor's name and mailing address**

Ccp Industries, Inc.
Creditor Name

Creditor's Notice name

26301 Curtiss-Wright Parkway
Address

| Cleveland | OH | 44143 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $ 1,528.96
*Check all that apply.*

☐  Contingent
☐  Unliquidated
☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**
☒  No
☐  Yes

Debtor: MS Leisure Company
Name

Case number *(if known)*: 25-10610

**3.43 Nonpriority creditor's name and mailing address**

Charles Gaudio
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

City    State    ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 267.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.44 Nonpriority creditor's name and mailing address**

CHARMING SHARK TROPICAL ACCESSORIES
Creditor Name

Creditor's Notice name

48 S Tamiami Trail
Address

Osprey    FL    34229
City    State    ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,167.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  MS Leisure Company

Name

Case number *(if known)*:  25-10610

**3.45** **Nonpriority creditor's name and mailing address**

Charter Communications, Inc.

Creditor Name

Creditor's Notice name

1460 W McNab Rd

Address

| Fort Lauderdale | FL | 33309 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    0.00

*Check all that apply.*

☐ Contingent

☒ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.46** **Nonpriority creditor's name and mailing address**

Cheney Brothers, Inc.

Creditor Name

Creditor's Notice name

1 Cheney Way

Address

| Riviera Beach | FL | 33404 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                7,327.34

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: MS Leisure Company

Case number *(if known)*: 25-10610

**3.47** **Nonpriority creditor's name and mailing address**

Cision US Inc.
Creditor Name

Creditor's Notice name

300 S Riverside Plaza
Address

| Chicago | IL | 60606 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 11,634.38
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.48** **Nonpriority creditor's name and mailing address**

Cleon Cleaning Supply
Creditor Name

Creditor's Notice name

2351 NW 7th St
Address

| Miami | FL | 33125 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 982.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor:  MS Leisure Company

Case number *(if known)*:  25-10610

Name

**3.49  Nonpriority creditor's name and mailing address**

Comcast Cable Communications, LLC.

Creditor Name

Creditor's Notice name

5001 Spring Valley Rd, Ste 350E

Address

| Dallas | TX | 75244 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    18,000.00

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.50  Nonpriority creditor's name and mailing address**

CONCORD ELECTRIC INC

Creditor Name

Creditor's Notice name

123 Main Street

Address

| Miami | FL | 33101 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                     3,000.00

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor:   MS Leisure Company

Case number *(if known)*   25-10610

---

3.51  **Nonpriority creditor's name and mailing address**

Control Source, Inc.
Creditor Name

Creditor's Notice name

789 Control Blvd
Address

| Tampa | FL | 33601 |
|-------|-----|---------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:   $                    0.00
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.52  **Nonpriority creditor's name and mailing address**

Controladora Dolphin, S.A. de C.V.
Creditor Name

Creditor's Notice name

Km 9.5 Blvd. Kukulcan
Address

| Cancún | QR | 77500 |
|--------|-----|---------|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:   $                6,379.77
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor:  MS Leisure Company
         Name

Case number *(if known)*    25-10610

**3.53**  **Nonpriority creditor's name and mailing address**

Controladora Dolphin, S.A. de C.V.
Creditor Name

Creditor's Notice name

Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13,
Address

Quintana Roo

Cancun
City                State           ZIP Code

Cancun
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              35,516.73
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Intercompany

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.54**  **Nonpriority creditor's name and mailing address**

Controladora Dolphin, S.A. de C.V.
Creditor Name

Creditor's Notice name

Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13,
Address

Quintana Roo

Cancun
City                State           ZIP Code

Cancun
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                832.24
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Intercompany

**Is the claim subject to offset?**

☒  No

☐  Yes

| Debtor: | MS Leisure Company | | Case number *(if known)* | 25-10610 |
| | Name | | | |

**3.55 Nonpriority creditor's name and mailing address**

Controladora Dolphin, S.A. de C.V.
Creditor Name

_____
Creditor's Notice name

Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13,
Address

_____

Quintana Roo

Cancun
City

State

ZIP Code

Cancun
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $              154,578.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Intercompany

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.56 Nonpriority creditor's name and mailing address**

Cooling Power Corp
Creditor Name

_____
Creditor's Notice name

8004 NW 154th St #445
Address

_____

Miami Lakes        FL        33016
City                State      ZIP Code

_____
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                   0.00
*Check all that apply.*

☐ Contingent

☒ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:    MS Leisure Company
Name

Case number *(if known)*:    25-10610

**3.57**  **Nonpriority creditor's name and mailing address**

Copy Right INC
Creditor Name

Creditor's Notice name

321 Copy Lane
Address

| Jacksonville | FL | 32201 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                  1,364.25
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.58**  **Nonpriority creditor's name and mailing address**

COTA GLOBAL
Creditor Name

Creditor's Notice name

654 Global Way
Address

| Fort Lauderdale | FL | 33301 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                  5,594.92
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

---

Official Form 206E/F        **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: MS Leisure Company

Case number *(if known)*: 25-10610

**3.59 Nonpriority creditor's name and mailing address**

Cotton Hills Farm LLC
Creditor Name

Creditor's Notice name

987 Farm Road
Address

| Gainesville | FL | 32601 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,211.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.60 Nonpriority creditor's name and mailing address**

COVETRUS, INC.
Creditor Name

Creditor's Notice name

159 Veterinary Blvd
Address

| Sarasota | FL | 34201 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 0.00
*Check all that apply.*

☐ Contingent

☒ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: MS Leisure Company

Case number *(if known):* 25-10610

**3.61 Nonpriority creditor's name and mailing address**

Cox Radio LLC
Creditor Name

Creditor's Notice name

753 Radio Drive
Address

| West Palm Beach | FL | 33401 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                5,001.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.62 Nonpriority creditor's name and mailing address**

CPI Charles Products, LLC
Creditor Name

Creditor's Notice name

852 Product Street
Address

| Tallahassee | FL | 32301 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $              39,614.18

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

| Debtor: | MS Leisure Company | | Case number *(if known)* | 25-10610 |
| | Name | | | |

**3.63** **Nonpriority creditor's name and mailing address**

CPR Florida of West Palm Beach
Creditor Name

Creditor's Notice name

951 CPR Ave
Address

| Fort Myers | FL | 33901 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                949.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.64** **Nonpriority creditor's name and mailing address**

Creative Concepts, LLC
Creditor Name

Creditor's Notice name

147 Creative Blvd
Address

| Naples | FL | 34101 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                793.30
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: MS Leisure Company

Case number *(if known)*: 25-10610

**3.65 Nonpriority creditor's name and mailing address**

CTM Group, Inc.
Creditor Name

Creditor's Notice name

258 CTM Street
Address

| Pensacola | FL | 32501 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,087.16

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.66 Nonpriority creditor's name and mailing address**

DIPPINDOTS ICE CREAM
Creditor Name

Creditor's Notice name

5101 Charter Oak Dr
Address

| Paducah | KY | 42001 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 9,172.60

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:    MS Leisure Company

Case number *(if known)*    25-10610

**3.67    Nonpriority creditor's name and mailing address**

Divers Paradise

Creditor Name

Creditor's Notice name

4000 Crandon Blvd

Address

| Key Biscayne | FL | 33149 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                 1,539.54

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.68    Nonpriority creditor's name and mailing address**

DMR Creative Marketing

Creditor Name

Creditor's Notice name

321 Goolsby Blvd

Address

| Deerfield Beach | FL | 33442 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                 2,740.50

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: MS Leisure Company

Case number *(if known)*: 25-10610

**3.69** **Nonpriority creditor's name and mailing address**

Dolphin Discovery Cove
Creditor Name

Creditor's Notice name

Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13,
Address

Quintana Roo

Cancun
City

State

ZIP Code

Cancun
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 178,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Intercompany

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.70** **Nonpriority creditor's name and mailing address**

Dolphin Downtown PC SRL
Creditor Name

Creditor's Notice name

CRUCE DE CARRETERA VERON - BAVARO SANTO DOMINGO 01
Address

City

State

ZIP Code

DOMINICAN REPUBLIC
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,525.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Intercompany

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  MS Leisure Company

Case number *(if known)*  25-10610

| | |
|---|---|
| Name | |

**3.71  Nonpriority creditor's name and mailing address**

Dolphin Leisure, Inc.
Creditor Name

Creditor's Notice name

1001 Brickell Bay Drive
Address

Suite 2110

| Miami | FL | 33131 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 813,340.36
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Intercompany

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.72  Nonpriority creditor's name and mailing address**

Douglas Orr Plumbing
Creditor Name

Creditor's Notice name

301 Flagler Dr
Address

| Miami Springs | FL | 33166 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 683.35
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor:  MS Leisure Company

Case number *(if known)*    25-10610

**3.73 Nonpriority creditor's name and mailing address**

Dr. Holley Muraco
Creditor Name

Creditor's Notice name

335 Wise Ctr Dr
Address

| Mississippi State | MS | 39762 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                3,901.82
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑  No

☐  Yes

**3.74 Nonpriority creditor's name and mailing address**

Dr. Shelby Loos
Creditor Name

Creditor's Notice name

7700 W Sunrise Blvd
Address

| Plantation | FL | 33322 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                176.17
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑  No

☐  Yes

| Debtor: | MS Leisure Company | Case number *(if known)* | 25-10610 |
|---|---|---|---|
| | Name | | |

**3.75 Nonpriority creditor's name and mailing address**

DUANE MORRIS LLP
Creditor Name

Creditor's Notice name

201 S. Biscayne Boulevard, Suite 3400
Address

| Miami | FL | 33131-4325 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 57,283.98
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

Legal Fees

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.76 Nonpriority creditor's name and mailing address**

Dynamic Welding Solutions, LLC
Creditor Name

Creditor's Notice name

5415 NW 15th, Suite 6
Address

| Margate | FL | 33063 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 6,948.37
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor:   MS Leisure Company
          _____
          Name

Case number *(if known)*:   25-10610
                            _____

**3.77**  **Nonpriority creditor's name and mailing address**

E.S.Y., INC
_____
Creditor Name

_____
Creditor's Notice name

470 NE 185th St
_____
Address

_____

_____

| North Miami Beach | FL | 33179 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $            2,435.09
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade
_____

**Is the claim subject to offset?**

☑  No

☐  Yes

---

**3.78**  **Nonpriority creditor's name and mailing address**

ECOLAB, Inc.
_____
Creditor Name

_____
Creditor's Notice name

8370 W Flagler St STE 216
_____
Address

_____

_____

| Miami | FL | 33144 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $             340.92
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade
_____

**Is the claim subject to offset?**

☑  No

☐  Yes

---

Debtor:    MS Leisure Company

Case number *(if known)*    25-10610

**3.79** **Nonpriority creditor's name and mailing address**

EDGEWATER EXHIBITS, LLC
Creditor Name

Creditor's Notice name

21900 SW 169th Ave
Address

| Miami | FL | 33170 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                0.00
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.80** **Nonpriority creditor's name and mailing address**

Elaut USA, Inc.
Creditor Name

Creditor's Notice name

2201 4th Ave N
Address

| Lake Worth | FL | 33461 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $            1,394.54
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: MS Leisure Company

Name

Case number *(if known)*: 25-10610

**3.81** **Nonpriority creditor's name and mailing address**

Emery Winslow Scale Company

Creditor Name

Creditor's Notice name

73 Cogwheel Ln, Ste A

Address

| Seymour | CT | 06483 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,245.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.82** **Nonpriority creditor's name and mailing address**

Emphire Staffing, Inc.

Creditor Name

Creditor's Notice name

5757 Waterford District Dr.  #250

Address

| Miami | FL | 33126 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 0.00

*Check all that apply.*

☐ Contingent

☒ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: MS Leisure Company
Name

Case number *(if known)*: 25-10610

**3.83  Nonpriority creditor's name and mailing address**

ENGINEERING SYSTEMS TECHNOLOGY,INC
Creditor Name

Creditor's Notice name

2400 W 84th St #9
Address

| Hialeah | FL | 33016 |
|---------|-----|---------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                    0.00
*Check all that apply.*

☐  Contingent

☒  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.84  Nonpriority creditor's name and mailing address**

Envision Healthcare Corporation
Creditor Name

Creditor's Notice name

145 W Ostend St 2nd floor
Address

| Baltimore | MD | 21230 |
|-----------|-----|---------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                90,640.40
*Check all that apply.*

☐  Contingent

☒  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: MS Leisure Company

Name

Case number *(if known)* 25-10610

**3.85** **Nonpriority creditor's name and mailing address**

EPPERSON CRANES INC

Creditor Name

Creditor's Notice name

8455 NW 70th St

Address

| Miami | FL | 33166 |
|-------|-----|-------|
| City  | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,359.78

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.86** **Nonpriority creditor's name and mailing address**

EquipmentShare.com, Inc.

Creditor Name

Creditor's Notice name

1717 W Shady Grove Rd

Address

| Grand Prairie | TX | 75050 |
|---------------|-----|-------|
| City  | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 145.97

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: MS Leisure Company

Case number *(if known)*: 25-10610

**3.87 Nonpriority creditor's name and mailing address**

EXPERT REPAIR
Creditor Name

Creditor's Notice name

4700 N. Hiatus Rd.
Address

| Sunrise | FL | 33351 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    2,952.41
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.88 Nonpriority creditor's name and mailing address**

FedEx Corporation
Creditor Name

Creditor's Notice name

942 South Shady Grove Road
Address

| Memphis | TN | 38120 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    4,354.73
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: MS Leisure Company

Case number *(if known)*: 25-10610

**3.89 Nonpriority creditor's name and mailing address**

FedEx Corporation
Creditor Name

Creditor's Notice name

942 South Shady Grove Road
Address

| Memphis | TN | 38120 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                1,442.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.90 Nonpriority creditor's name and mailing address**

Festival Fun Parks LLC
Creditor Name

Creditor's Notice name

4590 MacArthur Blvd
Address

| Newport Beach | CA | 92660 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $             925,000.00
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

APA

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor:  MS Leisure Company

Case number *(if known)*: 25-10610

**3.91 Nonpriority creditor's name and mailing address**

Fiesta

Creditor Name

Creditor's Notice name

Slip 11, Miamarina at Bayside

Address

401 Biscayne Blvd

| Miami | FL | 33132 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    2,475.99

*Check all that apply.*

☐ Contingent

☒ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.92 Nonpriority creditor's name and mailing address**

FISHHEAD LABS LLC

Creditor Name

Creditor's Notice name

5658 SE Pine Ave

Address

| Stuart | FL | 34997 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                      372.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: MS Leisure Company

Name

Case number *(if known)*: 25-10610

**3.93 Nonpriority creditor's name and mailing address**

FISHMAN CHEMICAL, LLC

Creditor Name

Creditor's Notice name

624 Old Dixie Hwy SW

Address

| Vero Beach | FL | 32962 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,985.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.94 Nonpriority creditor's name and mailing address**

Florida Department of Health

Creditor Name

Creditor's Notice name

8175 NW 12th St

Address

| Doral | FL | 33126 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 105.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: MS Leisure Company
Name

Case number *(if known)*: 25-10610

**3.95 Nonpriority creditor's name and mailing address**

Florida Dept. of Environmental Protection
Creditor Name

Creditor's Notice name

13051 Telecom Pkwy N
Address

| Temple Terrace | FL | 33637 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $    0.00
*Check all that apply.*

☐ Contingent

☒ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.96 Nonpriority creditor's name and mailing address**

Florida Laundry Operation
Creditor Name

Creditor's Notice name

4813 NE 10th Ave
Address

| Oakland Park | FL | 33334 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $    223.63
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:    MS Leisure Company

Case number *(if known)*:    25-10610

Name

**3.97** **Nonpriority creditor's name and mailing address**

Florida Power and Light Company

Creditor Name

Creditor's Notice name

700 Universe Blvd

Address

| Juno Beach | FL | 33408 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                          33,155.52

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.98** **Nonpriority creditor's name and mailing address**

FOCUS USA TECHNOLOGIES, Inc.

Creditor Name

Creditor's Notice name

20191 NE 16th Pl

Address

| Miami | FL | 33179 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                             171.24

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: MS Leisure Company

Case number *(if known)*: 25-10610

**3.99 Nonpriority creditor's name and mailing address**

Forever Propane-Miami
Creditor Name

Creditor's Notice name

1060 SW 27th Ave
Address

| Miami | FL | 33135 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 0.00
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No
☐ Yes

**3.100 Nonpriority creditor's name and mailing address**

Fun Stuff, Inc.
Creditor Name

Creditor's Notice name

2513 58th St A
Address

| Hampton | VA | 23661 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 278.72
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor:  MS Leisure Company
         Name

Case number *(if known)*  25-10610

---

**3.101** **Nonpriority creditor's name and mailing address**

Gastrointestinal Laboratory
Creditor Name

Creditor's Notice name

408 Raymond Stotzer Pkwy
Address

| College Station | TX | 77845 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                104.00
*Check all that apply.*

☐ Contingent

☒ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.102** **Nonpriority creditor's name and mailing address**

Generetor Service Inc
Creditor Name

Creditor's Notice name

138 NW 9th Avenue
Address

| Homestead | FL | 33030 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                215.00
*Check all that apply.*

☐ Contingent

☒ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor:  MS Leisure Company

Name

Case number *(if known)*    25-10610

**3.103  Nonpriority creditor's name and mailing address**

George Bordenave MD

Creditor Name

Creditor's Notice name

8720 N Kendall Dr #115

Address

| Miami | FL | 33176 |
|-------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                6,940.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.104  Nonpriority creditor's name and mailing address**

German Hernandez, P. G.

Creditor Name

Creditor's Notice name

[Available Upon Request]

Address

| | | |
|-------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                0.00
*Check all that apply.*

☐  Contingent

☒  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: MS Leisure Company

Case number *(if known)* 25-10610

**3.105 Nonpriority creditor's name and mailing address**

GFD Group Miami, LLC
Creditor Name

Creditor's Notice name

15321 S Dixie Hwy Suite 201
Address

| Palmetto Bay | FL | 33157 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 6,250.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.106 Nonpriority creditor's name and mailing address**

Gordon Food Service, Inc.
Creditor Name

Creditor's Notice name

777 Freeport Pkwy #110
Address

| Coppell | TX | 75019 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 40,745.41
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: MS Leisure Company

Case number *(if known)*: 25-10610

**3.107** **Nonpriority creditor's name and mailing address**

Greater Miami and the Beaches Hotel Association

Creditor Name

Creditor's Notice name

1172 S Dixie Hwy

Address

| Coral Gables | FL | 33146 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 500.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.108** **Nonpriority creditor's name and mailing address**

GREATER MIAMI CONVENTION

Creditor Name

Creditor's Notice name

201 S Biscayne Blvd Suite 2200

Address

| Miami | FL | 33131 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 1,353.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: MS Leisure Company

Name

Case number *(if known)*: 25-10610

**3.109 Nonpriority creditor's name and mailing address**

GREENBERG TRAURIG LLP

Creditor Name

Creditor's Notice name

One Vanderbilt Avenue

Address

| New York | NY | 10017 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 0.00

*Check all that apply.*

☐ Contingent

☒ Unliquidated

☐ Disputed

**Basis for the claim:**

Legal Fees

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.110 Nonpriority creditor's name and mailing address**

Grove Tree Service & Landscaping, Inc.

Creditor Name

Creditor's Notice name

5925 SW 69th St

Address

| Miami | FL | 33143 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,400.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: MS Leisure Company
Name

Case number *(if known)*: 25-10610

**3.111 Nonpriority creditor's name and mailing address**

Guardian Professional Security Guards, LLC
Creditor Name

Creditor's Notice name

8201 Peters Road, Suite 1000
Address

| Plantation | FL | 33324 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $                    491.94
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.112 Nonpriority creditor's name and mailing address**

Gulf World Marine Park, Inc.
Creditor Name

Creditor's Notice name

15421 Front Beach Road
Address

| Panama City | FL | 32413 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $                    2,568,476.20
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Intercompany

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor:  MS Leisure Company

Name

Case number *(if known)*   25-10610

**3.113** **Nonpriority creditor's name and mailing address**

Gulfstream Tropical Aquarium, Inc.

Creditor Name

Creditor's Notice name

490 SW 9th St

Address

| Dania | FL | 33004 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                         170.68

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.114** **Nonpriority creditor's name and mailing address**

Hach Company, Inc.

Creditor Name

Creditor's Notice name

P.O. Box 389

Address

| Loveland | CO | 80539 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                         502.20

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: MS Leisure Company

Case number *(if known)*: 25-10610

**3.115 Nonpriority creditor's name and mailing address**

HCC
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

City    State    ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $                    464.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.116 Nonpriority creditor's name and mailing address**

Herc Rentals, Inc.
Creditor Name

Creditor's Notice name

27500 Riverview Center Blvd, Ste 100
Address

Bonita Springs    FL    34134
City    State    ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $                 13,483.37
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: MS Leisure Company

Case number *(if known)*: 25-10610

**3.117 Nonpriority creditor's name and mailing address**

Hershey Creamery Company
Creditor Name


Creditor's Notice name

301 S. Cameron St.
Address



| Harrisburg | PA | 17101 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 7,659.30
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.118 Nonpriority creditor's name and mailing address**

Highland Woodcrafters LLC
Creditor Name


Creditor's Notice name

706 Richard S
Address



| Springfiield | TN | 37172 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 0.00
*Check all that apply.*

☐ Contingent

☒ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: MS Leisure Company

Name

Case number *(if known)*:  25-10610

**3.119 Nonpriority creditor's name and mailing address**

IDEXX LABORATORIES, INC

Creditor Name

Creditor's Notice name

One Drive

Address

| Westbrook | ME | 04092 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    56,439.12

*Check all that apply.*

☐ Contingent

☒ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.120 Nonpriority creditor's name and mailing address**

Iguana Control

Creditor Name

Creditor's Notice name

3201 NW 24th Street Rd

Address

| Miami | FL | 33142 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                         0.00

*Check all that apply.*

☐ Contingent

☒ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: MS Leisure Company

Name

Case number *(if known)*: 25-10610

**3.121 Nonpriority creditor's name and mailing address**

IMS Transport

Creditor Name

Creditor's Notice name

2005 McDaniel Dr, Suite 150

Address

| Carrollton | TX | 75006 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                115.90

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.122 Nonpriority creditor's name and mailing address**

Industrial Laundry Services, Inc.

Creditor Name

Creditor's Notice name

1075 Florida Central Parkway, Ste 2150

Address

| Longwood | FL | 32750 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                250.25

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: MS Leisure Company

Case number *(if known)*: 25-10610

**3.123 Nonpriority creditor's name and mailing address**

INTERNATIONAL TRAINING
Creditor Name

Creditor's Notice name

7360 SW 24th St Apt 31
Address

| Miami | FL | 33155 |
|-------|-------|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 418.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.124 Nonpriority creditor's name and mailing address**

IVM, Inc
Creditor Name

Creditor's Notice name

5155 Technology Way
Address

| Indianapolis | IN | 46268 |
|--------------|-------|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 0.00
*Check all that apply.*

☐ Contingent

☒ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: MS Leisure Company

Case number *(if known)*: 25-10610

**3.125 Nonpriority creditor's name and mailing address**

J.P. Morgan Chase & Co
Creditor Name

Creditor's Notice name

383 Madison Ave
Address

| New York | NY | 10017 |
|----------|-----|--------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 53,503.65
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No
☐ Yes

**3.126 Nonpriority creditor's name and mailing address**

Jack Sealisi
Creditor Name

Creditor's Notice name

963 Stinson Way
Address

| West Palm Beach | FL | 33411 |
|-----------------|-----|--------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 10,415.94
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor: MS Leisure Company
Name

Case number (if known): 25-10610

**3.127 Nonpriority creditor's name and mailing address**

JCDECAUX GROUP
Creditor Name

Creditor's Notice name

350 Fifth Avenue
Address

73rd Floor

| New York | NY | 10118 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    2,151.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.128 Nonpriority creditor's name and mailing address**

Jessica Gonzalez
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    205.87
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: MS Leisure Company

Name

Case number *(if known)*: 25-10610

**3.129 Nonpriority creditor's name and mailing address**

Joe Blair Garden Supply, Inc.

Creditor Name

Creditor's Notice name

320 NE 79th St

Address

| Miami | FL | 33138 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 581.89

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.130 Nonpriority creditor's name and mailing address**

Jorge Luis Lopez Law Firm LLC

Creditor Name

Creditor's Notice name

2665 S Bayshore Dr #1103

Address

| Coconut Grove | FL | 33133 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 60,000.00

*Check all that apply.*

☐ Contingent

☒ Unliquidated

☐ Disputed

**Basis for the claim:**

Legal Fees

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  MS Leisure Company
         Name

Case number *(if known)*:  25-10610

**3.131**  **Nonpriority creditor's name and mailing address**

K&M International, Inc
Creditor Name

Creditor's Notice name

7711 E Pleasant Valley Rd
Address

| Independence | OH | 44131 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                3,371.31
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.132**  **Nonpriority creditor's name and mailing address**

KANSAS STATE VETERINARY DIAGNOSTIC
Creditor Name

Creditor's Notice name

Kansas State University, 1800 Denison Avenue, Mosier Hall
Address

| Manhattan | KS | 66506 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                513.25
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: MS Leisure Company

Case number *(if known)*: 25-10610

---

**3.133** **Nonpriority creditor's name and mailing address**

Kelly Fischbach

Creditor Name

Creditor's Notice name

[Available Upon Request]

Address

City                State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,484.21

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.134** **Nonpriority creditor's name and mailing address**

Kenney Communications, Inc.

Creditor Name

Creditor's Notice name

1215 Spruce Avenue

Address

Orlando          FL             32824

City                State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,563.75

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: MS Leisure Company

Case number *(if known)*: 25-10610

**3.135 Nonpriority creditor's name and mailing address**

Key Biscayne Chamber of Commerce
Creditor Name

Name

Creditor's Notice name

88 West McIntyre Street, Suite 100
Address

| Key Biscayne | FL | 33149 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**
**number**

**As of the petition filing date, the claim is:** $ 395.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.136 Nonpriority creditor's name and mailing address**

Lab Supply
Creditor Name

Creditor's Notice name

3450 Highway 114, Suite 100
Address

| Fort Worth | TX | 76177 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**
**number**

**As of the petition filing date, the claim is:** $ 951.89
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: MS Leisure Company

Case number *(if known)*: 25-10610

**3.137 Nonpriority creditor's name and mailing address**

Leah Neal
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

| City | State | ZIP Code |
|------|-------|----------|

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                7,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.138 Nonpriority creditor's name and mailing address**

LIGHTUP TOYS
Creditor Name

Creditor's Notice name

8150 Presidents Dr
Address

| City | State | ZIP Code |
|------|-------|----------|
| Orlando | FL | 32809 |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $              10,234.21
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: MS Leisure Company

Case number *(if known)*: 25-10610

**3.139 Nonpriority creditor's name and mailing address**

Louisiana Animal Disease Diagnostic Lab
Creditor Name

Creditor's Notice name

River Road, Room 1043
Address

| Baton Rouge | LA | 70803 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 103.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.140 Nonpriority creditor's name and mailing address**

M N Rojo, Corp.
Creditor Name

Creditor's Notice name

3035 NW 72nd Ave
Address

| Miami | FL | 33122 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: MS Leisure Company

Case number *(if known)*: 25-10610

**3.141 Nonpriority creditor's name and mailing address**

Marineland Leisure Inc.
Creditor Name

Creditor's Notice name

9600 Oceanshore Blvd
Address

| St. Augustine | FL | 32080 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,692,725.89
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Intercompany

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.142 Nonpriority creditor's name and mailing address**

MATHESON TRI-GAS INC
Creditor Name

Creditor's Notice name

7320 Northwest 58th St.
Address

| Miami | FL | 33166 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 0.00
*Check all that apply.*

☐ Contingent

☒ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: MS Leisure Company

Case number *(if known)*: 25-10610

**3.143** **Nonpriority creditor's name and mailing address**

Medallion Mint, LLC
Creditor Name

Creditor's Notice name

3785 NW 82nd Ave
Address

| Doral | FL | 33166 |
|-------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 6,348.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.144** **Nonpriority creditor's name and mailing address**

Medley Metal Recycling, LLC
Creditor Name

Creditor's Notice name

8400 NW 74th St
Address

| Medley | FL | 33166 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 0.00
*Check all that apply.*

☐ Contingent

☒ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: MS Leisure Company

Name

Case number *(if known)*: 25-10610

**3.145 Nonpriority creditor's name and mailing address**

Meg Art Designs Inc.

Creditor Name

Creditor's Notice name

801 NE 182nd Street

Address

| N Miami Beach | FL | 33162 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 375.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.146 Nonpriority creditor's name and mailing address**

Melville Candy Corporation

Creditor Name

Creditor's Notice name

28 York Ave

Address

| Randolph | MA | 02368 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 667.20

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: MS Leisure Company

Case number *(if known)* 25-10610

**3.147** **Nonpriority creditor's name and mailing address**

Meridian Subtek, Inc.
Creditor Name

Creditor's Notice name

7156 West 127th St.
Address

| Palos Heights | IL | 60463 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                2,339.47
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.148** **Nonpriority creditor's name and mailing address**

MGC Systems Corp
Creditor Name

Creditor's Notice name

3801 N 29th Ave
Address

| Hollywood | FL | 33020 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                668.48
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: MS Leisure Company

Case number *(if known)* 25-10610

**3.149 Nonpriority creditor's name and mailing address**

Miami Beach Chamber of Commerce
Creditor Name

Creditor's Notice name

1920 Meridian Ave
Address

| Miami Beach | FL | 33139 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                   600.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.150 Nonpriority creditor's name and mailing address**

Miami Dade County
Creditor Name

Creditor's Notice name

PO BOX 01-3140
Address

| Miami | FL | 33101 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                169,181.66
*Check all that apply.*

☐ Contingent

☒ Unliquidated

☐ Disputed

**Basis for the claim:**

Rent

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: MS Leisure Company
Name

Case number *(if known)*: 25-10610

**3.151 Nonpriority creditor's name and mailing address**

Miami Dade County - Water and Sawer
Creditor Name

Creditor's Notice name

3071 SW 38th Ave
Address

| Miami | FL | 33146 |
|-------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 42,138.31
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.152 Nonpriority creditor's name and mailing address**

Miami dade County Tax Collector
Creditor Name

Creditor's Notice name

200 NW 2nd Ave
Address

| Miami | FL | 33128 |
|-------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 0.00
*Check all that apply.*

☐ Contingent

☒ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: MS Leisure Company

Case number *(if known)*: 25-10610

**3.153 Nonpriority creditor's name and mailing address**

MIAMI DADE PUMP AND SUPPLY COMPANY
Creditor Name

Name

Creditor's Notice name

7870 NW 62nd St
Address

| Miami | FL | 33166 |
|-------|-------|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                0.00
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No
☐ Yes

**3.154 Nonpriority creditor's name and mailing address**

Miami Kids Magazine
Creditor Name

Creditor's Notice name

150 SE 2nd Ave
Address

| Miami | FL | 33131 |
|-------|-------|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $              350.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor: MS Leisure Company

Case number *(if known)*: 25-10610

### 3.155 Nonpriority creditor's name and mailing address

Miami Maps
Creditor Name

Creditor's Notice name

212 Collins Avenue
Address

| Miami Beach | FL | 33139 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: $ 1,975.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No
☐ Yes

### 3.156 Nonpriority creditor's name and mailing address

Miami-Dade County
Creditor Name

Creditor's Notice name

11805 SW 26th St
Address

| Miami | FL | 33175 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: $ 0.00
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

Permits

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor: MS Leisure Company

Name

Case number *(if known)*    25-10610

**3.157** **Nonpriority creditor's name and mailing address**

MIAMI-DADE POLICE DEPARTMENT

Creditor Name

Creditor's Notice name

9105 NW 25th St

Address

| Doral | FL | 33172 |
|-------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                    0.00

*Check all that apply.*

☐ Contingent

☒ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.158** **Nonpriority creditor's name and mailing address**

MICHELLE CROSETTO DVM

Creditor Name

Creditor's Notice name

150 Lorelane Pl

Address

| Key Largo | FL | 33037 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                4,994.90

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:    MS Leisure Company

Case number *(if known)*    25-10610

**3.159**  **Nonpriority creditor's name and mailing address**

Michigan State University Veterinary Diagnostic Library
Creditor Name

Creditor's Notice name

202, 4125 Beaumont Rd
Address

| Lansing | MI | 48910 |
|---------|-----|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                    1,504.00
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒   No

☐   Yes

**3.160**  **Nonpriority creditor's name and mailing address**

MICRIM LABS, INC
Creditor Name

Creditor's Notice name

3901 SW 47th Avenue, Suite 402
Address

| Davie | FL | 33314 |
|-------|-----|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                    0.00
*Check all that apply.*

☐   Contingent

☒   Unliquidated

☐   Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒   No

☐   Yes

Debtor: MS Leisure Company

Case number *(if known)*: 25-10610

| 3.161 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** $ | 398.00 |

Microgen Diagnostics, LLC
Creditor Name

Creditor's Notice name

6901 Quaker Ave, Suite 200
Address

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

| Lubbock | TX | 79413 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**Is the claim subject to offset?**

☑ No

☐ Yes

| 3.162 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** $ | 0.00 |

Mini Melts of America, Inc.
Creditor Name

Creditor's Notice name

19 Ohio Ave. Suite 4
Address

*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

| Norwich | CT | 06360 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: MS Leisure Company

Case number *(if known)*: 25-10610

**3.163** **Nonpriority creditor's name and mailing address**

Moichor Inc
Creditor Name

Creditor's Notice name

1188 Harrison St
Address

| San Francisco | CA | 94103 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 170.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.164** **Nonpriority creditor's name and mailing address**

MWI ANIMAL HEALTH, INC.
Creditor Name

Creditor's Notice name

2590 114th St suite 100
Address

| Grand Prairie | TX | 75050 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 0.00
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: MS Leisure Company

Case number *(if known)*: 25-10610

**3.165 Nonpriority creditor's name and mailing address**

Napoleon Law Firm, LLC
Creditor Name

Creditor's Notice name

8225 Memphis Arlington Rd
Address

| Memphis | TN | 38133 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 18,800.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Legal Fees

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.166 Nonpriority creditor's name and mailing address**

Networks Unlimited INC
Creditor Name

Creditor's Notice name

515 S 7th Street
Address

| Grand Junction | CO | 81501 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 325.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  MS Leisure Company

Case number *(if known)*   25-10610

**3.167 Nonpriority creditor's name and mailing address**

Nivel Parts & Manufacturing Co., LLC
Creditor Name

Creditor's Notice name

3510 Port Jacksonville Pkwy
Address

| Jacksonville | FL | 32226 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $              499.98
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.168 Nonpriority creditor's name and mailing address**

NuCo2 LLC
Creditor Name

Creditor's Notice name

2800 SE Market Place
Address

| Stuart | FL | 34997 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $            5,125.17
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: MS Leisure Company
Name

Case number *(if known)*    25-10610

3.169 **Nonpriority creditor's name and mailing address**

O.M. MANAGEMENT, INC
Creditor Name

Creditor's Notice name

7225 NW 25th St
Address

| Miami | FL | 33122 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                45.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

3.170 **Nonpriority creditor's name and mailing address**

On The Go Event Rental
Creditor Name

Creditor's Notice name

2315 NW 107th Ave
Address

| Doral | FL | 33172 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $             2,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: **MS Leisure Company**

Case number *(if known)*: 25-10610

Name

---

3.171 **Nonpriority creditor's name and mailing address**

P1 Finance

Creditor Name

Creditor's Notice name

P.O. Box 922025

Address

| Norcross | GA | 30010-2025 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 0.00

*Check all that apply.*

☐ Contingent

☒ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

3.172 **Nonpriority creditor's name and mailing address**

PARC PACKAGING, LLC

Creditor Name

Creditor's Notice name

2853 Dawn Rd

Address

| Jacksonville | FL | 32207 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 193.32

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: MS Leisure Company
Name

Case number *(if known)*: 25-10610

**3.173 Nonpriority creditor's name and mailing address**

Patrick Pearson
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

| City | State | ZIP Code |
|------|-------|----------|

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 0.00
*Check all that apply.*

☐ Contingent

☒ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.174 Nonpriority creditor's name and mailing address**

PATTERSON VETERINARY SUPPLY, INC.
Creditor Name

Creditor's Notice name

822 7th St
Address

| City | State | ZIP Code |
|------|-------|----------|
| Greeley | CO | 80631 |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 0.00
*Check all that apply.*

☐ Contingent

☒ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:    MS Leisure Company

Case number *(if known)*:    25-10610

**3.175**  **Nonpriority creditor's name and mailing address**

PENTAIR PLC
Creditor Name

Creditor's Notice name

5500 Wayzata Blvd Ste 800
Address

| Golden Valley | MN | 55416 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    0.00
*Check all that apply.*

☐ Contingent

☒ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.176**  **Nonpriority creditor's name and mailing address**

Pet Angel Memorial Center
Creditor Name

Creditor's Notice name

4991 Peachtree Rd
Address

| Chamblee | GA | 30341 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    7,675.44
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: MS Leisure Company

Case number (if known): 25-10610

**3.177 Nonpriority creditor's name and mailing address**

Pico Propane-Miami
Creditor Name

Creditor's Notice name

3150 NW 33rd St
Address

| Miami | FL | 33142 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    1,518.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.178 Nonpriority creditor's name and mailing address**

Portable Repair, Inc.
Creditor Name

Creditor's Notice name

2413 Main St
Address

| Miramar | FL | 33025 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    0.00
*Check all that apply.*

☐ Contingent

☒ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: MS Leisure Company

Case number *(if known)*: 25-10610

---

3.179 **Nonpriority creditor's name and mailing address**

Portable Repair, Inc.
Creditor Name

Creditor's Notice name

2413 Main St
Address

| Miramar | FL | 33025 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**  $ 452.37
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.180 **Nonpriority creditor's name and mailing address**

Precise Access Controls, Inc.
Creditor Name

Creditor's Notice name

7250 NW 11th St
Address

| Miami | FL | 33126 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**  $ 350.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor: MS Leisure Company
Name

Case number *(if known)*: 25-10610

**3.181** **Nonpriority creditor's name and mailing address**

Premier Printing Solutions, Inc
Creditor Name

Creditor's Notice name

Av. Sunyaxchén 74, SM 24
Address

| Cancún | QR | 77509 |
|--------|-----|-------|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 357.07
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.182** **Nonpriority creditor's name and mailing address**

Promotions Guy LLC
Creditor Name

Creditor's Notice name

5409 Overseas Hwy Suite 308
Address

| Marathon | FL | 33050 |
|----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 31,927.51
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: MS Leisure Company

Case number *(if known)*: 25-10610

**3.183** **Nonpriority creditor's name and mailing address**

PVC DISTRIBUTION CORP.
Creditor Name

Creditor's Notice name

103 Schoolside Drive, Suite 129
Address

| Rock Hill | SC | 29730 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,042.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.184** **Nonpriority creditor's name and mailing address**

PYD CONSTRUCAN DEL CARIBE S.A. DE C.V.
Creditor Name

Creditor's Notice name

Calle Monte Vinsón y Calle Sierra Madre
Address

Supermanzana 310 Manzana 111 Lote 6

| Cancún | Q.R. | 77560 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ Unliquidated
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

Funded Debt

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: MS Leisure Company

Case number *(if known)*: 25-10610

**3.185 Nonpriority creditor's name and mailing address**

Pye-Barker Fire & Safety, LLC
Creditor Name

Creditor's Notice name

2500 Northwinds Parkway, Ste 200
Address

| Alpharetta | GA | 30009 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $    276.06
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.186 Nonpriority creditor's name and mailing address**

Ralph Capdevila
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $    1,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: MS Leisure Company

Case number *(if known)*: 25-10610

**3.187** **Nonpriority creditor's name and mailing address**

Responsible Vendors, Inc
Creditor Name

Creditor's Notice name

1460 NW 159th Street
Address

| Miami | FL | 33169 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                280.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.188** **Nonpriority creditor's name and mailing address**

RETAIL RESOURCE LLC
Creditor Name

Creditor's Notice name

9555 Dry Fork Rd
Address

| Harrison | OH | 45030 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                239.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: MS Leisure Company

Name

Case number *(if known)* 25-10610

**3.189** **Nonpriority creditor's name and mailing address**

RMR Distributors INC

Creditor Name

Creditor's Notice name

5132 Tampa West Blvd, Ste B

Address

| Tampa | FL | 33634 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 1,359.82

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.190** **Nonpriority creditor's name and mailing address**

Robert Emig & Associates Inc

Creditor Name

Creditor's Notice name

2560 Fairmount Church Rd

Address

| Sewickley | PA | 15143 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 630.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: MS Leisure Company

Case number *(if known)*: 25-10610

**3.191 Nonpriority creditor's name and mailing address**

Rockville Pro Sound & Lighting
Creditor Name

Creditor's Notice name

600 Bayview Ave
Address

| Inwood | NY | 11096 |
|--------|-----|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: $ 375.51
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No
☐ Yes

**3.192 Nonpriority creditor's name and mailing address**

Ro-Pac Security Products Inc
Creditor Name

Creditor's Notice name

4624 Lincoln St
Address

| Hollywood | FL | 33021 |
|-----------|-----|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: $ 1,487.21
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor: MS Leisure Company

Case number *(if known)*: 25-10610

**3.193 Nonpriority creditor's name and mailing address**

Roth & Scholl Attorneys at Law
Creditor Name

Creditor's Notice name

866 South Dixie Highway
Address

| Coral Gables | FL | 33146 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 21,665.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Legal Fees

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.194 Nonpriority creditor's name and mailing address**

Ryan Herco Products Corp
Creditor Name

Creditor's Notice name

3010 N San Fernando Blvd
Address

| Burbank | CA | 91504 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,586.05
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: MS Leisure Company

Name

Case number *(if known)*: 25-10610

---

**3.195 Nonpriority creditor's name and mailing address**

Safari Ltd

Creditor Name

Creditor's Notice name

1400 NW 159th St, Ste 104

Address

| Miami Gardens | FL | 33169 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,299.74

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.196 Nonpriority creditor's name and mailing address**

Santa Cruz Fun Foods

Creditor Name

Creditor's Notice name

613 Beach St

Address

| Santa Cruz | CA | 95060 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,176.64

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor:   MS Leisure Company

Case number *(if known)*   25-10610

**3.197** **Nonpriority creditor's name and mailing address**

Save the Manatee Club
Creditor Name


Creditor's Notice name

317 Wekiva Springs Rd, Ste 100
Address



| Longwood | FL | 32779 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                     15,000.00
*Check all that apply.*

☐ Contingent

☒ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.198** **Nonpriority creditor's name and mailing address**

Scaff Tech Inc
Creditor Name


Creditor's Notice name

1001 NW 72nd St
Address



| Miami | FL | 33150 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                      9,728.72
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: MS Leisure Company

Case number *(if known)*: 25-10610

**3.199 Nonpriority creditor's name and mailing address**

Sea Creations, Inc.
Creditor Name

Creditor's Notice name

307 27th St
Address

| Orlando | FL | 32806 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,064.22
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.200 Nonpriority creditor's name and mailing address**

Sea Divers Corp
Creditor Name

Creditor's Notice name

12832 SW 17th St
Address

| Miami | FL | 33175 |
|-------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,415.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: MS Leisure Company
Name

Case number *(if known)*: 25-10610

**3.201 Nonpriority creditor's name and mailing address**

Sea Synergy Consulting
Creditor Name

Creditor's Notice name

ACARD Building, The Marina
Address

Cahersiveen

| | Kerry | V23 Y925 |
|---|---|---|
| City | State | ZIP Code |

Ireland
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 57,180.27
*Check all that apply.*

☐ Contingent

☒ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.202 Nonpriority creditor's name and mailing address**

SECURITY ALLIANCE LLC
Creditor Name

Creditor's Notice name

8323 NW 12th Street
Address

| Miami | FL | 33126 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 103.49
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: MS Leisure Company

Case number *(if known)*: 25-10610

**3.203** **Nonpriority creditor's name and mailing address**

SHURE INC
Creditor Name

Creditor's Notice name

5800 W Touhy Ave
Address

| Niles | IL | 60714 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**
**number**

**As of the petition filing date, the claim is:** $ 477.54
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.204** **Nonpriority creditor's name and mailing address**

SILLIKER INC
Creditor Name

Creditor's Notice name

401 N Michigan Ave, Suite 1400
Address

| Chicago | IL | 60611 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**
**number**

**As of the petition filing date, the claim is:** $ 5,183.18
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: MS Leisure Company

Case number *(if known)*: 25-10610

**3.205 Nonpriority creditor's name and mailing address**

Silliker, Inc.
Creditor Name

Creditor's Notice name

111 E Wacker Dr, Suite 2300
Address

Chicago | IL | 60601
City | State | ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 432.94
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.206 Nonpriority creditor's name and mailing address**

SIMBADS BIRDS & PETS LLC
Creditor Name

Creditor's Notice name

15844 SW 65th Ct
Address

Miami | FL | 33193
City | State | ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,721.49
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: MS Leisure Company

Case number *(if known)*: 25-10610

**3.207** **Nonpriority creditor's name and mailing address**

SOUTHEASTERN PRINTING COMPANY, Inc.
Creditor Name

Creditor's Notice name

950 SE 8th Street
Address

| Hialeah | FL | 33010 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                944.47
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.208** **Nonpriority creditor's name and mailing address**

SS HANDCRAFTED ART LLC
Creditor Name

Creditor's Notice name

195 E Waterlynn Rd
Address

| Mooresville | NC | 28117 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                387.61
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: MS Leisure Company

Case number *(if known)*: 25-10610

| 3.209 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $ | 38.33 |

Staples Inc.

Creditor Name

Creditor's Notice name

500 Staples Dr

Address

| Framington | MA | 01702 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

| 3.210 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $ | 223.99 |

Staples, Inc.

Creditor Name

Creditor's Notice name

500 Staples Dr

Address

| Framington | MA | 01702 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Official Form 206E/F       **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: MS Leisure Company

Case number *(if known)*: 25-10610

**3.211 Nonpriority creditor's name and mailing address**

STEIN PAINT COMPANY
Creditor Name

Creditor's Notice name

545 W. Flagler St
Address

| Miami | FL | 33130 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 0.00
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.212 Nonpriority creditor's name and mailing address**

STERICYCLE, Inc.
Creditor Name

Creditor's Notice name

PO box 6582
Address

| Carol Stream | IL | 60197-6582 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 114.09
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: MS Leisure Company

Case number *(if known)* 25-10610

**3.213 Nonpriority creditor's name and mailing address**

Stokes Pharmacy, Inc.
Creditor Name

Creditor's Notice name

6000 Commerce Pkwy, Suite A
Address

| Mount Laurel | NJ | 08054 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    0.00
*Check all that apply.*

☐ Contingent

☒ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.214 Nonpriority creditor's name and mailing address**

Suarez Construction Group, LLC
Creditor Name

Creditor's Notice name

317 Anastasia Ave
Address

| Coral Gables | FL | 33134 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    0.00
*Check all that apply.*

☐ Contingent

☒ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: MS Leisure Company

Case number *(if known)*: 25-10610

**3.215 Nonpriority creditor's name and mailing address**

Sub Sea Systems, Inc.
Creditor Name

Creditor's Notice name

6524 Commerce Way
Address

| Diamond Springs | CA | 95619 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: $ 2,250.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.216 Nonpriority creditor's name and mailing address**

Super Electronics Inc
Creditor Name

Creditor's Notice name

16115 Westheimer Pkwy
Address

| Houston | TX | 77082 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: $ 384.72
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: MS Leisure Company

Case number *(if known)*: 25-10610

**3.217** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ | 3,935.31

Sysco Corporation
Creditor Name

*Check all that apply.*

☐ Contingent

Creditor's Notice name

☐ Unliquidated

12500 Sysco Way
Address

☐ Disputed

**Basis for the claim:**

Trade

| Medley | FL | 33178 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒ No

**Last 4 digits of account**

☐ Yes

**number**

**3.218** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ | 3,381.78

TANK STREAN DESIGN INC
Creditor Name

*Check all that apply.*

☐ Contingent

Creditor's Notice name

☐ Unliquidated

2131 Hollywood Blvd
Address

☐ Disputed

**Basis for the claim:**

Trade

| Hollywood | FL | 33020 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒ No

**Last 4 digits of account**

☐ Yes

**number**

Debtor: MS Leisure Company

Case number *(if known)*: 25-10610

**3.219 Nonpriority creditor's name and mailing address**

TAYLORS PHARMACY LLC
Creditor Name

Creditor's Notice name

1712 Taylor Ave
Address

| Louisville | KY | 40213 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 0.00

*Check all that apply.*

☐ Contingent

☒ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.220 Nonpriority creditor's name and mailing address**

TELEVET IMAGING SOLUTIONS, PLLC
Creditor Name

Creditor's Notice name

PO BOX 3344
Address

| Oakton | VA | 22124 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 190.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: MS Leisure Company

Name

Case number *(if known)*: 25-10610

**3.221 Nonpriority creditor's name and mailing address**

TEXAS A&M AGRILIFE RESEARCH

Creditor Name

Creditor's Notice name

600 John Kimbrough Blvd, Suite 512

Address

| College Station | TX | 77843 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 0.00
*Check all that apply.*

☐ Contingent

☒ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.222 Nonpriority creditor's name and mailing address**

Texas A&M Veterinary Medical Diagnostic Laboratory

Creditor Name

Creditor's Notice name

PO Drawer 3040

Address

| College Station | TX | 77841 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 203.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: MS Leisure Company

Case number *(if known)*: 25-10610

**3.223 Nonpriority creditor's name and mailing address**

The Bird & Exotic Hospital
Creditor Name

Creditor's Notice name

2700 W State Hwy 114, Building 2, Suite 202
Address

| Grapevine | TX | 76051 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 5,086.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.224 Nonpriority creditor's name and mailing address**

The Dolphin Connection, Inc.
Creditor Name

Creditor's Notice name

61 Hawks Cay Blvd
Address

| Duck Key | FL | 33050 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,236,378.11
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Intercompany

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: MS Leisure Company

Case number *(if known)*  25-10610

**3.225 Nonpriority creditor's name and mailing address**

The Icee Company
Creditor Name

Creditor's Notice name

265 Mason Rd
Address

| La Vergne | TN | 37086 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,329.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.226 Nonpriority creditor's name and mailing address**

THE UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER
Creditor Name

Creditor's Notice name

110 Inner Campus Drive
Address

| Austin | TX | 78705 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 960.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: MS Leisure Company

Case number *(if known)*: 25-10610

**3.227 Nonpriority creditor's name and mailing address**

Thermo Fisher Scientific, Inc.
Creditor Name

Creditor's Notice name

50 NW 176th St
Address

| Miami | FL | 33169 |
|-------|-----|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,085.31
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.228 Nonpriority creditor's name and mailing address**

Traci Somerville
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

| | | |
|-------|-----|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 410.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:    MS Leisure Company

Case number *(if known)*    25-10610

**3.229** **Nonpriority creditor's name and mailing address**

Tracks Data Solutions, Inc
Creditor Name

Creditor's Notice name

501 W 5th St
Address

| Salida | CO | 81201 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    7,604.15
*Check all that apply.*

☐    Contingent

☐    Unliquidated

☐    Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑    No

☐    Yes

**3.230** **Nonpriority creditor's name and mailing address**

Travis W. Burke
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

| | | |
|--|--|--|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                       0.00
*Check all that apply.*

☐    Contingent

☑    Unliquidated

☐    Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑    No

☐    Yes

Debtor: MS Leisure Company

Case number *(if known)* 25-10610

**3.231 Nonpriority creditor's name and mailing address**

Triton Investments Holdings LLC
Creditor Name

Creditor's Notice name

Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13,
Address

| Cancun | QR | |
|--------|-----|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 14,935,147.29
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Intercompany

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.232 Nonpriority creditor's name and mailing address**

Triton Investments Holdings LLC
Creditor Name

Creditor's Notice name

Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13,
Address

| Cancun | QR | |
|--------|-----|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 5,231,725.35
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Intercompany

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: MS Leisure Company

Name

Case number *(if known)*  25-10610

**3.233 Nonpriority creditor's name and mailing address**

TROPIC OIL COMPANY LLC

Creditor Name

Creditor's Notice name

9675 NW 117th Ave

Address

| Medley | FL | 33178 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 0.00
*Check all that apply.*

☐ Contingent

☒ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.234 Nonpriority creditor's name and mailing address**

UMDC DEPARTMENT OF PATHOLOGY

Creditor Name

Creditor's Notice name

5323 Harry Hines Blvd

Address

| Dallas | TX | 75390 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 372.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: MS Leisure Company

Case number *(if known)* 25-10610

**3.235 Nonpriority creditor's name and mailing address**

United Screening Services Corporation
Creditor Name

Creditor's Notice name

555 E Ramsey Rd, Ste 101
Address

| San Antonio | TX | 78216 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 96.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.236 Nonpriority creditor's name and mailing address**

University of California Davis
Creditor Name

Creditor's Notice name

One Shields Ave
Address

| Davis | CA | 95616 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 955.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: MS Leisure Company

Case number *(if known)*: 25-10610

**3.237** **Nonpriority creditor's name and mailing address**

University of Florida College of Veterinary Medicine
Creditor Name

Creditor's Notice name

2015 SW 16th Ave
Address

| Gainesville | FL | 32608 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.238** **Nonpriority creditor's name and mailing address**

University of Florida College of Veterinary Medicine
Creditor Name

Creditor's Notice name

2089 SW 16th Ave
Address

| Gainesville | FL | 32608 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 1,410.90
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: MS Leisure Company

Case number *(if known)*: 25-10610

**3.239 Nonpriority creditor's name and mailing address**

Univision Communications, Inc.
Creditor Name

Creditor's Notice name

8551 NW 30th Terrace
Address

| Doral | FL | 33122 |
|-------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**        $            0.00
*Check all that apply.*

☐ Contingent

☒ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.240 Nonpriority creditor's name and mailing address**

US Foods Holding Corp.
Creditor Name

Creditor's Notice name

9399 W Higgins Rd, Suite 500
Address

| Rosemont | IL | 60018 |
|----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**        $         2,101.71
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: MS Leisure Company

Case number *(if known)*: 25-10610

**3.241 Nonpriority creditor's name and mailing address**

Venext Air Conditioning Corp.
Creditor Name

Creditor's Notice name

520 NW 25th Court
Address

| Miami | FL | 33125 |
|-------|-----|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $              2,180.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.242 Nonpriority creditor's name and mailing address**

VWR International LLC
Creditor Name

Creditor's Notice name

100 Matsonford Road, Building 1, Suite 200
Address

| Radnor | PA | 19087 |
|--------|-----|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $              438.56
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:   MS Leisure Company
Name

Case number *(if known)*   25-10610

**3.243** **Nonpriority creditor's name and mailing address**

Waste Management
Creditor Name

Creditor's Notice name

800 Capitol St, Suite 3000
Address

| Houston | TX | 77002 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                 9,432.05
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.244** **Nonpriority creditor's name and mailing address**

Weathermakers Air Conditioning, Inc.
Creditor Name

Creditor's Notice name

1551 W Copans Rd, Suite 101
Address

| Pompano Beach | FL | 33064 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                 0.00
*Check all that apply.*

☐  Contingent

☒  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor:  MS Leisure Company

Case number *(if known)*:  25-10610

**3.245  Nonpriority creditor's name and mailing address**

Wedgewood Village Pharmacy, LLC

Creditor Name

Creditor's Notice name

340 W 23rd St Ste D2

Address

| Panama City | FL | 32405 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 480.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.246  Nonpriority creditor's name and mailing address**

WHISHPETS LLC

Creditor Name

Creditor's Notice name

2950 NW 106th Ave

Address

| Doral | FL | 33172 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 3,862.41
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: MS Leisure Company
Name

Case number *(if known)*: 25-10610

**3.247 Nonpriority creditor's name and mailing address**

Windstream Corporation
Creditor Name

Creditor's Notice name

Windstream PO Box 9001013
Address

| Louisville | KY | 40290 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,700.57
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.248 Nonpriority creditor's name and mailing address**

WISHPETS LLC
Creditor Name

Creditor's Notice name

6555 SW 110th Ave
Address

| Beaverton | OR | 97008 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,950.55
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:    MS Leisure Company

Case number *(if known)*    25-10610

**3.249** **Nonpriority creditor's name and mailing address**

World of Dolphins Inc
Creditor Name

Creditor's Notice name

601 Brickell Key Dr
Address

| Miami | FL | 33131 |
|-------|-----|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                480,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Intercompany

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.250** **Nonpriority creditor's name and mailing address**

Worldwide Laundry Equipment, LLC
Creditor Name

Creditor's Notice name

1714 NW 215th Street
Address

| Miami Gardens | FL | 33056 |
|---------------|-----|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                    246.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: MS Leisure Company

Case number *(if known)* 25-10610

**3.251 Nonpriority creditor's name and mailing address**

Xpand Staffing
Creditor Name

Creditor's Notice name

8870 W Oakland Park Blvd, Suite 104
Address

| Sunrise | FL | 33351 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 40,582.31
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.252 Nonpriority creditor's name and mailing address**

ZOETIS SERVICES LLC
Creditor Name

Creditor's Notice name

10 Sylvan Way
Address

| Parsippany | NJ | 07054 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 0.00
*Check all that apply.*

☐ Contingent

☒ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:   MS Leisure Company

Case number *(if known)*:   25-10610

Name

**3.253** **Nonpriority creditor's name and mailing address**

Zoological Medicine & Wildlife Disease La

Creditor Name

Creditor's Notice name

1945 SW 16th Ave

Address

| Gainesville | FL | 32608 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                    230.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.254** **Nonpriority creditor's name and mailing address**

Zoologix, Inc.

Creditor Name

Creditor's Notice name

725 Lakefield Rd, Suite H

Address

| Westlake Village | CA | 91361 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                    230.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: MS Leisure Company

Case number *(if known)* 25-10610

**3.255 Nonpriority creditor's name and mailing address**

ZooMar Necessity LLC
Creditor Name

Creditor's Notice name

102411 Overseas Highway
Address

| Key Largo | FL | 33037 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 2,036.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.256 Nonpriority creditor's name and mailing address**

Zullyn Diving Services Corp
Creditor Name

Creditor's Notice name

15022 SW 67th Lane
Address

| Miami | FL | 33193 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 0.00
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: MS Leisure Company

Case number *(if known)*: 25-10610

3.257 **Nonpriority creditor's name and mailing address**

ZVONIMIR T. BELFRANIN, P. E.
Creditor Name

Creditor's Notice name

[Available Upon Request]
Address

City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    9,000.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade

**Is the claim subject to offset?**

☒  No

☐  Yes

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.**
**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | Line | |
| Name | ☐   Not Listed.Explain | |
| Notice Name | | |
| Street | | |
| | | |
| | | |
| City               State              ZIP Code | | |
| Country | | |

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 389,800.12 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 30,686,710.42 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 31,076,510.54 |

**Fill in this information to identify the case:**

Debtor Name: In re : MS Leisure Company

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 25-10610 (LSS)

☐  Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐  No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑  Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 **State what the contract or lease is for and the nature of the debtor's interest** | Litigation Consulting | LSN Partners <br> Name |
| | | Notice Name |
| | | 3800 NE 1st Avenue <br> Address |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |
| | | Miami — FL — 33137 <br> City / State / ZIP Code |
| | | Country |
| 2.2 **State what the contract or lease is for and the nature of the debtor's interest** | Provision of Video and Photographic Services | Magic Memories (USA) LLC <br> Name |
| | | Notice Name |
| | | 1597 Cole Blvd., Bldg. 15, Suite 100 <br> Address |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |
| | | Lakewood — CO — 80401 <br> City / State / ZIP Code |
| | | Country |

Debtor: MS Leisure Company
_____
Name

Case number *(if known)*: 25-10610
_____

**2.3** **State what the contract or lease is for and the nature of the debtor's interest**

Service Agreement

Miami Production Group, Inc
_____
Name

_____
Notice Name

2182 NW 87th Ave
_____
Address

**State the term remaining**
_____

**List the contract number of any government contract**
_____

_____

| Miami | FL | 33172 |
|-------|-----|-------|
| City | State | ZIP Code |

_____
Country

**2.4** **State what the contract or lease is for and the nature of the debtor's interest**

Lease

Miami-Dade County
_____
Name

_____
Notice Name

111 NW 1st St # 2510
_____
Address

**State the term remaining**
_____

**List the contract number of any government contract**
_____

_____

| Miami | FL | 33128 |
|-------|-----|-------|
| City | State | ZIP Code |

_____
Country

**2.5** **State what the contract or lease is for and the nature of the debtor's interest**

Service Agreement

Michael Briggs
_____
Name

_____
Notice Name

4555 PALISADES CANYON CIR
_____
Address

**State the term remaining**
_____

**List the contract number of any government contract**
_____

_____

| Las Vegas | NV | 89129 |
|-----------|-----|-------|
| City | State | ZIP Code |

_____
Country

Debtor: MS Leisure Company
Name

Case number *(if known)*: 25-10610

2.6 **State what the contract or lease is for and the nature of the debtor's interest**    Helipad use

Neon Helicopter One, LLC
Name

Notice Name

8600 NW 41st Street
Address

**State the term remaining**

**List the contract number of any government contract**

| Doral | FL | 33136 |
|---|---|---|
| City | State | ZIP Code |

Country

2.7 **State what the contract or lease is for and the nature of the debtor's interest**    Concessionaire Agreement

Sal Marina Beach LLC
Name

Notice Name

114 NW 109th Ave
Address

**State the term remaining**

Apt 302

**List the contract number of any government contract**

| Pembroke Pines | FL | 33026 |
|---|---|---|
| City | State | ZIP Code |

Country

**Schedule G: Executory Contracts and Unexpired Leases**

**Fill in this information to identify the case:**

Debtor Name: In re : MS Leisure Company

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 25-10610 (LSS)

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,**
   ***Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 Aqua Tours, S.A. de C.V. | Boulevard Kukulcan Km 6.5 | Cigna Health and Life Insurance Company | ☒ D |
| | Street | | |
| | Zona Hotelera, C.P. | | ☐ E/F |
| | | | ☐ G |
| | Cancun _____ 77500 | | |
| | City   State   ZIP Code | | |
| | Mexico | | |
| | Country | | |
| 2.2 Aqua Tours, S.A. de C.V. | Boulevard Kukulcan Km 6.5 | Leisure Investment Funding LLC | ☒ D |
| | Street | | |
| | Zona Hotelera, C.P. | | ☐ E/F |
| | | | ☐ G |
| | Cancun _____ 77500 | | |
| | City   State   ZIP Code | | |
| | Mexico | | |
| | Country | | |

Debtor: MS Leisure Company
Name

Case number *(if known)*: 25-10610

| 2.3 | Aqua Tours, S.A. de C.V. | Boulevard Kukulcan Km 6.5 | Prudential Legacy Insurance Company of New Jersey | ☑ D |
| | | Street | | |
| | | Zona Hotelera, C.P. | | ☐ E/F |
| | | | | ☐ G |
| | | Cancun          77500 | | |
| | | City     State     ZIP Code | | |
| | | Mexico | | |
| | | Country | | |

| 2.4 | Aqua Tours, S.A. de C.V. | Boulevard Kukulcan Km 6.5 | The Prudential Insurance Company of America | ☑ D |
| | | Street | | |
| | | Zona Hotelera, C.P. | | ☐ E/F |
| | | | | ☐ G |
| | | Cancun          77500 | | |
| | | City     State     ZIP Code | | |
| | | Mexico | | |
| | | Country | | |

| 2.5 | Controladora Dolphin, S.A. de C.V. | Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13, | Cigna Health and Life Insurance Company | ☑ D |
| | | Street | | |
| | | | | ☐ E/F |
| | | | | ☐ G |
| | | Cancun | | |
| | | City     State     ZIP Code | | |
| | | Mexico | | |
| | | Country | | |

| 2.6 | Controladora Dolphin, S.A. de C.V. | Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13, | Leisure Investment Funding LLC | ☑ D |
| | | Street | | |
| | | | | ☐ E/F |
| | | | | ☐ G |
| | | Cancun | | |
| | | City     State     ZIP Code | | |
| | | Mexico | | |
| | | Country | | |

| 2.7 | Controladora Dolphin, S.A. de C.V. | Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13, | Prudential Legacy Insurance Company of New Jersey | ☑ D |
| | | Street | | |
| | | | | ☐ E/F |
| | | | | ☐ G |
| | | Cancun | | |
| | | City     State     ZIP Code | | |
| | | Mexico | | |
| | | Country | | |

Debtor: MS Leisure Company

Case number *(if known):* 25-10610

Name

| 2.8 Controladora Dolphin, S.A. de C.V. | Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13, | The Prudential Insurance Company of America | ☑ D |
|---|---|---|---|
| | Street | | ☐ E/F |
| | | | ☐ G |
| | Cancun | | |
| | City          State          ZIP Code | | |
| | Mexico | | |
| | Country | | |

| 2.9 Dolphin Austral Holdings, S.A. de C.V. | Boulevard Kukulcan Km 6.5 | Cigna Health and Life Insurance Company | ☑ D |
|---|---|---|---|
| | Street | | ☐ E/F |
| | Zona Hotelera, C.P. | | ☐ G |
| | Cancun          77500 | | |
| | City          State          ZIP Code | | |
| | Mexico | | |
| | Country | | |

| 2.10 Dolphin Austral Holdings, S.A. de C.V. | Boulevard Kukulcan Km 6.5 | Leisure Investment Funding LLC | ☑ D |
|---|---|---|---|
| | Street | | ☐ E/F |
| | Zona Hotelera, C.P. | | ☐ G |
| | Cancun          77500 | | |
| | City          State          ZIP Code | | |
| | Mexico | | |
| | Country | | |

| 2.11 Dolphin Austral Holdings, S.A. de C.V. | Boulevard Kukulcan Km 6.5 | Prudential Legacy Insurance Company of New Jersey | ☑ D |
|---|---|---|---|
| | Street | | ☐ E/F |
| | Zona Hotelera, C.P. | | ☐ G |
| | Cancun          77500 | | |
| | City          State          ZIP Code | | |
| | Mexico | | |
| | Country | | |

| 2.12 Dolphin Austral Holdings, S.A. de C.V. | Boulevard Kukulcan Km 6.5 | The Prudential Insurance Company of America | ☑ D |
|---|---|---|---|
| | Street | | ☐ E/F |
| | Zona Hotelera, C.P. | | ☐ G |
| | Cancun          77500 | | |
| | City          State          ZIP Code | | |
| | Mexico | | |
| | Country | | |

Debtor: MS Leisure Company
Name

Case number *(if known)*: 25-10610

| 2.13 | Dolphin Capital Company, S. de R.L. de C.V. | Av. Banco Chinchorro Esquina | Cigna Health and Life Insurance Company | ☑ D |
| | | Street | | ☐ E/F |
| | | Acanceh MZA 1, LT 8 SM 13 | | |
| | | | | ☐ G |
| | | Cancun | 77504 | |
| | | City | State | ZIP Code | |
| | | Mexico | | |
| | | Country | | |

| 2.14 | Dolphin Capital Company, S. de R.L. de C.V. | Av. Banco Chinchorro Esquina | Leisure Investment Funding LLC | ☑ D |
| | | Street | | ☐ E/F |
| | | Acanceh MZA 1, LT 8 SM 13 | | |
| | | | | ☐ G |
| | | Cancun | 77504 | |
| | | City | State | ZIP Code | |
| | | Mexico | | |
| | | Country | | |

| 2.15 | Dolphin Capital Company, S. de R.L. de C.V. | Av. Banco Chinchorro Esquina | Prudential Legacy Insurance Company of New Jersey | ☑ D |
| | | Street | | ☐ E/F |
| | | Acanceh MZA 1, LT 8 SM 13 | | |
| | | | | ☐ G |
| | | Cancun | 77504 | |
| | | City | State | ZIP Code | |
| | | Mexico | | |
| | | Country | | |

| 2.16 | Dolphin Capital Company, S. de R.L. de C.V. | Av. Banco Chinchorro Esquina | The Prudential Insurance Company of America | ☑ D |
| | | Street | | ☐ E/F |
| | | Acanceh MZA 1, LT 8 SM 13 | | |
| | | | | ☐ G |
| | | Cancun | 77504 | |
| | | City | State | ZIP Code | |
| | | Mexico | | |
| | | Country | | |

| 2.17 | Dolphin Leisure, Inc. | 1001 Brickell Bay Drive | Cigna Health and Life Insurance Company | ☑ D |
| | | Street | | ☐ E/F |
| | | Suite 2110 | | |
| | | | | ☐ G |
| | | Miami | FL | 33131 | |
| | | City | State | ZIP Code | |
| | | Country | | |

Debtor: MS Leisure Company
_____
Name

Case number *(if known):*  25-10610

| 2.18 | Dolphin Leisure, Inc. | 1001 Brickell Bay Drive | | | Leisure Investment Funding LLC | ☑ D |
| | | Street | | | | |
| | | Suite 2110 | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | Miami | FL | 33131 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.19 | Dolphin Leisure, Inc. | 1001 Brickell Bay Drive | | | Prudential Legacy Insurance Company of New Jersey | ☑ D |
| | | Street | | | | |
| | | Suite 2110 | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | Miami | FL | 33131 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.20 | Dolphin Leisure, Inc. | 1001 Brickell Bay Drive | | | The Prudential Insurance Company of America | ☑ D |
| | | Street | | | | |
| | | Suite 2110 | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | Miami | FL | 33131 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.21 | Ejecutivos de Turismo Sustentable, S.A. de C.V. | Av. Banco Chinchorro Esquina | | | Cigna Health and Life Insurance Company | ☑ D |
| | | Street | | | | |
| | | Acanceh MZA 1, LT 8 SM 13 | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | Cancun | | 77504 | | |
| | | City | State | ZIP Code | | |
| | | Mexico | | | | |
| | | Country | | | | |

| 2.22 | Ejecutivos de Turismo Sustentable, S.A. de C.V. | Av. Banco Chinchorro Esquina | | | Leisure Investment Funding LLC | ☑ D |
| | | Street | | | | |
| | | Acanceh MZA 1, LT 8 SM 13 | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | Cancun | | 77504 | | |
| | | City | State | ZIP Code | | |
| | | Mexico | | | | |
| | | Country | | | | |

Debtor: MS Leisure Company
_____
Name

Case number *(if known)*:  25-10610
_____

| 2.23 | Ejecutivos de Turismo Sustentable, S.A. de C.V. | Av. Banco Chinchorro Esquina | Prudential Legacy Insurance Company of New Jersey | ☑ D |
|---|---|---|---|---|
| | | Street | | ☐ E/F |
| | | Acanceh MZA 1, LT 8 SM 13 | | |
| | | | | ☐ G |
| | | Cancun _____ 77504 | | |
| | | City  State  ZIP Code | | |
| | | Mexico | | |
| | | Country | | |

| 2.24 | Ejecutivos de Turismo Sustentable, S.A. de C.V. | Av. Banco Chinchorro Esquina | The Prudential Insurance Company of America | ☑ D |
|---|---|---|---|---|
| | | Street | | ☐ E/F |
| | | Acanceh MZA 1, LT 8 SM 13 | | |
| | | | | ☐ G |
| | | Cancun _____ 77504 | | |
| | | City  State  ZIP Code | | |
| | | Mexico | | |
| | | Country | | |

| 2.25 | Embassy of the Seas Limited | 27 Old Gloucester Street | Cigna Health and Life Insurance Company | ☑ D |
|---|---|---|---|---|
| | | Street | | ☐ E/F |
| | | | | ☐ G |
| | | London _____ WCIN 3AX | | |
| | | City  State  ZIP Code | | |
| | | United Kingdom | | |
| | | Country | | |

| 2.26 | Embassy of the Seas Limited | 27 Old Gloucester Street | Leisure Investment Funding LLC | ☑ D |
|---|---|---|---|---|
| | | Street | | ☐ E/F |
| | | | | ☐ G |
| | | London _____ WCIN 3AX | | |
| | | City  State  ZIP Code | | |
| | | United Kingdom | | |
| | | Country | | |

| 2.27 | Embassy of the Seas Limited | 27 Old Gloucester Street | Prudential Legacy Insurance Company of New Jersey | ☑ D |
|---|---|---|---|---|
| | | Street | | ☐ E/F |
| | | | | ☐ G |
| | | London _____ WCIN 3AX | | |
| | | City  State  ZIP Code | | |
| | | United Kingdom | | |
| | | Country | | |

| Debtor: | MS Leisure Company | | Case number *(if known)*: | 25-10610 |

2.28  Embassy of the Seas Limited

27 Old Gloucester Street
Street

London
City  State  WCIN 3AX
ZIP Code

United Kingdom
Country

The Prudential Insurance Company of America

☑ D
☐ E/F
☐ G

2.29  Gulf World Marine Park, Inc.

15421 Front Beach Road
Street

Panama City  FL  32413
City  State  ZIP Code

Country

Cigna Health and Life Insurance Company

☑ D
☐ E/F
☐ G

2.30  Gulf World Marine Park, Inc.

15421 Front Beach Road
Street

Panama City  FL  32413
City  State  ZIP Code

Country

Leisure Investment Funding LLC

☑ D
☐ E/F
☐ G

2.31  Gulf World Marine Park, Inc.

15421 Front Beach Road
Street

Panama City  FL  32413
City  State  ZIP Code

Country

Prudential Legacy Insurance Company of New Jersey

☑ D
☐ E/F
☐ G

2.32  Gulf World Marine Park, Inc.

15421 Front Beach Road
Street

Panama City  FL  32413
City  State  ZIP Code

Country

The Prudential Insurance Company of America

☑ D
☐ E/F
☐ G

Debtor: MS Leisure Company

Name

Case number *(if known):* 25-10610

| 2.33 | GWMP, LLC | 15421 Front Beach Road | Cigna Health and Life Insurance Company | ☑ D |
| | | Street | | ☐ E/F |
| | | | | ☐ G |
| | | Panama City | FL | 32413 | |
| | | City | State | ZIP Code | |
| | | Country | | | |

| 2.34 | GWMP, LLC | 15421 Front Beach Road | Leisure Investment Funding LLC | ☑ D |
| | | Street | | ☐ E/F |
| | | | | ☐ G |
| | | Panama City | FL | 32413 | |
| | | City | State | ZIP Code | |
| | | Country | | | |

| 2.35 | GWMP, LLC | 15421 Front Beach Road | Prudential Legacy Insurance Company of New Jersey | ☑ D |
| | | Street | | ☐ E/F |
| | | | | ☐ G |
| | | Panama City | FL | 32413 | |
| | | City | State | ZIP Code | |
| | | Country | | | |

| 2.36 | GWMP, LLC | 15421 Front Beach Road | The Prudential Insurance Company of America | ☑ D |
| | | Street | | ☐ E/F |
| | | | | ☐ G |
| | | Panama City | FL | 32413 | |
| | | City | State | ZIP Code | |
| | | Country | | | |

| 2.37 | Icarus Investments Holdings LLC | Av. Banco Chinchorro Esquina | Cigna Health and Life Insurance Company | ☑ D |
| | | Street | | ☐ E/F |
| | | Acanceh MZA 1, LT 8 SM 13 | | ☐ G |
| | | Cancun | | 77504 | |
| | | City | State | ZIP Code | |
| | | Mexico | | | |
| | | Country | | | |

Debtor: MS Leisure Company
Name

Case number *(if known)*:    25-10610

| 2.38 | Icarus Investments Holdings LLC | Av. Banco Chinchorro Esquina | Leisure Investment Funding LLC | ☑ D |
| | | Street | | ☐ E/F |
| | | Acanceh MZA 1, LT 8 SM 13 | | ☐ G |
| | | Cancun | 77504 | |
| | | City / State | ZIP Code | |
| | | Mexico | | |
| | | Country | | |

| 2.39 | Icarus Investments Holdings LLC | Av. Banco Chinchorro Esquina | Prudential Legacy Insurance Company of New Jersey | ☑ D |
| | | Street | | ☐ E/F |
| | | Acanceh MZA 1, LT 8 SM 13 | | ☐ G |
| | | Cancun | 77504 | |
| | | City / State | ZIP Code | |
| | | Mexico | | |
| | | Country | | |

| 2.40 | Icarus Investments Holdings LLC | Av. Banco Chinchorro Esquina | The Prudential Insurance Company of America | ☑ D |
| | | Street | | ☐ E/F |
| | | Acanceh MZA 1, LT 8 SM 13 | | ☐ G |
| | | Cancun | 77504 | |
| | | City / State | ZIP Code | |
| | | Mexico | | |
| | | Country | | |

| 2.41 | Leisure Investments Holdings LLC | Av. Banco Chinchorro Esquina | Cigna Health and Life Insurance Company | ☑ D |
| | | Street | | ☐ E/F |
| | | Acanceh MZA 1, LT 8 SM 13 | | ☐ G |
| | | Cancun | 77504 | |
| | | City / State | ZIP Code | |
| | | Mexico | | |
| | | Country | | |

| 2.42 | Leisure Investments Holdings LLC | Av. Banco Chinchorro Esquina | Leisure Investment Funding LLC | ☑ D |
| | | Street | | ☐ E/F |
| | | Acanceh MZA 1, LT 8 SM 13 | | ☐ G |
| | | Cancun | 77504 | |
| | | City / State | ZIP Code | |
| | | Mexico | | |
| | | Country | | |

Debtor: MS Leisure Company

Name

Case number *(if known)*: 25-10610

| 2.43 | Leisure Investments Holdings LLC | Av. Banco Chinchorro Esquina | | Prudential Legacy Insurance Company of New Jersey | ☑ D |
|---|---|---|---|---|---|
| | | Street | | | ☐ E/F |
| | | Acanceh MZA 1, LT 8 SM 13 | | | |
| | | | | | ☐ G |
| | | Cancun | 77504 | | |
| | | City | State | ZIP Code | |
| | | Mexico | | | |
| | | Country | | | |

| 2.44 | Leisure Investments Holdings LLC | Av. Banco Chinchorro Esquina | | The Prudential Insurance Company of America | ☑ D |
|---|---|---|---|---|---|
| | | Street | | | ☐ E/F |
| | | Acanceh MZA 1, LT 8 SM 13 | | | |
| | | | | | ☐ G |
| | | Cancun | 77504 | | |
| | | City | State | ZIP Code | |
| | | Mexico | | | |
| | | Country | | | |

| 2.45 | Marineland Leisure Inc. | 9600 Oceanshore Blvd | | Cigna Health and Life Insurance Company | ☑ D |
|---|---|---|---|---|---|
| | | Street | | | ☐ E/F |
| | | | | | ☐ G |
| | | St. Augustine | FL | 32080 | |
| | | City | State | ZIP Code | |
| | | Country | | | |

| 2.46 | Marineland Leisure Inc. | 9600 Oceanshore Blvd | | Leisure Investment Funding LLC | ☑ D |
|---|---|---|---|---|---|
| | | Street | | | ☐ E/F |
| | | | | | ☐ G |
| | | St. Augustine | FL | 32080 | |
| | | City | State | ZIP Code | |
| | | Country | | | |

| 2.47 | Marineland Leisure Inc. | 9600 Oceanshore Blvd | | Prudential Legacy Insurance Company of New Jersey | ☑ D |
|---|---|---|---|---|---|
| | | Street | | | ☐ E/F |
| | | | | | ☐ G |
| | | St. Augustine | FL | 32080 | |
| | | City | State | ZIP Code | |
| | | Country | | | |

Debtor:  MS Leisure Company
Name

Case number *(if known):*    25-10610

| 2.48 | Marineland Leisure Inc. | 9600 Oceanshore Blvd | The Prudential Insurance Company of America | ☑ D |
|---|---|---|---|---|
| | | Street | | ☐ E/F |
| | | | | ☐ G |
| | | St. Augustine       FL       32080 | | |
| | | City       State       ZIP Code | | |
| | | Country | | |

| 2.49 | Promotora Garrafón, S.A. de C.V. | Carretera Garrafon MZA 41 KM 6 | Cigna Health and Life Insurance Company | ☑ D |
|---|---|---|---|---|
| | | Street | | ☐ E/F |
| | | Punta Sur C.P. | | ☐ G |
| | | Isla Mujeres       77400 | | |
| | | City       State       ZIP Code | | |
| | | Mexico | | |
| | | Country | | |

| 2.50 | Promotora Garrafón, S.A. de C.V. | Carretera Garrafon MZA 41 KM 6 | Leisure Investment Funding LLC | ☑ D |
|---|---|---|---|---|
| | | Street | | ☐ E/F |
| | | Punta Sur C.P. | | ☐ G |
| | | Isla Mujeres       77400 | | |
| | | City       State       ZIP Code | | |
| | | Mexico | | |
| | | Country | | |

| 2.51 | Promotora Garrafón, S.A. de C.V. | Carretera Garrafon MZA 41 KM 6 | Prudential Legacy Insurance Company of New Jersey | ☑ D |
|---|---|---|---|---|
| | | Street | | ☐ E/F |
| | | Punta Sur C.P. | | ☐ G |
| | | Isla Mujeres       77400 | | |
| | | City       State       ZIP Code | | |
| | | Mexico | | |
| | | Country | | |

| 2.52 | Promotora Garrafón, S.A. de C.V. | Carretera Garrafon MZA 41 KM 6 | The Prudential Insurance Company of America | ☑ D |
|---|---|---|---|---|
| | | Street | | ☐ E/F |
| | | Punta Sur C.P. | | ☐ G |
| | | Isla Mujeres       77400 | | |
| | | City       State       ZIP Code | | |
| | | Mexico | | |
| | | Country | | |

Debtor: MS Leisure Company
Name

Case number (if known): 25-10610

| 2.53 The Dolphin Connection, Inc. | 61 Hawks Cay Blvd | Cigna Health and Life Insurance Company | ☑ D |
| | Street | | ☐ E/F |
| | | | ☐ G |
| | Duck Key    FL    33050 | | |
| | City    State    ZIP Code | | |
| | Country | | |

| 2.54 The Dolphin Connection, Inc. | 61 Hawks Cay Blvd | Leisure Investment Funding LLC | ☑ D |
| | Street | | ☐ E/F |
| | | | ☐ G |
| | Duck Key    FL    33050 | | |
| | City    State    ZIP Code | | |
| | Country | | |

| 2.55 The Dolphin Connection, Inc. | 61 Hawks Cay Blvd | Prudential Legacy Insurance Company of New Jersey | ☑ D |
| | Street | | ☐ E/F |
| | | | ☐ G |
| | Duck Key    FL    33050 | | |
| | City    State    ZIP Code | | |
| | Country | | |

| 2.56 The Dolphin Connection, Inc. | 61 Hawks Cay Blvd | The Prudential Insurance Company of America | ☑ D |
| | Street | | ☐ E/F |
| | | | ☐ G |
| | Duck Key    FL    33050 | | |
| | City    State    ZIP Code | | |
| | Country | | |

| 2.57 Triton Investments Holdings LLC | Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13, | Cigna Health and Life Insurance Company | ☑ D |
| | Street | | ☐ E/F |
| | Quintana Roo | | ☐ G |
| | Cancun | | |
| | City    State    ZIP Code | | |
| | Mexico | | |
| | Country | | |

Official Form 206H    **Schedule H: Codebtors**    Page 12 of 14

Debtor: MS Leisure Company

Case number (if known): 25-10610

| 2.58 | Triton Investments Holdings LLC | Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13, | Leisure Investment Funding LLC | ☑ D |
|---|---|---|---|---|
| | Name | Street | | ☐ E/F |
| | | Quintana Roo | | ☐ G |
| | | | | |
| | | Cancun | | |
| | | City / State / ZIP Code | | |
| | | Mexico | | |
| | | Country | | |

| 2.59 | Triton Investments Holdings LLC | Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13, | Prudential Legacy Insurance Company of New Jersey | ☑ D |
|---|---|---|---|---|
| | | Street | | ☐ E/F |
| | | Quintana Roo | | ☐ G |
| | | | | |
| | | Cancun | | |
| | | City / State / ZIP Code | | |
| | | Mexico | | |
| | | Country | | |

| 2.60 | Triton Investments Holdings LLC | Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13, | The Prudential Insurance Company of America | ☑ D |
|---|---|---|---|---|
| | | Street | | ☐ E/F |
| | | Quintana Roo | | ☐ G |
| | | | | |
| | | Cancun | | |
| | | City / State / ZIP Code | | |
| | | Mexico | | |
| | | Country | | |

| 2.61 | Viajero Cibernético, S.A. de C.V. | Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13, | Cigna Health and Life Insurance Company | ☑ D |
|---|---|---|---|---|
| | | Street | | ☐ E/F |
| | | Quintana Roo | | ☐ G |
| | | | | |
| | | Cancun | | |
| | | City / State / ZIP Code | | |
| | | Mexico | | |
| | | Country | | |

| 2.62 | Viajero Cibernético, S.A. de C.V. | Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13, | Leisure Investment Funding LLC | ☑ D |
|---|---|---|---|---|
| | | Street | | ☐ E/F |
| | | Quintana Roo | | ☐ G |
| | | | | |
| | | Cancun | | |
| | | City / State / ZIP Code | | |
| | | Mexico | | |
| | | Country | | |

| Debtor: | MS Leisure Company | | Case number *(if known)*: | 25-10610 |
|---|---|---|---|---|
| | Name | | | |

| 2.63 | Viajero Cibernético, S.A. de C.V. | Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13, | Prudential Legacy Insurance Company of New Jersey | ☑ D |
|---|---|---|---|---|
| | | Street | | ☐ E/F |
| | | Quintana Roo | | |
| | | | | ☐ G |
| | | Cancun | | |
| | | City                State                ZIP Code | | |
| | | Mexico | | |
| | | Country | | |

| 2.64 | Viajero Cibernético, S.A. de C.V. | Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13, | The Prudential Insurance Company of America | ☑ D |
|---|---|---|---|---|
| | | Street | | ☐ E/F |
| | | Quintana Roo | | |
| | | | | ☐ G |
| | | Cancun | | |
| | | City                State                ZIP Code | | |
| | | Mexico | | |
| | | Country | | |

**Fill in this information to identify the case:**

Debtor Name: In re : MS Leisure Company

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 25-10610 (LSS)

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   08/04/2025            ✖ / s / Robert Wagstaff
          MM / DD / YYYY            Signature of individual signing on behalf of debtor

                                      Robert Wagstaff
                                      Printed name

                                      Chief Restructuring Officer
                                      Position or relationship to debtor

**IN THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| LEISURE INVESTMENTS HOLDINGS LLC, *et al.*, [1] | Case No. 25-10606 (LSS) |
| Debtors. | (Jointly Administered) |

**STATEMENT OF FINANCIAL AFFAIRS FOR
MS LEISURE COMPANY  (CASE NO. 25-10610)**

---

[1]    Due to the large number of Debtors in these chapter 11 cases a complete list of the Debtors is not provided herein. A complete list of the Debtors along with the last four digits of their tax identification numbers, where applicable, may be obtained on the website of the Debtors' noticing and claims agent at https://veritaglobal.net/dolphinco, or by contacting counsel for the Debtors. For the purposes of these chapter 11 cases, the address for the Debtors is Leisure Investments Holdings LLC, c/o Riveron Management Services, LLC, 600 Brickell Avenue, Suite 2550, Miami, FL 33131.

**Fill in this information to identify the case:**

Debtor Name: In re : MS Leisure Company

United States Bankruptcy Court for the:  District Of Delaware

Case number (if known): 25-10610 (LSS)

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 1/1/2025 <br> MM / DD / YYYY | to | Filing date | ☑ Operating a business <br> ☐ Other _____ | $ 2,168,460.23 |
| **For prior year:** | From 1/1/2024 <br> MM / DD / YYYY | to | 12/31/2024 <br> MM / DD / YYYY | ☑ Operating a business <br> ☐ Other _____ | $ 9,028,916.07 |
| **For the year before that:** | From 1/1/2023 <br> MM / DD / YYYY | to | 12/31/2023 <br> MM / DD / YYYY | ☑ Operating a business <br> ☐ Other _____ | $ 14,243,497.22 |

Debtor: MS Leisure Company
_____     Case number *(if known)*:  25-10610
Name

## 2. Non-business revenue

Include revenue regardless of whether that revenue is taxable. Non-business income may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From | 1/1/2025 <br> MM / DD / YYYY | to | Filing date | Other Revenue/Income | $ 39,241.39 |
| **For prior year:** | From | 1/1/2024 <br> MM / DD / YYYY | to | 12/31/2024 <br> MM / DD / YYYY | Other Revenue/Income | $ 135,460.51 |
| **For the year before that:** | From | 1/1/2023 <br> MM / DD / YYYY | to | 12/31/2023 <br> MM / DD / YYYY | Other Revenue/Income | $ 467,814.16 |

Debtor: MS Leisure Company
Name

Case number *(if known)*    25-10610

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.** **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575 . (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1 Allied Universal<br><span>Creditor's Name</span><br><br>161 Washington Street<br><span>Street</span><br><br><br>Conshohocken    PA    60463<br><span>City        State      ZIP Code</span><br><br>Country | 1/14/2025 | $    5,898.65 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other    Maintenance |
| 3.2 Allied Universal<br><span>Creditor's Name</span><br><br>161 Washington Street<br><span>Street</span><br><br><br>Conshohocken    PA    60463<br><span>City        State      ZIP Code</span><br><br>Country | 1/21/2025 | $    5,345.65 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other    Maintenance |
| 3.3 Allied Universal<br><span>Creditor's Name</span><br><br>161 Washington Street<br><span>Street</span><br><br><br>Conshohocken    PA    60463<br><span>City        State      ZIP Code</span><br><br>Country | 1/24/2025 | $    2,511.54 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other    Maintenance |
| 3.4 Allied Universal<br><span>Creditor's Name</span><br><br>161 Washington Street<br><span>Street</span><br><br><br>Conshohocken    PA    60463<br><span>City        State      ZIP Code</span><br><br>Country | 2/6/2025 | $    2,142.87 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other    Maintenance |

Debtor: MS Leisure Company

Case number (if known):  25-10610

Name

3.5  Allied Universal
Creditor's Name

161 Washington Street
Street

Conshohocken    PA    60463
City    State    ZIP Code

Country

2/12/2025    $    4,831.83

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Maintenance

3.6  Allied Universal
Creditor's Name

161 Washington Street
Street

Conshohocken    PA    60463
City    State    ZIP Code

Country

2/20/2025    $    2,511.54

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Maintenance

3.7  Allied Universal
Creditor's Name

161 Washington Street
Street

Conshohocken    PA    60463
City    State    ZIP Code

Country

2/27/2025    $    2,281.12

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Maintenance

3.8  Allied Universal
Creditor's Name

161 Washington Street
Street

Conshohocken    PA    60463
City    State    ZIP Code

Country

3/10/2025    $    2,350.24

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Maintenance

Debtor: MS Leisure Company

Name

Case number *(if known)*:    25-10610

3.9  Allied Universal
Creditor's Name

161 Washington Street
Street

Conshohocken        PA        60463
City                State     ZIP Code

Country

3/12/2025    $        2,753.47

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Maintenance

3.10  Allied Universal
Creditor's Name

161 Washington Street
Street

Conshohocken        PA        60463
City                State     ZIP Code

Country

3/21/2025    $        3,467.77

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Maintenance

3.11  Allied Universal
Creditor's Name

161 Washington Street
Street

Conshohocken        PA        60463
City                State     ZIP Code

Country

3/26/2025    $        2,258.08

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Maintenance

3.12  Amazon
Creditor's Name

410 Terry Ave. N
Street

Seattle        WA        98109
City            State     ZIP Code

Country

1/6/2025    $        44.91

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Suppliers / Reimbursements

Debtor: MS Leisure Company

Name

Case number *(if known)*:    25-10610

| 3.13 | Amazon | 1/16/2025 | $ | 49.62 |
|---|---|---|---|---|

Creditor's Name

410 Terry Ave. N

Street

| Seattle | WA | 98109 |
|---|---|---|
| City | State | ZIP Code |

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Suppliers / Reimbursements

| 3.14 | Amazon | 1/16/2025 | $ | 80.12 |
|---|---|---|---|---|

Creditor's Name

410 Terry Ave. N

Street

| Seattle | WA | 98109 |
|---|---|---|
| City | State | ZIP Code |

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Suppliers / Reimbursements

| 3.15 | Amazon | 1/17/2025 | $ | 15.26 |
|---|---|---|---|---|

Creditor's Name

410 Terry Ave. N

Street

| Seattle | WA | 98109 |
|---|---|---|
| City | State | ZIP Code |

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Suppliers / Reimbursements

| 3.16 | Amazon | 1/17/2025 | $ | 140.81 |
|---|---|---|---|---|

Creditor's Name

410 Terry Ave. N

Street

| Seattle | WA | 98109 |
|---|---|---|
| City | State | ZIP Code |

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Suppliers / Reimbursements

Debtor: MS Leisure Company

Case number *(if known)*: 25-10610

Name

| 3.17 | Amazon | 1/21/2025 | $ 21.09 | ☐ | Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

410 Terry Ave. N

Street

☐ Suppliers or vendors

☐ Services

☒ Other    Suppliers / Reimbursements

Seattle    WA    98109

City    State    ZIP Code

Country

| 3.18 | Amazon | 1/21/2025 | $ 32.07 | ☐ | Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

410 Terry Ave. N

Street

☐ Suppliers or vendors

☐ Services

☒ Other    Suppliers / Reimbursements

Seattle    WA    98109

City    State    ZIP Code

Country

| 3.19 | Amazon | 1/21/2025 | $ 38.38 | ☐ | Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

410 Terry Ave. N

Street

☐ Suppliers or vendors

☐ Services

☒ Other    Suppliers / Reimbursements

Seattle    WA    98109

City    State    ZIP Code

Country

| 3.20 | Amazon | 1/21/2025 | $ 69.43 | ☐ | Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

410 Terry Ave. N

Street

☐ Suppliers or vendors

☐ Services

☒ Other    Suppliers / Reimbursements

Seattle    WA    98109

City    State    ZIP Code

Country

Debtor: MS Leisure Company    Case number *(if known)*: 25-10610

Name

| 3.21 | Amazon | 1/24/2025 | $ 55.64 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 410 Terry Ave. N | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Suppliers / Reimbursements |
| | Seattle    WA    98109 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| 3.22 | Amazon | 1/28/2025 | $ 35.30 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 410 Terry Ave. N | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Suppliers / Reimbursements |
| | Seattle    WA    98109 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| 3.23 | Amazon | 1/29/2025 | $ 306.94 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 410 Terry Ave. N | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Suppliers / Reimbursements |
| | Seattle    WA    98109 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| 3.24 | Amazon | 1/30/2025 | $ 305.92 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 410 Terry Ave. N | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Suppliers / Reimbursements |
| | Seattle    WA    98109 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: MS Leisure Company

Name

Case number *(if known)*:   25-10610

| | | | |
|---|---|---|---|
| 3.25 | Amazon | 1/31/2025 | $ 38.49 |
| | Creditor's Name | | |

410 Terry Ave. N
Street

Seattle      WA      98109
City          State     ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Suppliers / Reimbursements

| | | | |
|---|---|---|---|
| 3.26 | Amazon | 1/31/2025 | $ 197.88 |
| | Creditor's Name | | |

410 Terry Ave. N
Street

Seattle      WA      98109
City          State     ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Suppliers / Reimbursements

| | | | |
|---|---|---|---|
| 3.27 | Amazon | 2/3/2025 | $ 59.90 |
| | Creditor's Name | | |

410 Terry Ave. N
Street

Seattle      WA      98109
City          State     ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Suppliers / Reimbursements

| | | | |
|---|---|---|---|
| 3.28 | Amazon | 2/3/2025 | $ 408.40 |
| | Creditor's Name | | |

410 Terry Ave. N
Street

Seattle      WA      98109
City          State     ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Suppliers / Reimbursements

Debtor:  MS Leisure Company
Name

Case number *(if known)*:    25-10610

3.29  Amazon
Creditor's Name

410 Terry Ave. N
Street

| Seattle | WA | 98109 |
|---|---|---|
| City | State | ZIP Code |

Country

2/10/2025    $    13.61

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Suppliers / Reimbursements

3.30  Amazon
Creditor's Name

410 Terry Ave. N
Street

| Seattle | WA | 98109 |
|---|---|---|
| City | State | ZIP Code |

Country

2/10/2025    $    32.09

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Suppliers / Reimbursements

3.31  Amazon
Creditor's Name

410 Terry Ave. N
Street

| Seattle | WA | 98109 |
|---|---|---|
| City | State | ZIP Code |

Country

2/11/2025    $    183.10

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Suppliers / Reimbursements

3.32  Amazon
Creditor's Name

410 Terry Ave. N
Street

| Seattle | WA | 98109 |
|---|---|---|
| City | State | ZIP Code |

Country

2/12/2025    $    12.81

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Suppliers / Reimbursements

Debtor: MS Leisure Company

Case number *(if known)*: 25-10610

Name

| 3.33 | Amazon | 2/12/2025 | $ | 57.61 | ☐ Secured debt |
|------|--------|-----------|---|-------|----------------|

Creditor's Name

☐ Unsecured loan repayments

410 Terry Ave. N

☐ Suppliers or vendors

Street

☐ Services

☑ Other   Suppliers / Reimbursements

Seattle   WA   98109

City   State   ZIP Code

Country

| 3.34 | Amazon | 2/12/2025 | $ | 91.20 | ☐ Secured debt |
|------|--------|-----------|---|-------|----------------|

Creditor's Name

☐ Unsecured loan repayments

410 Terry Ave. N

☐ Suppliers or vendors

Street

☐ Services

☑ Other   Suppliers / Reimbursements

Seattle   WA   98109

City   State   ZIP Code

Country

| 3.35 | Amazon | 2/13/2025 | $ | 74.89 | ☐ Secured debt |
|------|--------|-----------|---|-------|----------------|

Creditor's Name

☐ Unsecured loan repayments

410 Terry Ave. N

☐ Suppliers or vendors

Street

☐ Services

☑ Other   Suppliers / Reimbursements

Seattle   WA   98109

City   State   ZIP Code

Country

| 3.36 | Amazon | 2/18/2025 | $ | 36.92 | ☐ Secured debt |
|------|--------|-----------|---|-------|----------------|

Creditor's Name

☐ Unsecured loan repayments

410 Terry Ave. N

☐ Suppliers or vendors

Street

☐ Services

☑ Other   Suppliers / Reimbursements

Seattle   WA   98109

City   State   ZIP Code

Country

Debtor: MS Leisure Company
Name

Case number *(if known)*    25-10610

| 3.37 | Amazon | 2/18/2025 | $ | 107.58 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

410 Terry Ave. N
Street

☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Suppliers / Reimbursements

| Seattle | WA | 98109 |
|---|---|---|
| City | State | ZIP Code |

Country

| 3.38 | Amazon | 2/21/2025 | $ | 431.13 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

410 Terry Ave. N
Street

☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Suppliers / Reimbursements

| Seattle | WA | 98109 |
|---|---|---|
| City | State | ZIP Code |

Country

| 3.39 | Amazon | 2/24/2025 | $ | 67.85 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

410 Terry Ave. N
Street

☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Suppliers / Reimbursements

| Seattle | WA | 98109 |
|---|---|---|
| City | State | ZIP Code |

Country

| 3.40 | Amazon | 2/24/2025 | $ | 119.80 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

410 Terry Ave. N
Street

☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Suppliers / Reimbursements

| Seattle | WA | 98109 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: MS Leisure Company

Case number *(if known):*  25-10610

Name

| 3.41 | Amazon | 2/24/2025 | $ | 133.15 | ☐ Secured debt |
|------|--------|-----------|---|--------|----------------|

Creditor's Name

☐ Unsecured loan repayments

410 Terry Ave. N
Street

☐ Suppliers or vendors

☐ Services

☒ Other   Suppliers / Reimbursements

Seattle          WA        98109
City             State     ZIP Code

Country

| 3.42 | Amazon | 2/25/2025 | $ | 18.92 | ☐ Secured debt |
|------|--------|-----------|---|-------|----------------|

Creditor's Name

☐ Unsecured loan repayments

410 Terry Ave. N
Street

☐ Suppliers or vendors

☐ Services

☒ Other   Suppliers / Reimbursements

Seattle          WA        98109
City             State     ZIP Code

Country

| 3.43 | Amazon | 2/25/2025 | $ | 42.14 | ☐ Secured debt |
|------|--------|-----------|---|-------|----------------|

Creditor's Name

☐ Unsecured loan repayments

410 Terry Ave. N
Street

☐ Suppliers or vendors

☐ Services

☒ Other   Suppliers / Reimbursements

Seattle          WA        98109
City             State     ZIP Code

Country

| 3.44 | Amazon | 2/25/2025 | $ | 43.52 | ☐ Secured debt |
|------|--------|-----------|---|-------|----------------|

Creditor's Name

☐ Unsecured loan repayments

410 Terry Ave. N
Street

☐ Suppliers or vendors

☐ Services

☒ Other   Suppliers / Reimbursements

Seattle          WA        98109
City             State     ZIP Code

Country

Debtor: MS Leisure Company

Case number *(if known)*:  25-10610

Name

| 3.45 | Amazon | 2/25/2025 | $ | 95.70 | ☐ | Secured debt |
|------|--------|-----------|---|-------|----|--------------|

Creditor's Name

☐ Unsecured loan repayments

410 Terry Ave. N

Street

☐ Suppliers or vendors

☐ Services

☑ Other    Suppliers / Reimbursements

Seattle          WA          98109

City          State          ZIP Code

Country

| 3.46 | Amazon | 2/25/2025 | $ | 222.34 | ☐ | Secured debt |
|------|--------|-----------|---|--------|----|--------------|

Creditor's Name

☐ Unsecured loan repayments

410 Terry Ave. N

Street

☐ Suppliers or vendors

☐ Services

☑ Other    Suppliers / Reimbursements

Seattle          WA          98109

City          State          ZIP Code

Country

| 3.47 | Amazon | 2/25/2025 | $ | 320.24 | ☐ | Secured debt |
|------|--------|-----------|---|--------|----|--------------|

Creditor's Name

☐ Unsecured loan repayments

410 Terry Ave. N

Street

☐ Suppliers or vendors

☐ Services

☑ Other    Suppliers / Reimbursements

Seattle          WA          98109

City          State          ZIP Code

Country

| 3.48 | Amazon | 2/26/2025 | $ | 51.72 | ☐ | Secured debt |
|------|--------|-----------|---|-------|----|--------------|

Creditor's Name

☐ Unsecured loan repayments

410 Terry Ave. N

Street

☐ Suppliers or vendors

☐ Services

☑ Other    Suppliers / Reimbursements

Seattle          WA          98109

City          State          ZIP Code

Country

Debtor: MS Leisure Company

Name

Case number *(if known)*    25-10610

| 3.49 | Amazon | | 2/26/2025 | $ | 54.76 | | ☐ Secured debt |
|---|---|---|---|---|---|---|---|
| | Creditor's Name | | | | | | ☐ Unsecured loan repayments |
| | 410 Terry Ave. N | | | | | | ☐ Suppliers or vendors |
| | Street | | | | | | ☐ Services |
| | | | | | | | ☑ Other   Suppliers / Reimbursements |
| | Seattle       WA       98109 | | | | | | |
| | City       State       ZIP Code | | | | | | |
| | Country | | | | | | |

| 3.50 | Amazon | | 2/26/2025 | $ | 96.25 | | ☐ Secured debt |
|---|---|---|---|---|---|---|---|
| | Creditor's Name | | | | | | ☐ Unsecured loan repayments |
| | 410 Terry Ave. N | | | | | | ☐ Suppliers or vendors |
| | Street | | | | | | ☐ Services |
| | | | | | | | ☑ Other   Suppliers / Reimbursements |
| | Seattle       WA       98109 | | | | | | |
| | City       State       ZIP Code | | | | | | |
| | Country | | | | | | |

| 3.51 | Amazon | | 2/27/2025 | $ | 59.90 | | ☐ Secured debt |
|---|---|---|---|---|---|---|---|
| | Creditor's Name | | | | | | ☐ Unsecured loan repayments |
| | 410 Terry Ave. N | | | | | | ☐ Suppliers or vendors |
| | Street | | | | | | ☐ Services |
| | | | | | | | ☑ Other   Suppliers / Reimbursements |
| | Seattle       WA       98109 | | | | | | |
| | City       State       ZIP Code | | | | | | |
| | Country | | | | | | |

| 3.52 | Amazon | | 2/28/2025 | $ | 59.90 | | ☐ Secured debt |
|---|---|---|---|---|---|---|---|
| | Creditor's Name | | | | | | ☐ Unsecured loan repayments |
| | 410 Terry Ave. N | | | | | | ☐ Suppliers or vendors |
| | Street | | | | | | ☐ Services |
| | | | | | | | ☑ Other   Suppliers / Reimbursements |
| | Seattle       WA       98109 | | | | | | |
| | City       State       ZIP Code | | | | | | |
| | Country | | | | | | |

Debtor:  MS Leisure Company

Case number *(if known):*  25-10610

Name

| | | | |
|---|---|---|---|
| 3.53 | Amazon | 3/3/2025 | $ 9.38 |

Creditor's Name

410 Terry Ave. N
Street

Seattle            WA        98109
City            State      ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Suppliers / Reimbursements

| | | | |
|---|---|---|---|
| 3.54 | Amazon | 3/3/2025 | $ 68.00 |

Creditor's Name

410 Terry Ave. N
Street

Seattle            WA        98109
City            State      ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Suppliers / Reimbursements

| | | | |
|---|---|---|---|
| 3.55 | Amazon | 3/3/2025 | 73.78 |

Creditor's Name

410 Terry Ave. N
Street

Seattle            WA        98109
City            State      ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Suppliers / Reimbursements

| | | | |
|---|---|---|---|
| 3.56 | Amazon | 3/3/2025 | 147.00 |

Creditor's Name

410 Terry Ave. N
Street

Seattle            WA        98109
City            State      ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   Suppliers / Reimbursements

Debtor: MS Leisure Company

Case number *(if known)*:    25-10610

Name

| 3.57 | Amazon | 3/3/2025 | $ | 1,390.99 |
|------|--------|----------|---|----------|

Creditor's Name

410 Terry Ave. N

Street

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Suppliers / Reimbursements

| Seattle | WA | 98109 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

| 3.58 | Amazon | 3/3/2025 | $ | 1,711.99 |
|------|--------|----------|---|----------|

Creditor's Name

410 Terry Ave. N

Street

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Suppliers / Reimbursements

| Seattle | WA | 98109 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

| 3.59 | Amazon | 3/5/2025 | $ | 427.99 |
|------|--------|----------|---|--------|

Creditor's Name

410 Terry Ave. N

Street

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Suppliers / Reimbursements

| Seattle | WA | 98109 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

| 3.60 | Amazon | 3/6/2025 | $ | 157.20 |
|------|--------|----------|---|--------|

Creditor's Name

410 Terry Ave. N

Street

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Suppliers / Reimbursements

| Seattle | WA | 98109 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

Debtor: MS Leisure Company

Case number *(if known)*:  25-10610

Name

**3.61** Amazon

Creditor's Name

410 Terry Ave. N

Street

| | | |
|---|---|---|
| Seattle | WA | 98109 |
| City | State | ZIP Code |

Country

3/11/2025    $    125.16

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Suppliers / Reimbursements

**3.62** Amazon

Creditor's Name

410 Terry Ave. N

Street

| | | |
|---|---|---|
| Seattle | WA | 98109 |
| City | State | ZIP Code |

Country

3/13/2025    $    48.06

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Suppliers / Reimbursements

**3.63** Amazon

Creditor's Name

410 Terry Ave. N

Street

| | | |
|---|---|---|
| Seattle | WA | 98109 |
| City | State | ZIP Code |

Country

3/14/2025    $    38.51

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Suppliers / Reimbursements

**3.64** Amazon

Creditor's Name

410 Terry Ave. N

Street

| | | |
|---|---|---|
| Seattle | WA | 98109 |
| City | State | ZIP Code |

Country

3/17/2025    $    40.64

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Suppliers / Reimbursements

Debtor: MS Leisure Company

Case number *(if known)*: 25-10610

Name

| 3.65 | Amazon | 3/17/2025 | $ | 105.94 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

410 Terry Ave. N
Street

☐ Suppliers or vendors

☐ Services

☒ Other    Suppliers / Reimbursements

Seattle         WA          98109
City            State       ZIP Code

Country

| 3.66 | Amazon | 3/19/2025 | $ | 170.36 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

410 Terry Ave. N
Street

☐ Suppliers or vendors

☐ Services

☒ Other    Suppliers / Reimbursements

Seattle         WA          98109
City            State       ZIP Code

Country

| 3.67 | Amazon | 3/19/2025 | $ | 259.42 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

410 Terry Ave. N
Street

☐ Suppliers or vendors

☐ Services

☒ Other    Suppliers / Reimbursements

Seattle         WA          98109
City            State       ZIP Code

Country

| 3.68 | Amazon | 3/21/2025 | $ | 42.76 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

410 Terry Ave. N
Street

☐ Suppliers or vendors

☐ Services

☒ Other    Suppliers / Reimbursements

Seattle         WA          98109
City            State       ZIP Code

Country

Debtor: MS Leisure Company

Name

Case number *(if known)*:   25-10610

| | | | | |
|---|---|---|---|---|
| 3.69 | Amazon | 3/24/2025 | $ 51.32 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 410 Terry Ave. N | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other   Suppliers / Reimbursements |
| | Seattle        WA        98109 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.70 | Amazon | 3/24/2025 | $ 53.48 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 410 Terry Ave. N | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other   Suppliers / Reimbursements |
| | Seattle        WA        98109 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.71 | Amazon | 3/24/2025 | $ 133.73 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 410 Terry Ave. N | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other   Suppliers / Reimbursements |
| | Seattle        WA        98109 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.72 | Amazon | 3/24/2025 | $ 373.29 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 410 Terry Ave. N | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other   Suppliers / Reimbursements |
| | Seattle        WA        98109 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

Debtor: MS Leisure Company

Case number *(if known):*    25-10610

Name

**3.73**  Amazon

Creditor's Name

410 Terry Ave. N

Street

| Seattle | WA | 98109 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

3/27/2025    $    43.86

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Suppliers / Reimbursements

**3.74**  Atlantic Pacific

Creditor's Name

6600 N Military Trail, Suite N307

Street

| Boca Raton | FL | 33496 |
|------------|-----|-------|
| City | State | ZIP Code |

Country

1/15/2025    $    20,229.88

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

**3.75**  Atlantic Pacific

Creditor's Name

6600 N Military Trail, Suite N307

Street

| Boca Raton | FL | 33496 |
|------------|-----|-------|
| City | State | ZIP Code |

Country

1/21/2025    $    5,700.98

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

**3.76**  Atlantic Pacific

Creditor's Name

6600 N Military Trail, Suite N307

Street

| Boca Raton | FL | 33496 |
|------------|-----|-------|
| City | State | ZIP Code |

Country

2/3/2025    $    3,946.89

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Trade

Debtor: MS Leisure Company

Case number *(if known):* 25-10610

Name

| 3.77 | Atlantic Pacific | 2/10/2025 | $ | 19,242.98 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

6600 N Military Trail, Suite N307

☐ Suppliers or vendors

Street

☐ Services

☒ Other    Trade

| Boca Raton | FL | 33496 |
|---|---|---|

City    State    ZIP Code

Country

| 3.78 | Atlantic Pacific | 2/18/2025 | $ | 8,567.88 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

6600 N Military Trail, Suite N307

☐ Suppliers or vendors

Street

☐ Services

☒ Other    Trade

| Boca Raton | FL | 33496 |
|---|---|---|

City    State    ZIP Code

Country

| 3.79 | Atlantic Pacific | 3/12/2025 | $ | 14,069.64 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

6600 N Military Trail, Suite N307

☐ Suppliers or vendors

Street

☐ Services

☒ Other    Trade

| Boca Raton | FL | 33496 |
|---|---|---|

City    State    ZIP Code

Country

| 3.80 | Bank Of America | 1/2/2025 | $ | 30.00 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

100 North Tyson Street

☐ Suppliers or vendors

Street

☐ Services

☒ Other    Bank Fees

| Charlotte | NC | 28255 |
|---|---|---|

City    State    ZIP Code

Country

Debtor:  MS Leisure Company

Case number *(if known)*:    25-10610

Name

| 3.81 | Bank Of America | 1/2/2025 | $ | 17,865.53 | ☐ Secured debt |
|------|-----------------|----------|---|-----------|----------------|

Creditor's Name

☐ Unsecured loan repayments

100 North Tyson Street

☐ Suppliers or vendors

Street

☐ Services

☑ Other    Bank Fees

| Charlotte | NC | 28255 |
|-----------|-----|-------|

City    State    ZIP Code

Country

| 3.82 | Bank Of America | 1/6/2025 | $ | 15.00 | ☐ Secured debt |
|------|-----------------|----------|---|-------|----------------|

Creditor's Name

☐ Unsecured loan repayments

100 North Tyson Street

☐ Suppliers or vendors

Street

☐ Services

☑ Other    Bank Fees

| Charlotte | NC | 28255 |
|-----------|-----|-------|

City    State    ZIP Code

Country

| 3.83 | Bank Of America | 1/7/2025 | $ | 15.00 | ☐ Secured debt |
|------|-----------------|----------|---|-------|----------------|

Creditor's Name

☐ Unsecured loan repayments

100 North Tyson Street

☐ Suppliers or vendors

Street

☐ Services

☑ Other    Bank Fees

| Charlotte | NC | 28255 |
|-----------|-----|-------|

City    State    ZIP Code

Country

| 3.84 | Bank Of America | 1/7/2025 | $ | 30.00 | ☐ Secured debt |
|------|-----------------|----------|---|-------|----------------|

Creditor's Name

☐ Unsecured loan repayments

100 North Tyson Street

☐ Suppliers or vendors

Street

☐ Services

☑ Other    Bank Fees

| Charlotte | NC | 28255 |
|-----------|-----|-------|

City    State    ZIP Code

Country

Debtor:  MS Leisure Company
Name
Case number *(if known)*:   25-10610

3.85  Bank Of America
Creditor's Name

100 North Tyson Street
Street

Charlotte          NC          28255
City                State        ZIP Code

Country

1/8/2025          $          5.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Bank Fees

3.86  Bank Of America
Creditor's Name

100 North Tyson Street
Street

Charlotte          NC          28255
City                State        ZIP Code

Country

1/9/2025          $          30.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Bank Fees

3.87  Bank Of America
Creditor's Name

100 North Tyson Street
Street

Charlotte          NC          28255
City                State        ZIP Code

Country

1/14/2025          $          15,000.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Bank Fees

3.88  Bank Of America
Creditor's Name

100 North Tyson Street
Street

Charlotte          NC          28255
City                State        ZIP Code

Country

1/15/2025          $          15.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Bank Fees

Debtor: MS Leisure Company

Case number *(if known):* 25-10610

Name

| 3.89 | Bank Of America | 1/22/2025 | $ | 5.00 | ☐ Secured debt |
|------|-----------------|-----------|---|------|----------------|

Creditor's Name

☐ Unsecured loan repayments

100 North Tyson Street

Street

☐ Suppliers or vendors

☐ Services

☑ Other   Bank Fees

Charlotte     NC     28255

City     State     ZIP Code

Country

| 3.90 | Bank Of America | 1/23/2025 | $ | 30.00 | ☐ Secured debt |
|------|-----------------|-----------|---|-------|----------------|

Creditor's Name

☐ Unsecured loan repayments

100 North Tyson Street

Street

☐ Suppliers or vendors

☐ Services

☑ Other   Bank Fees

Charlotte     NC     28255

City     State     ZIP Code

Country

| 3.91 | Bank Of America | 1/23/2025 | $ | 30,000.00 | ☐ Secured debt |
|------|-----------------|-----------|---|-----------|----------------|

Creditor's Name

☐ Unsecured loan repayments

100 North Tyson Street

Street

☐ Suppliers or vendors

☐ Services

☑ Other   Bank Fees

Charlotte     NC     28255

City     State     ZIP Code

Country

| 3.92 | Bank Of America | 1/24/2025 | $ | 15.00 | ☐ Secured debt |
|------|-----------------|-----------|---|-------|----------------|

Creditor's Name

☐ Unsecured loan repayments

100 North Tyson Street

Street

☐ Suppliers or vendors

☐ Services

☑ Other   Bank Fees

Charlotte     NC     28255

City     State     ZIP Code

Country

Debtor: MS Leisure Company
Name

Case number *(if known)*:   25-10610

| | | | |
|---|---|---|---|
| 3.93 | Bank Of America<br>Creditor's Name | 1/27/2025 | $ 30.00 |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other   Bank Fees

100 North Tyson Street
Street

Charlotte          NC          28255
City               State        ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.94 | Bank Of America<br>Creditor's Name | 1/29/2025 | $ 15.00 |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other   Bank Fees

100 North Tyson Street
Street

Charlotte          NC          28255
City               State        ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.95 | Bank Of America<br>Creditor's Name | 1/31/2025 | $ 18.84 |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other   Bank Fees

100 North Tyson Street
Street

Charlotte          NC          28255
City               State        ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.96 | Bank Of America<br>Creditor's Name | 1/31/2025 | $ 30.00 |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other   Bank Fees

100 North Tyson Street
Street

Charlotte          NC          28255
City               State        ZIP Code

Country

Debtor: MS Leisure Company

Case number *(if known):* 25-10610

Name

| | | | |
|---|---|---|---|
| 3.97 Bank Of America | 2/3/2025 | $ 4.95 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | ☐ Suppliers or vendors |
| 100 North Tyson Street | | | ☐ Services |
| Street | | | ☒ Other    Bank Fees |
| Charlotte    NC    28255 | | | |
| City    State    ZIP Code | | | |
| Country | | | |

| | | | |
|---|---|---|---|
| 3.98 Bank Of America | 2/3/2025 | $ 15.00 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | ☐ Suppliers or vendors |
| 100 North Tyson Street | | | ☐ Services |
| Street | | | ☒ Other    Bank Fees |
| Charlotte    NC    28255 | | | |
| City    State    ZIP Code | | | |
| Country | | | |

| | | | |
|---|---|---|---|
| 3.99 Bank Of America | 2/3/2025 | $ 16,153.49 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | ☐ Suppliers or vendors |
| 100 North Tyson Street | | | ☐ Services |
| Street | | | ☒ Other    Bank Fees |
| Charlotte    NC    28255 | | | |
| City    State    ZIP Code | | | |
| Country | | | |

| | | | |
|---|---|---|---|
| 3.100 Bank Of America | 2/4/2025 | $ 5.00 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | ☐ Suppliers or vendors |
| 100 North Tyson Street | | | ☐ Services |
| Street | | | ☒ Other    Bank Fees |
| Charlotte    NC    28255 | | | |
| City    State    ZIP Code | | | |
| Country | | | |

Debtor: MS Leisure Company

Case number *(if known):*  25-10610

Name

| 3.101 | Bank Of America | 2/6/2025 | $ | 30.00 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name
☐ Unsecured loan repayments

100 North Tyson Street
☐ Suppliers or vendors
Street
☐ Services

☒ Other    Bank Fees

Charlotte          NC          28255
City          State          ZIP Code

Country

| 3.102 | Bank Of America | 2/6/2025 | $ | 10,000.00 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name
☐ Unsecured loan repayments

100 North Tyson Street
☐ Suppliers or vendors
Street
☐ Services

☒ Other    Bank Fees

Charlotte          NC          28255
City          State          ZIP Code

Country

| 3.103 | Bank Of America | 2/11/2025 | $ | 5.00 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name
☐ Unsecured loan repayments

100 North Tyson Street
☐ Suppliers or vendors
Street
☐ Services

☒ Other    Bank Fees

Charlotte          NC          28255
City          State          ZIP Code

Country

| 3.104 | Bank Of America | 2/11/2025 | $ | 30.00 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name
☐ Unsecured loan repayments

100 North Tyson Street
☐ Suppliers or vendors
Street
☐ Services

☒ Other    Bank Fees

Charlotte          NC          28255
City          State          ZIP Code

Country

Debtor:  MS Leisure Company
Name

Case number (if known):    25-10610

3.105  Bank Of America
Creditor's Name

100 North Tyson Street
Street

Charlotte          NC          28255
City               State        ZIP Code

Country

2/12/2025        $          15.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Bank Fees

3.106  Bank Of America
Creditor's Name

100 North Tyson Street
Street

Charlotte          NC          28255
City               State        ZIP Code

Country

2/13/2025        $          15.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Bank Fees

3.107  Bank Of America
Creditor's Name

100 North Tyson Street
Street

Charlotte          NC          28255
City               State        ZIP Code

Country

2/13/2025        $          30.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Bank Fees

3.108  Bank Of America
Creditor's Name

100 North Tyson Street
Street

Charlotte          NC          28255
City               State        ZIP Code

Country

2/14/2025        $          5.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Bank Fees

Debtor: MS Leisure Company

Name

Case number *(if known)*:   25-10610

| | | | |
|---|---|---|---|
| 3.109 | Bank Of America | 2/14/2025 | $ 30.00 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Bank Fees

100 North Tyson Street
Street

Charlotte          NC          28255
City          State          ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.110 | Bank Of America | 2/18/2025 | $ 15.00 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Bank Fees

100 North Tyson Street
Street

Charlotte          NC          28255
City          State          ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.111 | Bank Of America | 2/18/2025 | $ 30.00 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Bank Fees

100 North Tyson Street
Street

Charlotte          NC          28255
City          State          ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.112 | Bank Of America | 2/18/2025 | $ 567.02 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Bank Fees

100 North Tyson Street
Street

Charlotte          NC          28255
City          State          ZIP Code

Country

Debtor: MS Leisure Company
Name

Case number *(if known)*: 25-10610

| 3.113 | Bank Of America | 2/20/2025 | $ | 30.00 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 100 North Tyson Street | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☒ | Other    Bank Fees |
| | Charlotte        NC        28255 | | | | | |
| | City        State        ZIP Code | | | | | |
| | Country | | | | | |

| 3.114 | Bank Of America | 2/21/2025 | $ | 5.00 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 100 North Tyson Street | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☒ | Other    Bank Fees |
| | Charlotte        NC        28255 | | | | | |
| | City        State        ZIP Code | | | | | |
| | Country | | | | | |

| 3.115 | Bank Of America | 2/24/2025 | $ | 30.00 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 100 North Tyson Street | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☒ | Other    Bank Fees |
| | Charlotte        NC        28255 | | | | | |
| | City        State        ZIP Code | | | | | |
| | Country | | | | | |

| 3.116 | Bank Of America | 2/28/2025 | $ | 30.00 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 100 North Tyson Street | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☒ | Other    Bank Fees |
| | Charlotte        NC        28255 | | | | | |
| | City        State        ZIP Code | | | | | |
| | Country | | | | | |

Debtor: MS Leisure Company

Name

Case number *(if known)*: 25-10610

| 3.117 | Bank Of America | 3/3/2025 | $ | 0.45 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

100 North Tyson Street

☐ Suppliers or vendors

Street

☐ Services

☑ Other    Bank Fees

| Charlotte | NC | 28255 |
|---|---|---|

City    State    ZIP Code

Country

| 3.118 | Bank Of America | 3/3/2025 | $ | 5.00 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

100 North Tyson Street

☐ Suppliers or vendors

Street

☐ Services

☑ Other    Bank Fees

| Charlotte | NC | 28255 |
|---|---|---|

City    State    ZIP Code

Country

| 3.119 | Bank Of America | 3/3/2025 | $ | 30.00 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

100 North Tyson Street

☐ Suppliers or vendors

Street

☐ Services

☑ Other    Bank Fees

| Charlotte | NC | 28255 |
|---|---|---|

City    State    ZIP Code

Country

| 3.120 | Bank Of America | 3/3/2025 | $ | 16,533.51 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

100 North Tyson Street

☐ Suppliers or vendors

Street

☐ Services

☑ Other    Bank Fees

| Charlotte | NC | 28255 |
|---|---|---|

City    State    ZIP Code

Country

Debtor: MS Leisure Company

Case number *(if known)*: 25-10610

Name

| 3.121 | Bank Of America | 3/4/2025 | $ 30.00 | ☐ Secured debt |
|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

100 North Tyson Street

Street

☐ Suppliers or vendors

☐ Services

☑ Other    Bank Fees

Charlotte        NC        28255

City        State        ZIP Code

Country

---

| 3.122 | Bank Of America | 3/6/2025 | $ 30.00 | ☐ Secured debt |
|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

100 North Tyson Street

Street

☐ Suppliers or vendors

☐ Services

☑ Other    Bank Fees

Charlotte        NC        28255

City        State        ZIP Code

Country

---

| 3.123 | Bank Of America | 3/10/2025 | $ 30.00 | ☐ Secured debt |
|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

100 North Tyson Street

Street

☐ Suppliers or vendors

☐ Services

☑ Other    Bank Fees

Charlotte        NC        28255

City        State        ZIP Code

Country

---

| 3.124 | Bank Of America | 3/12/2025 | $ 30.00 | ☐ Secured debt |
|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

100 North Tyson Street

Street

☐ Suppliers or vendors

☐ Services

☑ Other    Bank Fees

Charlotte        NC        28255

City        State        ZIP Code

Country

Debtor:  MS Leisure Company

Name

Case number *(if known)*:    25-10610

---

3.125  Bank Of America
Creditor's Name

100 North Tyson Street
Street

Charlotte          NC          28255
City               State        ZIP Code

Country

3/13/2025          $          30.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Bank Fees

---

3.126  Bank Of America
Creditor's Name

100 North Tyson Street
Street

Charlotte          NC          28255
City               State        ZIP Code

Country

3/17/2025          $          30.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Bank Fees

---

3.127  Bank Of America
Creditor's Name

100 North Tyson Street
Street

Charlotte          NC          28255
City               State        ZIP Code

Country

3/18/2025          $          5.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Bank Fees

---

3.128  Bank Of America
Creditor's Name

100 North Tyson Street
Street

Charlotte          NC          28255
City               State        ZIP Code

Country

3/18/2025          $          30.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Bank Fees

---

Debtor: MS Leisure Company
Name

Case number *(if known)*: 25-10610

3.129 Bank Of America
Creditor's Name

100 North Tyson Street
Street

Charlotte                NC            28255
City                     State         ZIP Code

Country

3/20/2025          $              30.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Bank Fees

3.130 Bank Of America
Creditor's Name

100 North Tyson Street
Street

Charlotte                NC            28255
City                     State         ZIP Code

Country

3/20/2025          $              45.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Bank Fees

3.131 Bank Of America
Creditor's Name

100 North Tyson Street
Street

Charlotte                NC            28255
City                     State         ZIP Code

Country

3/24/2025          $              30.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Bank Fees

3.132 Bank Of America
Creditor's Name

100 North Tyson Street
Street

Charlotte                NC            28255
City                     State         ZIP Code

Country

3/26/2025          $              30.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Bank Fees

Debtor: MS Leisure Company

Case number *(if known):*    25-10610

Name

| 3.133 | Bank Of America | 3/27/2025 | $ 30.00 | ☐ Secured debt |
|---|---|---|---|---|

Creditor's Name

100 North Tyson Street
Street

☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Bank Fees

Charlotte    NC    28255
City    State    ZIP Code

Country

| 3.134 | Bank Of America | 3/28/2025 | $ 5.00 | ☐ Secured debt |
|---|---|---|---|---|

Creditor's Name

100 North Tyson Street
Street

☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Bank Fees

Charlotte    NC    28255
City    State    ZIP Code

Country

| 3.135 | Bank Of America | 3/28/2025 | $ 30.00 | ☐ Secured debt |
|---|---|---|---|---|

Creditor's Name

100 North Tyson Street
Street

☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Bank Fees

Charlotte    NC    28255
City    State    ZIP Code

Country

| 3.136 | Bank Of America | 1/3/2025 | $ 30.00 | ☐ Secured debt |
|---|---|---|---|---|

Creditor's Name

100 North Tyson Street
Street

☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Bank Fees

Charlotte    NC    28255
City    State    ZIP Code

Country

Debtor: MS Leisure Company

Case number (if known): 25-10610

Name

| 3.137 | Bank Of America | 1/3/2025 | $ 30.00 | | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

100 North Tyson Street

☐ Suppliers or vendors

Street

☐ Services

☒ Other    Bank Fees

Charlotte        NC        28255
City                State        ZIP Code

Country

| 3.138 | Bank Of America | 1/6/2025 | $ 30.00 | | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

100 North Tyson Street

☐ Suppliers or vendors

Street

☐ Services

☒ Other    Bank Fees

Charlotte        NC        28255
City                State        ZIP Code

Country

| 3.139 | Bank Of America | 1/6/2025 | $ 30.00 | | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

100 North Tyson Street

☐ Suppliers or vendors

Street

☐ Services

☒ Other    Bank Fees

Charlotte        NC        28255
City                State        ZIP Code

Country

| 3.140 | Bank Of America | 1/7/2025 | $ 5.00 | | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

100 North Tyson Street

☐ Suppliers or vendors

Street

☐ Services

☒ Other    Bank Fees

Charlotte        NC        28255
City                State        ZIP Code

Country

Debtor:  MS Leisure Company
Name

Case number *(if known)*:    25-10610

| 3.141 | Bank Of America | 1/7/2025 | $            5.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | | ☐ Suppliers or vendors |
| | 100 North Tyson Street | | | ☐ Services |
| | Street | | | ☑ Other    Bank Fees |
| | | | | |
| | Charlotte          NC          28255 | | | |
| | City          State          ZIP Code | | | |
| | | | | |
| | Country | | | |

| 3.142 | Bank Of America | 1/10/2025 | $          30.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | | ☐ Suppliers or vendors |
| | 100 North Tyson Street | | | ☐ Services |
| | Street | | | ☑ Other    Bank Fees |
| | | | | |
| | Charlotte          NC          28255 | | | |
| | City          State          ZIP Code | | | |
| | | | | |
| | Country | | | |

| 3.143 | Bank Of America | 1/10/2025 | $          30.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | | ☐ Suppliers or vendors |
| | 100 North Tyson Street | | | ☐ Services |
| | Street | | | ☑ Other    Bank Fees |
| | | | | |
| | Charlotte          NC          28255 | | | |
| | City          State          ZIP Code | | | |
| | | | | |
| | Country | | | |

| 3.144 | Bank Of America | 1/14/2025 | $          30.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | | ☐ Suppliers or vendors |
| | 100 North Tyson Street | | | ☐ Services |
| | Street | | | ☑ Other    Bank Fees |
| | | | | |
| | Charlotte          NC          28255 | | | |
| | City          State          ZIP Code | | | |
| | | | | |
| | Country | | | |

Debtor: MS Leisure Company
Name

Case number (if known):    25-10610

| 3.145 | Bank Of America | 1/14/2025 | $ | 30.00 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

100 North Tyson Street
Street

☐ Suppliers or vendors

☐ Services

☑ Other    Bank Fees

Charlotte        NC        28255
City              State        ZIP Code

Country

| 3.146 | Bank Of America | 1/14/2025 | $ | 15.00 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

100 North Tyson Street
Street

☐ Suppliers or vendors

☐ Services

☑ Other    Bank Fees

Charlotte        NC        28255
City              State        ZIP Code

Country

| 3.147 | Bank Of America | 1/14/2025 | $ | 15.00 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

100 North Tyson Street
Street

☐ Suppliers or vendors

☐ Services

☑ Other    Bank Fees

Charlotte        NC        28255
City              State        ZIP Code

Country

| 3.148 | Bank Of America | 1/15/2025 | $ | 30.00 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

100 North Tyson Street
Street

☐ Suppliers or vendors

☐ Services

☑ Other    Bank Fees

Charlotte        NC        28255
City              State        ZIP Code

Country

Debtor:  MS Leisure Company

Case number *(if known)*:  25-10610

Name

| 3.149 | Bank Of America | 1/15/2025 | $ | 30.00 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

100 North Tyson Street

☐ Suppliers or vendors

Street

☐ Services

☒ Other    Bank Fees

Charlotte          NC          28255

City          State          ZIP Code

Country

| 3.150 | Bank Of America | 1/16/2025 | $ | 5.00 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

100 North Tyson Street

☐ Suppliers or vendors

Street

☐ Services

☒ Other    Bank Fees

Charlotte          NC          28255

City          State          ZIP Code

Country

| 3.151 | Bank Of America | 1/16/2025 | $ | 5.00 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

100 North Tyson Street

☐ Suppliers or vendors

Street

☐ Services

☒ Other    Bank Fees

Charlotte          NC          28255

City          State          ZIP Code

Country

| 3.152 | Bank Of America | 1/16/2025 | $ | 5.00 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

100 North Tyson Street

☐ Suppliers or vendors

Street

☐ Services

☒ Other    Bank Fees

Charlotte          NC          28255

City          State          ZIP Code

Country

Debtor: MS Leisure Company

Case number *(if known):*   25-10610

Name

**3.153** Bank Of America

Creditor's Name

1/21/2025

$    30.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Bank Fees

100 North Tyson Street

Street

Charlotte    NC    28255

City    State    ZIP Code

Country

**3.154** Bank Of America

Creditor's Name

1/21/2025

$    30.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Bank Fees

100 North Tyson Street

Street

Charlotte    NC    28255

City    State    ZIP Code

Country

**3.155** Bank Of America

Creditor's Name

1/21/2025

$    30.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Bank Fees

100 North Tyson Street

Street

Charlotte    NC    28255

City    State    ZIP Code

Country

**3.156** Bank Of America

Creditor's Name

1/22/2025

$    15.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Bank Fees

100 North Tyson Street

Street

Charlotte    NC    28255

City    State    ZIP Code

Country

Debtor:  MS Leisure Company

Name

Case number *(if known)*:    25-10610

| 3.157 | Bank Of America | 1/22/2025 | $ | 15.00 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

100 North Tyson Street

Street

☐ Suppliers or vendors

☐ Services

☑ Other    Bank Fees

Charlotte          NC          28255

City          State          ZIP Code

Country

| 3.158 | Bank Of America | 1/22/2025 | $ | 15.00 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

100 North Tyson Street

Street

☐ Suppliers or vendors

☐ Services

☑ Other    Bank Fees

Charlotte          NC          28255

City          State          ZIP Code

Country

| 3.159 | Bank Of America | 1/22/2025 | $ | 15.00 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

100 North Tyson Street

Street

☐ Suppliers or vendors

☐ Services

☑ Other    Bank Fees

Charlotte          NC          28255

City          State          ZIP Code

Country

| 3.160 | Bank Of America | 1/28/2025 | $ | 30.00 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

100 North Tyson Street

Street

☐ Suppliers or vendors

☐ Services

☑ Other    Bank Fees

Charlotte          NC          28255

City          State          ZIP Code

Country

Debtor: MS Leisure Company
Name

Case number *(if known)*: 25-10610

| 3.161 | Bank Of America | 1/28/2025 | $ | 30.00 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 100 North Tyson Street | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☒ | Other   Bank Fees |
| | Charlotte    NC    28255 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.162 | Bank Of America | 2/4/2025 | $ | 30.00 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 100 North Tyson Street | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☒ | Other   Bank Fees |
| | Charlotte    NC    28255 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.163 | Bank Of America | 2/4/2025 | $ | 30.00 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 100 North Tyson Street | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☒ | Other   Bank Fees |
| | Charlotte    NC    28255 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.164 | Bank Of America | 2/10/2025 | $ | 30.00 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 100 North Tyson Street | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☒ | Other   Bank Fees |
| | Charlotte    NC    28255 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

Debtor: MS Leisure Company

Name

Case number *(if known)*: 25-10610

| 3.165 | Bank Of America | 2/10/2025 | $ 30.00 | ☐ Secured debt |
|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

100 North Tyson Street

☐ Suppliers or vendors

Street

☐ Services

☑ Other    Bank Fees

Charlotte    NC    28255
City    State    ZIP Code

Country

| 3.166 | Bank Of America | 2/18/2025 | $ 5.00 | ☐ Secured debt |
|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

100 North Tyson Street

☐ Suppliers or vendors

Street

☐ Services

☑ Other    Bank Fees

Charlotte    NC    28255
City    State    ZIP Code

Country

| 3.167 | Bank Of America | 2/18/2025 | $ 5.00 | ☐ Secured debt |
|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

100 North Tyson Street

☐ Suppliers or vendors

Street

☐ Services

☑ Other    Bank Fees

Charlotte    NC    28255
City    State    ZIP Code

Country

| 3.168 | Bank Of America | 2/19/2025 | $ 5.00 | ☐ Secured debt |
|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

100 North Tyson Street

☐ Suppliers or vendors

Street

☐ Services

☑ Other    Bank Fees

Charlotte    NC    28255
City    State    ZIP Code

Country

Debtor: MS Leisure Company
Name

Case number *(if known)*: 25-10610

| 3.169 | Bank Of America | 2/19/2025 | $ | 5.00 | ☐ | Secured debt |
|---|---|---|---|---|---|---|

Bank Of America
Creditor's Name

100 North Tyson Street
Street

Charlotte    NC    28255
City        State    ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Bank Fees

---

3.170  Bank Of America
Creditor's Name

2/21/2025    $    30.00

100 North Tyson Street
Street

Charlotte    NC    28255
City        State    ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Bank Fees

---

3.171  Bank Of America
Creditor's Name

2/21/2025    $    30.00

100 North Tyson Street
Street

Charlotte    NC    28255
City        State    ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Bank Fees

---

3.172  Bank Of America
Creditor's Name

2/21/2025    $    30.00

100 North Tyson Street
Street

Charlotte    NC    28255
City        State    ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Bank Fees

---

Debtor: MS Leisure Company
Name

Case number (if known): 25-10610

| 3.173 | Bank Of America | 2/24/2025 | $ | 5.00 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 100 North Tyson Street | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☒ Other   Bank Fees |
| | Charlotte   NC   28255 | | | | |
| | City   State   ZIP Code | | | | |
| | Country | | | | |

| 3.174 | Bank Of America | 2/24/2025 | $ | 5.00 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 100 North Tyson Street | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☒ Other   Bank Fees |
| | Charlotte   NC   28255 | | | | |
| | City   State   ZIP Code | | | | |
| | Country | | | | |

| 3.175 | Bank Of America | 2/24/2025 | $ | 5.00 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 100 North Tyson Street | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☒ Other   Bank Fees |
| | Charlotte   NC   28255 | | | | |
| | City   State   ZIP Code | | | | |
| | Country | | | | |

| 3.176 | Bank Of America | 3/13/2025 | $ | 5.00 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 100 North Tyson Street | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☒ Other   Bank Fees |
| | Charlotte   NC   28255 | | | | |
| | City   State   ZIP Code | | | | |
| | Country | | | | |

Debtor: MS Leisure Company
Name

Case number *(if known)*:    25-10610

| 3.177 | Bank Of America | 3/13/2025 | $ | 5.00 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

100 North Tyson Street
Street

☐ Suppliers or vendors

☐ Services

☑ Other    Bank Fees

Charlotte        NC        28255
City        State        ZIP Code

Country

| 3.178 | Bank Of America | 3/13/2025 | $ | 5.00 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

100 North Tyson Street
Street

☐ Suppliers or vendors

☐ Services

☑ Other    Bank Fees

Charlotte        NC        28255
City        State        ZIP Code

Country

| 3.179 | Bank Of America | 3/14/2025 | $ | 30.00 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

100 North Tyson Street
Street

☐ Suppliers or vendors

☐ Services

☑ Other    Bank Fees

Charlotte        NC        28255
City        State        ZIP Code

Country

| 3.180 | Bank Of America | 3/14/2025 | $ | 30.00 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

100 North Tyson Street
Street

☐ Suppliers or vendors

☐ Services

☑ Other    Bank Fees

Charlotte        NC        28255
City        State        ZIP Code

Country

Debtor: MS Leisure Company

Case number *(if known)*: 25-10610

Name

| 3.181 | Bank Of America | 3/17/2025 | $ | 5.00 | ☐ | Secured debt |
|---|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

100 North Tyson Street

Street

☐ Suppliers or vendors

☐ Services

☑ Other    Bank Fees

| Charlotte | NC | 28255 |
|---|---|---|

City    State    ZIP Code

Country

---

3.182 Bank Of America     3/17/2025   $    5.00

Creditor's Name

☐ Secured debt

☐ Unsecured loan repayments

100 North Tyson Street

Street

☐ Suppliers or vendors

☐ Services

☑ Other    Bank Fees

Charlotte     NC     28255

City    State    ZIP Code

Country

---

3.183 Bank Of America     3/19/2025   $    30.00

Creditor's Name

☐ Secured debt

☐ Unsecured loan repayments

100 North Tyson Street

Street

☐ Suppliers or vendors

☐ Services

☑ Other    Bank Fees

Charlotte     NC     28255

City    State    ZIP Code

Country

---

3.184 Bank Of America     3/19/2025   $    30.00

Creditor's Name

☐ Secured debt

☐ Unsecured loan repayments

100 North Tyson Street

Street

☐ Suppliers or vendors

☐ Services

☑ Other    Bank Fees

Charlotte     NC     28255

City    State    ZIP Code

Country

Debtor: MS Leisure Company

Case number *(if known):*   25-10610

Name

3.185 Bionic Zoo & Aquarium

Creditor's Name

95 NW 13th Ave

Street

Pompano Beach          FL          33069

City                          State          ZIP Code

Country

1/21/2025          $          9,897.09

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other     Trade

3.186 Cheney Brothers

Creditor's Name

One Cheney Way

Street

Riviera Beach          FL          33404

City                          State          ZIP Code

Country

1/2/2025          $          8,392.95

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other     COGS

3.187 Cheney Brothers

Creditor's Name

One Cheney Way

Street

Riviera Beach          FL          33404

City                          State          ZIP Code

Country

1/8/2025          $          6,374.90

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other     COGS

3.188 Cheney Brothers

Creditor's Name

One Cheney Way

Street

Riviera Beach          FL          33404

City                          State          ZIP Code

Country

1/15/2025          $          1,932.28

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other     COGS

Debtor: MS Leisure Company

Case number (if known): 25-10610

Name

| 3.189 | Cheney Brothers | 1/22/2025 | $ | 2,095.23 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

One Cheney Way

☐ Suppliers or vendors

Street

☐ Services

☑ Other    COGS

| Riviera Beach | FL | 33404 |
|---|---|---|
| City | State | ZIP Code |

Country

| 3.190 | Cheney Brothers | 1/29/2025 | $ | 2,693.14 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

One Cheney Way

☐ Suppliers or vendors

Street

☐ Services

☑ Other    COGS

| Riviera Beach | FL | 33404 |
|---|---|---|
| City | State | ZIP Code |

Country

| 3.191 | Cheney Brothers | 2/5/2025 | $ | 3,112.04 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

One Cheney Way

☐ Suppliers or vendors

Street

☐ Services

☑ Other    COGS

| Riviera Beach | FL | 33404 |
|---|---|---|
| City | State | ZIP Code |

Country

| 3.192 | Cheney Brothers | 2/12/2025 | $ | 3,327.94 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

One Cheney Way

☐ Suppliers or vendors

Street

☐ Services

☑ Other    COGS

| Riviera Beach | FL | 33404 |
|---|---|---|
| City | State | ZIP Code |

Country

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor:  MS Leisure Company                                                     Case number (if known):    25-10610

Name

| 3.193 | Cheney Brothers | 2/19/2025 | $ | 4,230.42 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | One Cheney Way | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☑ | Other    COGS |
| | Riviera Beach      FL      33404 | | | | | |
| | City            State      ZIP Code | | | | | |
| | Country | | | | | |

| 3.194 | Cheney Brothers | 2/26/2025 | $ | 3,809.09 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | One Cheney Way | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☑ | Other    COGS |
| | Riviera Beach      FL      33404 | | | | | |
| | City            State      ZIP Code | | | | | |
| | Country | | | | | |

| 3.195 | Cheney Brothers | 3/5/2025 | $ | 5,037.87 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | One Cheney Way | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☑ | Other    COGS |
| | Riviera Beach      FL      33404 | | | | | |
| | City            State      ZIP Code | | | | | |
| | Country | | | | | |

| 3.196 | Cheney Brothers | 3/12/2025 | $ | 6,833.31 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | One Cheney Way | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☑ | Other    COGS |
| | Riviera Beach      FL      33404 | | | | | |
| | City            State      ZIP Code | | | | | |
| | Country | | | | | |

Official Form 207        **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**        Page 51

Debtor: MS Leisure Company

Case number (if known): 25-10610

Name

| | | | | |
|---|---|---|---|---|
| 3.197 | Cheney Brothers | 3/19/2025 | $ 4,117.41 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | One Cheney Way | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other  COGS |
| | Riviera Beach  FL  33404 | | | |
| | City  State  ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.198 | Cheney Brothers | 3/26/2025 | $ 8,999.04 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | One Cheney Way | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other  COGS |
| | Riviera Beach  FL  33404 | | | |
| | City  State  ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.199 | Cintas Fire Protection | 1/21/2025 | $ 1,746.37 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 6800 Cintas Blvd | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other  Suppliers / Reimbursements |
| | Mason  OH  45040 | | | |
| | City  State  ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.200 | Cintas Fire Protection | 3/26/2025 | $ 9,752.40 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 6800 Cintas Blvd | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other  Suppliers / Reimbursements |
| | Mason  OH  45040 | | | |
| | City  State  ZIP Code | | | |
| | Country | | | |

Debtor: MS Leisure Company

Case number *(if known):*    25-10610

Name

| 3.201 | Control Source | 2/21/2025 | $ | 6,943.96 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

789 Control Blvd

Street

☐ Suppliers or vendors

☐ Services

Tampa            FL            33601

City                State        ZIP Code

☒ Other        Benefits

Country

| 3.202 | Control Source | 3/28/2025 | $ | 5,365.75 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

789 Control Blvd

Street

☐ Suppliers or vendors

☐ Services

Tampa            FL            33601

City                State        ZIP Code

☒ Other        Benefits

Country

| 3.203 | Envision Parent, Inc. dba Envision Healthcare | 1/3/2025 | $ | 1,096.89 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

20 Burton Hills Blvd, Suite 500

Street

☐ Suppliers or vendors

☐ Services

Nashville            TN            37215

City                State        ZIP Code

☒ Other        Benefits

Country

| 3.204 | Envision Parent, Inc. dba Envision Healthcare | 1/9/2025 | $ | 1,595.86 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

20 Burton Hills Blvd, Suite 500

Street

☐ Suppliers or vendors

☐ Services

Nashville            TN            37215

City                State        ZIP Code

☒ Other        Benefits

Country

Debtor: MS Leisure Company
_____
Name

Case number *(if known)*: 25-10610
_____

3.205   Envision Parent, Inc. dba Envision Healthcare
Creditor's Name

20 Burton Hills Blvd, Suite 500
Street

_____

Nashville          TN          37215
City                State        ZIP Code

_____
Country

1/16/2025    $    8,048.89

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other     Benefits

---

3.206   Envision Parent, Inc. dba Envision Healthcare
Creditor's Name

20 Burton Hills Blvd, Suite 500
Street

_____

Nashville          TN          37215
City                State        ZIP Code

_____
Country

1/23/2025    $    611.42

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other     Benefits

---

3.207   Envision Parent, Inc. dba Envision Healthcare
Creditor's Name

20 Burton Hills Blvd, Suite 500
Street

_____

Nashville          TN          37215
City                State        ZIP Code

_____
Country

1/30/2025    $    350.49

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other     Benefits

---

3.208   Envision Parent, Inc. dba Envision Healthcare
Creditor's Name

20 Burton Hills Blvd, Suite 500
Street

_____

Nashville          TN          37215
City                State        ZIP Code

_____
Country

2/6/2025    $    3,280.96

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other     Benefits

---

Debtor: MS Leisure Company
Name

Case number (if known): 25-10610

| 3.209 | Envision Parent, Inc. dba Envision Healthcare | 2/13/2025 | $ 963.26 | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 20 Burton Hills Blvd, Suite 500 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other  Benefits |
| | Nashville  TN  37215 | | | |
| | City  State  ZIP Code | | | |
| | Country | | | |

| 3.210 | Envision Parent, Inc. dba Envision Healthcare | 2/20/2025 | $ 568.76 | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 20 Burton Hills Blvd, Suite 500 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other  Benefits |
| | Nashville  TN  37215 | | | |
| | City  State  ZIP Code | | | |
| | Country | | | |

| 3.211 | Envision Parent, Inc. dba Envision Healthcare | 2/27/2025 | $ 1,067.73 | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 20 Burton Hills Blvd, Suite 500 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other  Benefits |
| | Nashville  TN  37215 | | | |
| | City  State  ZIP Code | | | |
| | Country | | | |

| 3.212 | Envision Parent, Inc. dba Envision Healthcare | 3/6/2025 | $ 395.06 | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 20 Burton Hills Blvd, Suite 500 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other  Benefits |
| | Nashville  TN  37215 | | | |
| | City  State  ZIP Code | | | |
| | Country | | | |

Debtor: MS Leisure Company

Name

Case number (if known):    25-10610

---

3.213  Envision Parent, Inc. dba Envision Healthcare
Creditor's Name

20 Burton Hills Blvd, Suite 500
Street

Nashville            TN        37215
City                 State     ZIP Code

Country

3/13/2025        $        2,739.26

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Benefits

---

3.214  Envision Parent, Inc. dba Envision Healthcare
Creditor's Name

20 Burton Hills Blvd, Suite 500
Street

Nashville            TN        37215
City                 State     ZIP Code

Country

3/20/2025        $        490.23

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Benefits

---

3.215  Envision Parent, Inc. dba Envision Healthcare
Creditor's Name

20 Burton Hills Blvd, Suite 500
Street

Nashville            TN        37215
City                 State     ZIP Code

Country

3/27/2025        $        3,903.67

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Benefits

---

3.216  Evolution Insurance Services
Creditor's Name

8966 N Military Trl #750
Street

Palm Beach Gardens  FL        33410
City                 State     ZIP Code

Country

2/24/2025        $        14,140.65

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Insurance

---

Debtor: MS Leisure Company

Case number *(if known):* 25-10610

Name

| | | | | |
|---|---|---|---|---|
| 3.217 | Florida Power & Light Co. | 1/24/2025 | $ 33,785.66 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 700 Universe Blvd | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other    Utilities |
| | Juno Beach    FL    33408 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.218 | Florida Power & Light Co. | 2/10/2025 | $ 33,903.81 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 700 Universe Blvd | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other    Utilities |
| | Juno Beach    FL    33408 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.219 | Florida Power & Light Co. | 2/14/2025 | $ 33,402.34 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 700 Universe Blvd | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other    Utilities |
| | Juno Beach    FL    33408 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.220 | Florida Power & Light Co. | 3/14/2025 | $ 33,702.72 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 700 Universe Blvd | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☒ Other    Utilities |
| | Juno Beach    FL    33408 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: MS Leisure Company
Name

Case number *(if known)*:    25-10610

| 3.221 | Fundation Risk Partners | 3/10/2025 | $ | 108,719.32 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

780 W Granada Blvd
Street

☐ Unsecured loan repayments

☐ Suppliers or vendors

☐ Services

☑ Other    Insurance

Ormond Beach        FL        32174
City            State        ZIP Code

Country

| 3.222 | Gfd Group Miami, LLC | 1/16/2025 | $ | 2,000.00 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

15321 S Dixie Hwy Suite 201
Street

☐ Unsecured loan repayments

☐ Suppliers or vendors

☐ Services

☑ Other    Maintenance

Palmetto Bay        FL        33157
City            State        ZIP Code

Country

| 3.223 | Gfd Group Miami, LLC | 2/4/2025 | $ | 6,500.00 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

15321 S Dixie Hwy Suite 201
Street

☐ Unsecured loan repayments

☐ Suppliers or vendors

☐ Services

☑ Other    Maintenance

Palmetto Bay        FL        33157
City            State        ZIP Code

Country

| 3.224 | Gfd Group Miami, LLC | 2/19/2025 | $ | 1,600.00 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

15321 S Dixie Hwy Suite 201
Street

☐ Unsecured loan repayments

☐ Suppliers or vendors

☐ Services

☑ Other    Maintenance

Palmetto Bay        FL        33157
City            State        ZIP Code

Country

Debtor: MS Leisure Company

Case number *(if known):*  25-10610

Name

| | | | | |
|---|---|---|---|---|
| 3.225 | Gfd Group Miami, LLC | 3/17/2025 | $ 7,500.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 15321 S Dixie Hwy Suite 201 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Maintenance |
| | Palmetto Bay    FL    33157 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.226 | Gfd Group Miami, LLC | 3/20/2025 | $ 2,000.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 15321 S Dixie Hwy Suite 201 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Maintenance |
| | Palmetto Bay    FL    33157 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.227 | Hach Company | 1/24/2025 | $ 1,836.23 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | P.O. Box 389 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Maintenance |
| | Loveland    CO    80539 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.228 | Hach Company | 2/7/2025 | $ 2,706.14 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | P.O. Box 389 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Maintenance |
| | Loveland    CO    80539 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: MS Leisure Company
_____
Name

Case number (if known): 25-10610
_____

| 3.229 | Hach Company | 3/6/2025 | $ | 4,053.81 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | P.O. Box 389 | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☒ Other  Maintenance |
| | Loveland    CO    80539 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.230 | Hach Company | 3/14/2025 | $ | 2,000.00 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | P.O. Box 389 | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☒ Other  Maintenance |
| | Loveland    CO    80539 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.231 | Hawkins, Inc. | 2/13/2025 | $ | 5,643.02 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 300 E Central Ave | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☒ Other  Maintenance |
| | Knoxville    TN    37902 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.232 | Hawkins, Inc. | 2/21/2025 | $ | 6,303.21 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 300 E Central Ave | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☒ Other  Maintenance |
| | Knoxville    TN    37902 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

Debtor: MS Leisure Company

Case number *(if known):* 25-10610

Name

| 3.233 | Hawkins, Inc. | 3/4/2025 | $ | 5,239.54 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

300 E Central Ave

Street

☐ Suppliers or vendors

☐ Services

☑ Other    Maintenance

Knoxville    TN    37902

City    State    ZIP Code

Country

---

| 3.234 | Herc Rentals | 1/16/2025 | $ | 2,590.35 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

27500 Riverview Center Blvd, Ste 100

Street

☐ Suppliers or vendors

☐ Services

☑ Other    Equipment & Vehicle Leases

Bonita Springs    FL    34134

City    State    ZIP Code

Country

---

| 3.235 | Herc Rentals | 3/10/2025 | $ | 2,590.35 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

27500 Riverview Center Blvd, Ste 100

Street

☐ Suppliers or vendors

☐ Services

☑ Other    Equipment & Vehicle Leases

Bonita Springs    FL    34134

City    State    ZIP Code

Country

---

| 3.236 | Herc Rentals | 3/28/2025 | $ | 8,302.67 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

27500 Riverview Center Blvd, Ste 100

Street

☐ Suppliers or vendors

☐ Services

☑ Other    Equipment & Vehicle Leases

Bonita Springs    FL    34134

City    State    ZIP Code

Country

---

Debtor: MS Leisure Company

Case number (if known): 25-10610

Name

| 3.237 | Jeffrey Roth P.A. | 1/15/2025 | $ | 15,000.00 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 866 S Dixie Hwy | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☒ Other  Professional Services |
| | Coral Gables    FL    33146 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.238 | Jeffrey Roth P.A. | 2/24/2025 | $ | 9,082.25 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 866 S Dixie Hwy | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☒ Other  Professional Services |
| | Coral Gables    FL    33146 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.239 | Jorge Luis Lopez Law Firm LLC | 3/28/2025 | $ | 15,000.00 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 2665 S Bayshore Dr #1103 | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☒ Other  Professional Services |
| | Coconut Grove    FL    33133 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.240 | Miami Dade County - Water And Sawer | 1/14/2025 | $ | 552.63 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 275 NW 2nd St #5 | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☒ Other  Utilities |
| | Miami    FL    33128 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

Debtor: MS Leisure Company

Name

Case number (if known): 25-10610

---

3.241  **Miami Dade County - Water And Sawer**
Creditor's Name

275 NW 2nd St #5
Street

_____

Miami                    FL          33128
City              State       ZIP Code

_____
Country

1/14/2025        $          36,098.81

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Utilities

---

3.242  **Miami Dade County - Water And Sawer**
Creditor's Name

275 NW 2nd St #5
Street

_____

Miami                    FL          33128
City              State       ZIP Code

_____
Country

1/28/2025        $          13,202.75

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Utilities

---

3.243  **Miami Dade County - Water And Sawer**
Creditor's Name

275 NW 2nd St #5
Street

_____

Miami                    FL          33128
City              State       ZIP Code

_____
Country

2/4/2025         $          13,518.66

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Utilities

---

3.244  **Miami Dade County - Water And Sawer**
Creditor's Name

275 NW 2nd St #5
Street

_____

Miami                    FL          33128
City              State       ZIP Code

_____
Country

2/18/2025        $             721.82

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   Utilities

---

Debtor: MS Leisure Company

Case number *(if known):* 25-10610

Name

| | | | | |
|---|---|---|---|---|
| 3.245 | Miami Dade County - Water And Sawer | 2/18/2025 | $ 41,814.68 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 275 NW 2nd St #5 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Utilities |
| | Miami    FL    33128 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |
| 3.246 | Miami Dade County - Water And Sawer | 2/26/2025 | $ 26,298.73 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 275 NW 2nd St #5 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Utilities |
| | Miami    FL    33128 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |
| 3.247 | Miami Dade County - Water And Sawer | 3/14/2025 | $ 532.71 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 275 NW 2nd St #5 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Utilities |
| | Miami    FL    33128 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |
| 3.248 | Miami Dade County - Water And Sawer | 3/14/2025 | $ 37,586.21 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 275 NW 2nd St #5 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other    Utilities |
| | Miami    FL    33128 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: MS Leisure Company

Case number *(if known)*: 25-10610

Name

| 3.249 | Miami Dade Pump And Supply | 1/15/2025 | $ 4,431.24 | ☐ Secured debt |
|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

7870 NW 62nd St

☐ Suppliers or vendors

Street

☐ Services

☒ Other    Maintenance

| Miami | FL | 33166 |
|---|---|---|
| City | State | ZIP Code |

Country

| 3.250 | Miami Dade Pump And Supply | 2/14/2025 | $ 5,000.00 | ☐ Secured debt |
|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

7870 NW 62nd St

☐ Suppliers or vendors

Street

☐ Services

☒ Other    Maintenance

| Miami | FL | 33166 |
|---|---|---|
| City | State | ZIP Code |

Country

| 3.251 | Miami Dade Pump And Supply | 2/28/2025 | $ 5,000.00 | ☐ Secured debt |
|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

7870 NW 62nd St

☐ Suppliers or vendors

Street

☐ Services

☒ Other    Maintenance

| Miami | FL | 33166 |
|---|---|---|
| City | State | ZIP Code |

Country

| 3.252 | Miami Dade Pump And Supply | 3/12/2025 | $ 5,000.00 | ☐ Secured debt |
|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

7870 NW 62nd St

☐ Suppliers or vendors

Street

☐ Services

☒ Other    Maintenance

| Miami | FL | 33166 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: MS Leisure Company
Name

Case number (if known):   25-10610

3.253  Miami Dade Pump And Supply
Creditor's Name

7870 NW 62nd St
Street

Miami          FL        33166
City          State      ZIP Code

Country

3/18/2025    $        5,000.00

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other    Maintenance

3.254  Miami Dade Pump And Supply
Creditor's Name

7870 NW 62nd St
Street

Miami          FL        33166
City          State      ZIP Code

Country

3/21/2025    $        10,000.00

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other    Maintenance

3.255  Miami Dade Pump And Supply
Creditor's Name

7870 NW 62nd St
Street

Miami          FL        33166
City          State      ZIP Code

Country

3/26/2025    $        4,800.00

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other    Maintenance

3.256  Miami Dade Rent - Seaquarium
Creditor's Name

4400 Rickenbacker Causeway
Street

Miami          FL        33149
City          State      ZIP Code

Country

1/14/2025    $        84,590.83

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other    Miami Dade Rent (Seaquarium)

Debtor: MS Leisure Company

Case number *(if known)*: 25-10610

Name

---

**3.257** Miami Dade Rent - Seaquarium

Creditor's Name

4400 Rickenbacker Causeway

Street

Miami             FL         33149

City              State      ZIP Code

Country

2/11/2025    $    84,590.83

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other   Miami Dade Rent (Seaquarium)

---

**3.258** Miami Dade Rent - Seaquarium

Creditor's Name

4400 Rickenbacker Causeway

Street

Miami             FL         33149

City              State      ZIP Code

Country

3/13/2025    $    84,590.83

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other   Miami Dade Rent (Seaquarium)

---

**3.259** Mike Briggs

Creditor's Name

Address Available Upon Request

Street

City              State      ZIP Code

Country

3/24/2025    $    1,500.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other   Maintenance

---

**3.260** Mike Briggs

Creditor's Name

Address Available Upon Request

Street

City              State      ZIP Code

Country

3/24/2025    $    15,000.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other   Maintenance

---

Debtor:  MS Leisure Company
_____
Name

Case number *(if known):*  _25-10610_

| | | | | |
|---|---|---|---|---|
| 3.261 | Mwi Animal Health | 2/10/2025 | $ 4,088.90 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | | ☐ Suppliers or vendors |
| | 2590 114th St suite 100 | | | ☐ Services |
| | Street | | | ☒ Other    Trade |
| | Grand Prairie    TX    75050 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.262 | Mwi Animal Health | 2/24/2025 | $ 3,740.04 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | | ☐ Suppliers or vendors |
| | 2590 114th St suite 100 | | | ☐ Services |
| | Street | | | ☒ Other    Trade |
| | Grand Prairie    TX    75050 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.263 | Mwi Animal Health | 3/10/2025 | $ 2,392.38 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | | ☐ Suppliers or vendors |
| | 2590 114th St suite 100 | | | ☐ Services |
| | Street | | | ☒ Other    Trade |
| | Grand Prairie    TX    75050 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.264 | Networks Unlimited, Inc | 2/14/2025 | $ 3,700.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | | ☐ Suppliers or vendors |
| | 597 25 Rd #100 | | | ☐ Services |
| | Street | | | ☒ Other    Professional Services |
| | Grand Junction    CO    81505 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: MS Leisure Company

Case number (if known): 25-10610

Name

| 3.265 | Networks Unlimited, Inc | 3/12/2025 | $ | 3,900.00 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 597 25 Rd #100 | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other   Professional Services |
| | Grand Junction     CO     81505 | | | | |
| | City           State     ZIP Code | | | | |
| | Country | | | | |

| 3.266 | Networks Unlimited, Inc | 3/27/2025 | $ | 4,100.00 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 597 25 Rd #100 | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other   Professional Services |
| | Grand Junction     CO     81505 | | | | |
| | City           State     ZIP Code | | | | |
| | Country | | | | |

| 3.267 | Paymaster Payroll Services | 1/6/2025 | $ | 134,847.57 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 1880 N Congress Ave STE 222 | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other   Payroll Processing |
| | Boynton Beach     FL     33426 | | | | |
| | City           State     ZIP Code | | | | |
| | Country | | | | |

| 3.268 | Paymaster Payroll Services | 1/7/2025 | $ | 43,194.06 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 1880 N Congress Ave STE 222 | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other   Payroll Processing |
| | Boynton Beach     FL     33426 | | | | |
| | City           State     ZIP Code | | | | |
| | Country | | | | |

Debtor: MS Leisure Company
_____
Name

Case number *(if known)*: 25-10610

| | | | |
|---|---|---|---|
| 3.269 | Paymaster Payroll Services | 1/10/2025 | $ 25,213.99 |

Creditor's Name

1880 N Congress Ave STE 222
Street

Boynton Beach          FL          33426
City                State        ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other  Payroll Processing

| | | | |
|---|---|---|---|
| 3.270 | Paymaster Payroll Services | 1/21/2025 | $ 175,355.61 |

Creditor's Name

1880 N Congress Ave STE 222
Street

Boynton Beach          FL          33426
City                State        ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other  Payroll Processing

| | | | |
|---|---|---|---|
| 3.271 | Paymaster Payroll Services | 1/27/2025 | $ 26,868.18 |

Creditor's Name

1880 N Congress Ave STE 222
Street

Boynton Beach          FL          33426
City                State        ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other  Payroll Processing

| | | | |
|---|---|---|---|
| 3.272 | Paymaster Payroll Services | 1/28/2025 | $ 14,799.68 |

Creditor's Name

1880 N Congress Ave STE 222
Street

Boynton Beach          FL          33426
City                State        ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other  Payroll Processing

Debtor: MS Leisure Company

Name

Case number *(if known):*    25-10610

---

3.273  Paymaster Payroll Services

Creditor's Name

1880 N Congress Ave STE 222

Street

Boynton Beach          FL          33426

City          State          ZIP Code

Country

1/31/2025          $          29,949.35

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Payroll Processing

---

3.274  Paymaster Payroll Services

Creditor's Name

1880 N Congress Ave STE 222

Street

Boynton Beach          FL          33426

City          State          ZIP Code

Country

2/4/2025          $          116,110.04

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Payroll Processing

---

3.275  Paymaster Payroll Services

Creditor's Name

1880 N Congress Ave STE 222

Street

Boynton Beach          FL          33426

City          State          ZIP Code

Country

2/10/2025          $          31,471.85

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Payroll Processing

---

3.276  Paymaster Payroll Services

Creditor's Name

1880 N Congress Ave STE 222

Street

Boynton Beach          FL          33426

City          State          ZIP Code

Country

2/13/2025          $          19,986.68

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Payroll Processing

---

Debtor: MS Leisure Company

Case number *(if known):*  25-10610

Name

3.277  Paymaster Payroll Services                    2/18/2025     $           119,082.83
Creditor's Name

☐ Secured debt

☐ Unsecured loan repayments

1880 N Congress Ave STE 222
Street

☐ Suppliers or vendors

☐ Services

☒ Other   Payroll Processing

Boynton Beach          FL          33426
City                   State       ZIP Code

Country

3.278  Paymaster Payroll Services                    2/20/2025     $           29,490.95
Creditor's Name

☐ Secured debt

☐ Unsecured loan repayments

1880 N Congress Ave STE 222
Street

☐ Suppliers or vendors

☐ Services

☒ Other   Payroll Processing

Boynton Beach          FL          33426
City                   State       ZIP Code

Country

3.279  Paymaster Payroll Services                    2/21/2025     $           25,369.16
Creditor's Name

☐ Secured debt

☐ Unsecured loan repayments

1880 N Congress Ave STE 222
Street

☐ Suppliers or vendors

☐ Services

☒ Other   Payroll Processing

Boynton Beach          FL          33426
City                   State       ZIP Code

Country

3.280  Paymaster Payroll Services                    3/3/2025      $           140,304.46
Creditor's Name

☐ Secured debt

☐ Unsecured loan repayments

1880 N Congress Ave STE 222
Street

☐ Suppliers or vendors

☐ Services

☒ Other   Payroll Processing

Boynton Beach          FL          33426
City                   State       ZIP Code

Country

Debtor: MS Leisure Company

Case number *(if known):* 25-10610

Name

---

**3.281** Paymaster Payroll Services

Creditor's Name

1880 N Congress Ave STE 222

Street

Boynton Beach      FL      33426

City         State      ZIP Code

Country

3/6/2025       $        31,085.87

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Payroll Processing

---

**3.282** Paymaster Payroll Services

Creditor's Name

1880 N Congress Ave STE 222

Street

Boynton Beach      FL      33426

City         State      ZIP Code

Country

3/10/2025      $        21,529.58

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Payroll Processing

---

**3.283** Paymaster Payroll Services

Creditor's Name

1880 N Congress Ave STE 222

Street

Boynton Beach      FL      33426

City         State      ZIP Code

Country

3/17/2025      $        129,690.85

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Payroll Processing

---

**3.284** Paymaster Payroll Services

Creditor's Name

1880 N Congress Ave STE 222

Street

Boynton Beach      FL      33426

City         State      ZIP Code

Country

3/20/2025      $        52,129.10

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Payroll Processing

---

Debtor:  MS Leisure Company
Name

Case number *(if known):*   25-10610

3.285  Pepsi Beverages Company
Creditor's Name

700 Anderson Hill Rd
Street

Purchase           NY        10577
City               State     ZIP Code

Country

1/28/2025        $           1,533.50

☐  Secured debt
☐  Unsecured loan repayments
☐  Suppliers or vendors
☐  Services
☒  Other    COGS

3.286  Pepsi Beverages Company
Creditor's Name

700 Anderson Hill Rd
Street

Purchase           NY        10577
City               State     ZIP Code

Country

2/6/2025         $          10,057.41

☐  Secured debt
☐  Unsecured loan repayments
☐  Suppliers or vendors
☐  Services
☒  Other    COGS

3.287  Pepsi Beverages Company
Creditor's Name

700 Anderson Hill Rd
Street

Purchase           NY        10577
City               State     ZIP Code

Country

2/10/2025        $          10,057.41

☐  Secured debt
☐  Unsecured loan repayments
☐  Suppliers or vendors
☐  Services
☒  Other    COGS

3.288  Pepsi Beverages Company
Creditor's Name

700 Anderson Hill Rd
Street

Purchase           NY        10577
City               State     ZIP Code

Country

2/24/2025        $           2,135.44

☐  Secured debt
☐  Unsecured loan repayments
☐  Suppliers or vendors
☐  Services
☒  Other    COGS

Debtor: MS Leisure Company
Name

Case number *(if known):*    25-10610

| | | | |
|---|---|---|---|
| 3.289 | Pepsi Beverages Company | 3/3/2025 | $ 7,255.74 |
| | Creditor's Name | | |
| | 700 Anderson Hill Rd | | |
| | Street | | |
| | Purchase    NY    10577 | | |
| | City    State    ZIP Code | | |
| | Country | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    COGS

| | | | |
|---|---|---|---|
| 3.290 | Pepsi Beverages Company | 3/4/2025 | $ 1,395.83 |
| | Creditor's Name | | |
| | 700 Anderson Hill Rd | | |
| | Street | | |
| | Purchase    NY    10577 | | |
| | City    State    ZIP Code | | |
| | Country | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    COGS

| | | | |
|---|---|---|---|
| 3.291 | Pepsi Beverages Company | 3/12/2025 | $ 1,944.20 |
| | Creditor's Name | | |
| | 700 Anderson Hill Rd | | |
| | Street | | |
| | Purchase    NY    10577 | | |
| | City    State    ZIP Code | | |
| | Country | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    COGS

| | | | |
|---|---|---|---|
| 3.292 | Pepsi Beverages Company | 3/25/2025 | $ 1,312.50 |
| | Creditor's Name | | |
| | 700 Anderson Hill Rd | | |
| | Street | | |
| | Purchase    NY    10577 | | |
| | City    State    ZIP Code | | |
| | Country | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    COGS

Debtor: MS Leisure Company

Name

Case number *(if known):*   25-10610

---

3.293  Pepsi Beverages Company

Creditor's Name

700 Anderson Hill Rd

Street

Purchase        NY        10577

City        State        ZIP Code

Country

3/25/2025        $        1,944.20

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    COGS

---

3.294  Rocketrez: Attractions Ticketing Software

Creditor's Name

12A - 40 North Gate Drive

Street

Steinbach        Manitoba        R5G 2T9

City        State        ZIP Code

Canada

Country

1/17/2025        $        6,385.02

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Fees And Subscriptions

---

3.295  Rocketrez: Attractions Ticketing Software

Creditor's Name

12A - 40 North Gate Drive

Street

Steinbach        Manitoba        R5G 2T9

City        State        ZIP Code

Canada

Country

1/17/2025        $        14,610.98

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Fees And Subscriptions

---

3.296  Rocketrez: Attractions Ticketing Software

Creditor's Name

12A - 40 North Gate Drive

Street

Steinbach        Manitoba        R5G 2T9

City        State        ZIP Code

Canada

Country

2/21/2025        $        12,973.12

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Fees And Subscriptions

---

Debtor: MS Leisure Company                                          Case number *(if known)*:    25-10610

Name

| 3.297 | Sbx Retail Software | 3/20/2025 | $ | 10,400.00 | ☐ | Secured debt |
|---|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Av. Sayil Mza. 1 Lote 1-02

Street

☐ Suppliers or vendors

☐ Services

☒ Other    Fees And Subscriptions

| | Quintana | | |
| Cancún | Roo | 77500 | |
| City | State | ZIP Code | |

Mexico

Country

---

3.298    The Petting Zoo                    1/10/2025    $        2,033.60      ☐ Secured debt

Creditor's Name

☐ Unsecured loan repayments

6010 NW 99th Ave

Street

☐ Suppliers or vendors

☐ Services

☒ Other    COGS

Doral            FL        33178

City            State        ZIP Code

Country

---

3.299    The Petting Zoo                    2/27/2025    $        3,041.74      ☐ Secured debt

Creditor's Name

☐ Unsecured loan repayments

6010 NW 99th Ave

Street

☐ Suppliers or vendors

☐ Services

☒ Other    COGS

Doral            FL        33178

City            State        ZIP Code

Country

---

3.300    The Petting Zoo                    3/19/2025    $        2,630.63      ☐ Secured debt

Creditor's Name

☐ Unsecured loan repayments

6010 NW 99th Ave

Street

☐ Suppliers or vendors

☐ Services

☒ Other    COGS

Doral            FL        33178

City            State        ZIP Code

Country

---

Debtor: MS Leisure Company

Case number *(if known):* 25-10610

Name

**3.301** The Petting Zoo

Creditor's Name

2/27/2025    $    774.91

6010 NW 99th Ave

Street

Doral            FL            33178

City            State            ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    COGS

**3.302** The Petting Zoo

Creditor's Name

2/27/2025    $    774.91

6010 NW 99th Ave

Street

Doral            FL            33178

City            State            ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    COGS

**3.303** Waste Management

Creditor's Name

2/4/2025    $    530.31

800 Capitol St, Suite 3000

Street

Houston            TX            77002

City            State            ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Utilities

**3.304** Waste Management

Creditor's Name

2/4/2025    $    1,178.66

800 Capitol St, Suite 3000

Street

Houston            TX            77002

City            State            ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Utilities

Debtor: MS Leisure Company

Case number *(if known)*:  25-10610

Name

| | | | |
|---|---|---|---|
| 3.305 | Waste Management | 2/4/2025 | $ 1,307.92 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Utilities

800 Capitol St, Suite 3000
Street

Houston          TX          77002
City              State       ZIP Code

Country

---

| | | | |
|---|---|---|---|
| 3.306 | Waste Management | 2/4/2025 | $ 1,593.78 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Utilities

800 Capitol St, Suite 3000
Street

Houston          TX          77002
City              State       ZIP Code

Country

---

| | | | |
|---|---|---|---|
| 3.307 | Waste Management | 3/10/2025 | $ 531.22 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Utilities

800 Capitol St, Suite 3000
Street

Houston          TX          77002
City              State       ZIP Code

Country

---

| | | | |
|---|---|---|---|
| 3.308 | Waste Management | 3/10/2025 | $ 1,184.81 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other    Utilities

800 Capitol St, Suite 3000
Street

Houston          TX          77002
City              State       ZIP Code

Country

---

Debtor:  MS Leisure Company
         _____
         Name

Case number *(if known)*:  25-10610
                           _____

| | | | | |
|---|---|---|---|---|
| 3.309 | Waste Management<br>_____<br>Creditor's Name<br><br>800 Capitol St, Suite 3000<br>_____<br>Street<br><br>_____<br><br>Houston          TX          77002<br>_____<br>City          State          ZIP Code<br><br>_____<br>Country | 3/10/2025 | $  1,307.92 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other    Utilities |
| 3.310 | Waste Management<br>_____<br>Creditor's Name<br><br>800 Capitol St, Suite 3000<br>_____<br>Street<br><br>_____<br><br>Houston          TX          77002<br>_____<br>City          State          ZIP Code<br><br>_____<br>Country | 3/10/2025 | $  1,593.78 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other    Utilities |
| 3.311 | Waste Management<br>_____<br>Creditor's Name<br><br>800 Capitol St, Suite 3000<br>_____<br>Street<br><br>_____<br><br>Houston          TX          77002<br>_____<br>City          State          ZIP Code<br><br>_____<br>Country | 3/21/2025 | $  1,307.92 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other    Utilities |
| 3.312 | Waste Management<br>_____<br>Creditor's Name<br><br>800 Capitol St, Suite 3000<br>_____<br>Street<br><br>_____<br><br>Houston          TX          77002<br>_____<br>City          State          ZIP Code<br><br>_____<br>Country | 3/21/2025 | $  2,165.99 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other    Utilities |

Debtor:  MS Leisure Company
Name

Case number *(if known)*:    25-10610

| 3.313 | Weathermakers Air Conditioning | 1/6/2025 | $ | 1,260.00 |
|---|---|---|---|---|

Creditor's Name

6496 126th Ave N
Street

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Maintenance

| Largo | FL | 33773 |
|---|---|---|
| City | State | ZIP Code |

Country

| 3.314 | Weathermakers Air Conditioning | 1/10/2025 | $ | 300.00 |
|---|---|---|---|---|

Creditor's Name

6496 126th Ave N
Street

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Maintenance

| Largo | FL | 33773 |
|---|---|---|
| City | State | ZIP Code |

Country

| 3.315 | Weathermakers Air Conditioning | 1/13/2025 | $ | 1,012.64 |
|---|---|---|---|---|

Creditor's Name

6496 126th Ave N
Street

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Maintenance

| Largo | FL | 33773 |
|---|---|---|
| City | State | ZIP Code |

Country

| 3.316 | Weathermakers Air Conditioning | 1/23/2025 | $ | 1,012.64 |
|---|---|---|---|---|

Creditor's Name

6496 126th Ave N
Street

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other    Maintenance

| Largo | FL | 33773 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: MS Leisure Company

Case number (if known): 25-10610

Name

| 3.317 | Weathermakers Air Conditioning | 1/24/2025 | $ | 1,545.00 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

6496 126th Ave N

☐ Suppliers or vendors

Street

☐ Services

☑ Other    Maintenance

| Largo | FL | 33773 |
|---|---|---|
| City | State | ZIP Code |

Country

| 3.318 | Weathermakers Air Conditioning | 2/25/2025 | $ | 185.00 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

6496 126th Ave N

☐ Suppliers or vendors

Street

☐ Services

☑ Other    Maintenance

| Largo | FL | 33773 |
|---|---|---|
| City | State | ZIP Code |

Country

| 3.319 | Weathermakers Air Conditioning | 2/27/2025 | $ | 375.00 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

6496 126th Ave N

☐ Suppliers or vendors

Street

☐ Services

☑ Other    Maintenance

| Largo | FL | 33773 |
|---|---|---|
| City | State | ZIP Code |

Country

| 3.320 | Weathermakers Air Conditioning | 3/6/2025 | $ | 150.00 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

6496 126th Ave N

☐ Suppliers or vendors

Street

☐ Services

☑ Other    Maintenance

| Largo | FL | 33773 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: MS Leisure Company

Name

Case number *(if known)*    25-10610

| | | | | | |
|---|---|---|---|---|---|
| 3.321 | Weathermakers Air Conditioning | 3/6/2025 | $ | 895.00 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 6496 126th Ave N | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other   Maintenance |
| | Largo          FL          33773 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.322 | Weathermakers Air Conditioning | 3/6/2025 | $ | 1,726.00 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 6496 126th Ave N | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☑ Other   Maintenance |
| | Largo          FL          33773 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's Name and Address | Dates | Total amount or value | Reason for payment or transfer |
|---|---|---|---|
| 4.1 Edwin Gonzalez | 2/23/2024 | $        5,031.50 | Expense Reimbursements |
| Insider's Name | | | |
| 4400 Rickenbacker Causeway | | | |
| Street | | | |
| Maimi          FL          33149 | | | |
| City          State          ZIP Code | | | |
| Country | | | |

| Relationship to Debtor |
|---|
| US Parks Regional Director |

Debtor: MS Leisure Company

Name

Case number *(if known)*   25-10610

4.2 Edwin Gonzalez          2/26/2024     $          2,388.22   Expense Reimbursements
Insider's Name

4400 Rickenbacker Causeway
Street

Maimi              FL        33149
City               State     ZIP Code

Country

**Relationship to Debtor**

US Parks Regional Director

4.3 Edwin Gonzalez          3/15/2024     $          5,145.52   Expense Reimbursements
Insider's Name

4400 Rickenbacker Causeway
Street

Maimi              FL        33149
City               State     ZIP Code

Country

**Relationship to Debtor**

US Parks Regional Director

4.4 Edwin Gonzalez          3/22/2024     $          5,847.13   Expense Reimbursements
Insider's Name

4400 Rickenbacker Causeway
Street

Maimi              FL        33149
City               State     ZIP Code

Country

**Relationship to Debtor**

US Parks Regional Director

Debtor: MS Leisure Company

Name

Case number *(if known)*:  25-10610

4.5 Edwin Gonzalez          4/5/2024        $        7,301.32    Payroll

Insider's Name

4400 Rickenbacker Causeway

Street

Maimi            FL        33149

City              State      ZIP Code

Country

**Relationship to Debtor**

US Parks Regional Director

4.6 Edwin Gonzalez          4/19/2024       $        5,000.00    Bonus

Insider's Name

4400 Rickenbacker Causeway

Street

Maimi            FL        33149

City              State      ZIP Code

Country

**Relationship to Debtor**

US Parks Regional Director

4.7 Edwin Gonzalez          4/19/2024       $        7,301.32    Payroll

Insider's Name

4400 Rickenbacker Causeway

Street

Maimi            FL        33149

City              State      ZIP Code

Country

**Relationship to Debtor**

US Parks Regional Director

Debtor: MS Leisure Company

Name

Case number *(if known)*:    25-10610

---

| | | | |
|---|---|---|---|
| 4.8 Edwin Gonzalez | 5/2/2024 | $ 2,227.93 | Expense Reimbursements |
| Insider's Name | | | |

4400 Rickenbacker Causeway
Street

| Maimi | FL | 33149 |
|---|---|---|
| City | State | ZIP Code |

Country

**Relationship to Debtor**

US Parks Regional Director

---

| | | | |
|---|---|---|---|
| 4.9 Edwin Gonzalez | 5/3/2024 | $ 7,301.32 | Payroll |
| Insider's Name | | | |

4400 Rickenbacker Causeway
Street

| Maimi | FL | 33149 |
|---|---|---|
| City | State | ZIP Code |

Country

**Relationship to Debtor**

US Parks Regional Director

---

| | | | |
|---|---|---|---|
| 4.10 Edwin Gonzalez | 5/17/2024 | $ 5,000.00 | Bonus |
| Insider's Name | | | |

4400 Rickenbacker Causeway
Street

| Maimi | FL | 33149 |
|---|---|---|
| City | State | ZIP Code |

Country

**Relationship to Debtor**

US Parks Regional Director

Debtor: MS Leisure Company

Case number *(if known)*: 25-10610

Name

**4.11** Edwin Gonzalez
Insider's Name

5/17/2024

$ 7,301.32

Payroll

4400 Rickenbacker Causeway
Street

Maimi        FL        33149
City        State        ZIP Code

Country

**Relationship to Debtor**

US Parks Regional Director

**4.12** Edwin Gonzalez
Insider's Name

5/31/2024

$ 7,301.32

Payroll

4400 Rickenbacker Causeway
Street

Maimi        FL        33149
City        State        ZIP Code

Country

**Relationship to Debtor**

US Parks Regional Director

**4.13** Edwin Gonzalez
Insider's Name

6/5/2024

$ 6,822.59

Expense Reimbursements

4400 Rickenbacker Causeway
Street

Maimi        FL        33149
City        State        ZIP Code

Country

**Relationship to Debtor**

US Parks Regional Director

Debtor: MS Leisure Company
Name

Case number *(if known)*    25-10610

4.14 Edwin Gonzalez
Insider's Name

6/14/2024    $    5,000.00    Bonus

4400 Rickenbacker Causeway
Street

Maimi            FL        33149
City            State    ZIP Code

Country

**Relationship to Debtor**

US Parks Regional Director

4.15 Edwin Gonzalez
Insider's Name

6/14/2024    $    7,301.32    Payroll

4400 Rickenbacker Causeway
Street

Maimi            FL        33149
City            State    ZIP Code

Country

**Relationship to Debtor**

US Parks Regional Director

4.16 Edwin Gonzalez
Insider's Name

6/28/2024    $    7,301.32    Payroll

4400 Rickenbacker Causeway
Street

Maimi            FL        33149
City            State    ZIP Code

Country

**Relationship to Debtor**

US Parks Regional Director

Debtor: MS Leisure Company

Name

Case number *(if known)*: 25-10610

4.17 Edwin Gonzalez
Insider's Name

7/12/2024        $        5,000.00    Bonus

4400 Rickenbacker Causeway
Street

Maimi              FL          33149
City               State       ZIP Code

Country

**Relationship to Debtor**

US Parks Regional Director

4.18 Edwin Gonzalez
Insider's Name

7/12/2024        $        7,301.32    Payroll

4400 Rickenbacker Causeway
Street

Maimi              FL          33149
City               State       ZIP Code

Country

**Relationship to Debtor**

US Parks Regional Director

4.19 Edwin Gonzalez
Insider's Name

7/26/2024        $        7,301.32    Payroll

4400 Rickenbacker Causeway
Street

Maimi              FL          33149
City               State       ZIP Code

Country

**Relationship to Debtor**

US Parks Regional Director

Debtor: MS Leisure Company

Case number *(if known)*: 25-10610

Name

---

**4.20** Edwin Gonzalez
Insider's Name

8/7/2024    $    1,661.43    Expense Reimbursements

4400 Rickenbacker Causeway
Street

Maimi            FL        33149
City            State        ZIP Code

Country

**Relationship to Debtor**

US Parks Regional Director

---

**4.21** Edwin Gonzalez
Insider's Name

8/9/2024    $    5,000.00    Bonus

4400 Rickenbacker Causeway
Street

Maimi            FL        33149
City            State        ZIP Code

Country

**Relationship to Debtor**

US Parks Regional Director

---

**4.22** Edwin Gonzalez
Insider's Name

8/9/2024    $    7,301.32    Payroll

4400 Rickenbacker Causeway
Street

Maimi            FL        33149
City            State        ZIP Code

Country

**Relationship to Debtor**

US Parks Regional Director

---

Debtor: MS Leisure Company

Name

Case number *(if known)*: 25-10610

4.23 Edwin Gonzalez
Insider's Name

8/23/2024     $     7,301.32     Payroll

4400 Rickenbacker Causeway
Street

Maimi          FL      33149
City           State   ZIP Code

Country

**Relationship to Debtor**

US Parks Regional Director

4.24 Edwin Gonzalez
Insider's Name

9/6/2024      $     5,000.00     Bonus

4400 Rickenbacker Causeway
Street

Maimi          FL      33149
City           State   ZIP Code

Country

**Relationship to Debtor**

US Parks Regional Director

4.25 Edwin Gonzalez
Insider's Name

9/6/2024      $     7,301.32     Payroll

4400 Rickenbacker Causeway
Street

Maimi          FL      33149
City           State   ZIP Code

Country

**Relationship to Debtor**

US Parks Regional Director

Debtor: MS Leisure Company
_____
Name

Case number *(if known)*: 25-10610

---

4.26  Edwin Gonzalez                          9/20/2024          $          7,301.32    Payroll
Insider's Name

4400 Rickenbacker Causeway
Street

_____

Maimi              FL          33149
City              State        ZIP Code

_____
Country

**Relationship to Debtor**

US Parks Regional Director

---

4.27  Edwin Gonzalez                          10/4/2024          $          5,000.00    Bonus
Insider's Name

4400 Rickenbacker Causeway
Street

_____

Maimi              FL          33149
City              State        ZIP Code

_____
Country

**Relationship to Debtor**

US Parks Regional Director

---

4.28  Edwin Gonzalez                          10/4/2024          $          7,301.32    Payroll
Insider's Name

4400 Rickenbacker Causeway
Street

_____

Maimi              FL          33149
City              State        ZIP Code

_____
Country

**Relationship to Debtor**

US Parks Regional Director

---

Debtor:  MS Leisure Company                                    Case number *(if known)*:   25-10610
         Name

4.29  Edwin Gonzalez                         10/18/2024      $           7,301.32      Payroll
      Insider's Name

      4400 Rickenbacker Causeway
      Street


      Maimi                FL         33149
      City                 State      ZIP Code


      Country

      **Relationship to Debtor**

      US Parks Regional Director

4.30  Edwin Gonzalez                         11/1/2024       $           5,000.00      Bonus
      Insider's Name

      4400 Rickenbacker Causeway
      Street


      Maimi                FL         33149
      City                 State      ZIP Code


      Country

      **Relationship to Debtor**

      US Parks Regional Director

4.31  Edwin Gonzalez                         11/1/2024       $           7,301.32      Payroll
      Insider's Name

      4400 Rickenbacker Causeway
      Street


      Maimi                FL         33149
      City                 State      ZIP Code


      Country

      **Relationship to Debtor**

      US Parks Regional Director

Debtor: MS Leisure Company

Name

Case number *(if known)*: 25-10610

---

4.32 Edwin Gonzalez
Insider's Name

4400 Rickenbacker Causeway
Street

Maimi                FL          33149
City                State       ZIP Code

Country

**Relationship to Debtor**

US Parks Regional Director

11/3/2024     $          4,783.16     Expense Reimbursements

---

4.33 Edwin Gonzalez
Insider's Name

4400 Rickenbacker Causeway
Street

Maimi                FL          33149
City                State       ZIP Code

Country

**Relationship to Debtor**

US Parks Regional Director

11/15/2024    $          7,301.32     Payroll

---

4.34 Edwin Gonzalez
Insider's Name

4400 Rickenbacker Causeway
Street

Maimi                FL          33149
City                State       ZIP Code

Country

**Relationship to Debtor**

US Parks Regional Director

11/29/2024    $          5,000.00     Bonus

---

Debtor: MS Leisure Company

Name

Case number *(if known)*   25-10610

4.35 Edwin Gonzalez
Insider's Name

4400 Rickenbacker Causeway
Street

Maimi          FL          33149
City          State          ZIP Code

Country

**Relationship to Debtor**

US Parks Regional Director

11/29/2024   $          7,301.32   Payroll

4.36 Edwin Gonzalez
Insider's Name

4400 Rickenbacker Causeway
Street

Maimi          FL          33149
City          State          ZIP Code

Country

**Relationship to Debtor**

US Parks Regional Director

12/2/2024   $          5,800.00   Expense Reimbursements

4.37 Edwin Gonzalez
Insider's Name

4400 Rickenbacker Causeway
Street

Maimi          FL          33149
City          State          ZIP Code

Country

**Relationship to Debtor**

US Parks Regional Director

12/7/2024   $          5,447.53   Expense Reimbursements

Debtor:  MS Leisure Company                                                          Case number *(if known)*:    25-10610
_____
Name

| 4.38 | Edwin Gonzalez | 12/13/2024 | $ | 7,301.32 | Payroll |
| | Insider's Name | | | | |

4400 Rickenbacker Causeway
_____
Street

_____

Maimi                    FL          33149
_____
City                     State       ZIP Code

_____
Country

**Relationship to Debtor**

US Parks Regional Director
_____

| 4.39 | Edwin Gonzalez | 12/24/2024 | $ | 3,314.64 | Expense Reimbursements |
| | Insider's Name | | | | |

4400 Rickenbacker Causeway
_____
Street

_____

Maimi                    FL          33149
_____
City                     State       ZIP Code

_____
Country

**Relationship to Debtor**

US Parks Regional Director
_____

| 4.40 | Edwin Gonzalez | 12/27/2024 | $ | 5,000.00 | Bonus |
| | Insider's Name | | | | |

4400 Rickenbacker Causeway
_____
Street

_____

Maimi                    FL          33149
_____
City                     State       ZIP Code

_____
Country

**Relationship to Debtor**

US Parks Regional Director
_____

Debtor: MS Leisure Company

Case number *(if known)*: 25-10610

Name

4.41 Edwin Gonzalez
Insider's Name

4400 Rickenbacker Causeway
Street

Maimi          FL          33149
City            State        ZIP Code

Country

**Relationship to Debtor**

US Parks Regional Director

12/27/2024          $          7,301.32          Payroll

4.42 Edwin Gonzalez
Insider's Name

4400 Rickenbacker Causeway
Street

Maimi          FL          33149
City            State        ZIP Code

Country

**Relationship to Debtor**

US Parks Regional Director

12/30/2024          $          1,807.20          Expense Reimbursements

4.43 Edwin Gonzalez
Insider's Name

4400 Rickenbacker Causeway
Street

Maimi          FL          33149
City            State        ZIP Code

Country

**Relationship to Debtor**

US Parks Regional Director

12/31/2024          $          204.35          Expense Reimbursements

Debtor: MS Leisure Company
Name

Case number *(if known)*:    25-10610

| | | | |
|---|---|---|---|
| 4.44 | Edwin Gonzalez | 1/10/2025 | $    7,301.32 | Payroll |

Insider's Name

4400 Rickenbacker Causeway
Street

Maimi          FL          33149
City          State          ZIP Code

Country

**Relationship to Debtor**

US Parks Regional Director

| | | | |
|---|---|---|---|
| 4.45 | Edwin Gonzalez | 1/24/2025 | $    1,818.52 | Expense Reimbursements |

Insider's Name

4400 Rickenbacker Causeway
Street

Maimi          FL          33149
City          State          ZIP Code

Country

**Relationship to Debtor**

US Parks Regional Director

| | | | |
|---|---|---|---|
| 4.46 | Edwin Gonzalez | 1/24/2025 | $    2,307.90 | Expense Reimbursements |

Insider's Name

4400 Rickenbacker Causeway
Street

Maimi          FL          33149
City          State          ZIP Code

Country

**Relationship to Debtor**

US Parks Regional Director

Debtor: MS Leisure Company

Name

Case number *(if known)*    25-10610

4.47 Edwin Gonzalez                1/24/2025    $        2,719.25    Expense Reimbursements
Insider's Name

4400 Rickenbacker Causeway
Street

Maimi            FL        33149
City            State    ZIP Code

Country

**Relationship to Debtor**

US Parks Regional Director

4.48 Edwin Gonzalez                1/24/2025    $        5,000.00    Bonus
Insider's Name

4400 Rickenbacker Causeway
Street

Maimi            FL        33149
City            State    ZIP Code

Country

**Relationship to Debtor**

US Parks Regional Director

4.49 Edwin Gonzalez                1/24/2025    $        7,301.32    Payroll
Insider's Name

4400 Rickenbacker Causeway
Street

Maimi            FL        33149
City            State    ZIP Code

Country

**Relationship to Debtor**

US Parks Regional Director

Debtor: MS Leisure Company
Name

Case number *(if known)*:  25-10610

4.50  Edwin Gonzalez                    2/7/2025       $        7,301.32    Payroll
Insider's Name

4400 Rickenbacker Causeway
Street

Maimi              FL         33149
City               State      ZIP Code

Country

**Relationship to Debtor**

US Parks Regional Director

4.51  Edwin Gonzalez                    2/13/2025      $        1,161.93    Expense Reimbursements
Insider's Name

4400 Rickenbacker Causeway
Street

Maimi              FL         33149
City               State      ZIP Code

Country

**Relationship to Debtor**

US Parks Regional Director

4.52  Edwin Gonzalez                    2/21/2025      $        5,000.00    Bonus
Insider's Name

4400 Rickenbacker Causeway
Street

Maimi              FL         33149
City               State      ZIP Code

Country

**Relationship to Debtor**

US Parks Regional Director

Debtor:  MS Leisure Company
_____
Name

Case number *(if known)*:  25-10610
_____

| | | | | |
|---|---|---|---|---|
| 4.53 | Edwin Gonzalez | 2/21/2025 | $ 7,301.32 | Payroll |
| | Insider's Name | | | |

4400 Rickenbacker Causeway
_____
Street

_____

Maimi                FL            33149
_____
City                State        ZIP Code

_____
Country

**Relationship to Debtor**

US Parks Regional Director
_____

| | | | | |
|---|---|---|---|---|
| 4.54 | Edwin Gonzalez | 3/5/2025 | $ 281.04 | Expense Reimbursements |
| | Insider's Name | | | |

4400 Rickenbacker Causeway
_____
Street

_____

Maimi                FL            33149
_____
City                State        ZIP Code

_____
Country

**Relationship to Debtor**

US Parks Regional Director
_____

| | | | | |
|---|---|---|---|---|
| 4.55 | Edwin Gonzalez | 3/7/2025 | $ 7,301.32 | Payroll |
| | Insider's Name | | | |

4400 Rickenbacker Causeway
_____
Street

_____

Maimi                FL            33149
_____
City                State        ZIP Code

_____
Country

**Relationship to Debtor**

US Parks Regional Director
_____

Debtor: MS Leisure Company

Name

Case number *(if known)*   25-10610

4.56  Edwin Gonzalez                3/21/2025      $         7,301.32    Payroll
Insider's Name

4400 Rickenbacker Causeway
Street

Maimi                FL          33149
City                 State       ZIP Code

Country

**Relationship to Debtor**

US Parks Regional Director

4.57  Edwin Gonzalez                3/21/2025      $        10,000.00    Bonus
Insider's Name

4400 Rickenbacker Causeway
Street

Maimi                FL          33149
City                 State       ZIP Code

Country

**Relationship to Debtor**

US Parks Regional Director

4.58  Gulf World Marine Park, Inc.   1/3/2025       $        32,000.00    Intercompany Transaction
Insider's Name

15421 Front Beach Road
Street

Panama City          FL          32413
City                 State       ZIP Code

Country

**Relationship to Debtor**

Affiliate

Debtor:  MS Leisure Company

Name

Case number *(if known)*:   25-10610

---

4.59  Gulf World Marine Park, Inc.                    1/6/2025        $            40,000.00     Intercompany Transaction

Insider's Name

15421 Front Beach Road

Street

Panama City          FL          32413

City              State        ZIP Code

Country

**Relationship to Debtor**

Affiliate

---

4.60  Gulf World Marine Park, Inc.                    1/7/2025        $            14,000.00     Intercompany Transaction

Insider's Name

15421 Front Beach Road

Street

Panama City          FL          32413

City              State        ZIP Code

Country

**Relationship to Debtor**

Affiliate

---

4.61  Gulf World Marine Park, Inc.                    1/9/2025        $            10,000.00     Intercompany Transaction

Insider's Name

15421 Front Beach Road

Street

Panama City          FL          32413

City              State        ZIP Code

Country

**Relationship to Debtor**

Affiliate

---

Official Form 207                **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                Page 103

Debtor: MS Leisure Company
Name

Case number (if known): 25-10610

| 4.62 | Gulf World Marine Park, Inc. | 1/15/2025 | $ | 2,000.00 | Intercompany Transaction |
|---|---|---|---|---|---|

Insider's Name

15421 Front Beach Road
Street



Panama City          FL          32413
City          State          ZIP Code



Country

**Relationship to Debtor**

Affiliate

| 4.63 | Gulf World Marine Park, Inc. | 1/21/2025 | $ | 47,000.00 | Intercompany Transaction |
|---|---|---|---|---|---|

Insider's Name

15421 Front Beach Road
Street



Panama City          FL          32413
City          State          ZIP Code



Country

**Relationship to Debtor**

Affiliate

| 4.64 | Gulf World Marine Park, Inc. | 1/28/2025 | $ | 10,000.00 | Intercompany Transaction |
|---|---|---|---|---|---|

Insider's Name

15421 Front Beach Road
Street



Panama City          FL          32413
City          State          ZIP Code



Country

**Relationship to Debtor**

Affiliate

Debtor: MS Leisure Company
Name

Case number *(if known)*: 25-10610

| | | | |
|---|---|---|---|
| 4.65 | Gulf World Marine Park, Inc. | 2/18/2025 | $ 45,000.00 | Intercompany Transaction |

Insider's Name

15421 Front Beach Road
Street

Panama City          FL          32413
City                State       ZIP Code

Country

**Relationship to Debtor**

Affiliate

| | | | |
|---|---|---|---|
| 4.66 | Gulf World Marine Park, Inc. | 2/21/2025 | $ 30,000.00 | Intercompany Transaction |

Insider's Name

15421 Front Beach Road
Street

Panama City          FL          32413
City                State       ZIP Code

Country

**Relationship to Debtor**

Affiliate

| | | | |
|---|---|---|---|
| 4.67 | Marineland Leisure Inc | 12/13/2024 | $ 9,000.00 | Intercompany Transaction |

Insider's Name

9600 Oceanshore Blvd
Street

St. Augustine          FL          32080
City                State       ZIP Code

Country

**Relationship to Debtor**

Affiliate

Debtor: MS Leisure Company

Name

Case number *(if known)*: 25-10610

4.68  Marineland Leisure, Inc.                    1/10/2025        $           4,000.00    Intercompany Transaction

Insider's Name

9600 Oceanshore Blvd

Street

St. Augustine            FL          32080

City                State       ZIP Code

Country

**Relationship to Debtor**

Affiliate

4.69  Marineland Leisure, Inc.                    1/15/2025        $           5,000.00    Intercompany Transaction

Insider's Name

9600 Oceanshore Blvd

Street

St. Augustine            FL          32080

City                State       ZIP Code

Country

**Relationship to Debtor**

Affiliate

4.70  Marineland Leisure, Inc.                    1/15/2025        $           6,000.00    Intercompany Transaction

Insider's Name

9600 Oceanshore Blvd

Street

St. Augustine            FL          32080

City                State       ZIP Code

Country

**Relationship to Debtor**

Affiliate

Debtor: MS Leisure Company
Name

Case number *(if known)*: 25-10610

4.71 Marineland Leisure, Inc.
Insider's Name

2/4/2025    $    8,000.00    Intercompany Transaction

9600 Oceanshore Blvd
Street

St. Augustine    FL    32080
City    State    ZIP Code

Country

**Relationship to Debtor**

Affiliate

4.72 Marineland Leisure, Inc.
Insider's Name

2/21/2025    $    1,000.00    Intercompany Transaction

9600 Oceanshore Blvd
Street

St. Augustine    FL    32080
City    State    ZIP Code

Country

**Relationship to Debtor**

Affiliate

4.73 Marineland Leisure, Inc.
Insider's Name

2/21/2025    $    25,000.00    Intercompany Transaction

9600 Oceanshore Blvd
Street

St. Augustine    FL    32080
City    State    ZIP Code

Country

**Relationship to Debtor**

Affiliate

Debtor: MS Leisure Company

Name

Case number *(if known)*:    25-10610

| 4.74 | Marineland Leisure, Inc. | 3/5/2025 | $ 10,000.00 | Intercompany Transaction |

Insider's Name

9600 Oceanshore Blvd

Street

St. Augustine          FL          32080

City          State          ZIP Code

Country

**Relationship to Debtor**

Affiliate

| 4.75 | Marineland Leisure, Inc. | 3/6/2025 | $ 15,000.00 | Intercompany Transaction |

Insider's Name

9600 Oceanshore Blvd

Street

St. Augustine          FL          32080

City          State          ZIP Code

Country

**Relationship to Debtor**

Affiliate

| 4.76 | The Dolphin Connection, Inc. | 5/20/2024 | $ 5,000.00 | Intercompany Transaction |

Insider's Name

61 Hawks Cay Blvd

Street

Duck Key          FL          33050

City          State          ZIP Code

Country

**Relationship to Debtor**

Affiliate

Debtor: MS Leisure Company

Name

Case number *(if known)*: 25-10610

| | | | |
|---|---|---|---|
| 4.77 | The Dolphin Connection, Inc. | 11/26/2024 | $ 12,000.00 Intercompany Transaction |

Insider's Name

61 Hawks Cay Blvd
Street

| Duck Key | FL | 33050 |
|---|---|---|
| City | State | ZIP Code |

Country

**Relationship to Debtor**

Affiliate

| | | | |
|---|---|---|---|
| 4.78 | The Dolphin Connection, Inc. | 11/27/2024 | $ 1,000.00 Intercompany Transaction |

Insider's Name

61 Hawks Cay Blvd
Street

| Duck Key | FL | 33050 |
|---|---|---|
| City | State | ZIP Code |

Country

**Relationship to Debtor**

Affiliate

| | | | |
|---|---|---|---|
| 4.79 | The Dolphin Connection, Inc. | 12/13/2024 | $ 22,000.00 Intercompany Transaction |

Insider's Name

61 Hawks Cay Blvd
Street

| Duck Key | FL | 33050 |
|---|---|---|
| City | State | ZIP Code |

Country

**Relationship to Debtor**

Affiliate

Debtor:  MS Leisure Company
Name

Case number *(if known)*:    25-10610

4.80  The Dolphin Connection, Inc.          12/16/2024      $          2,000.00    Intercompany Transaction
Insider's Name

61 Hawks Cay Blvd
Street

Duck Key          FL          33050
City          State          ZIP Code

Country

**Relationship to Debtor**

Affiliate

4.81  The Dolphin Connection, Inc.          12/19/2024      $          10,000.00    Intercompany Transaction
Insider's Name

61 Hawks Cay Blvd
Street

Duck Key          FL          33050
City          State          ZIP Code

Country

**Relationship to Debtor**

Affiliate

4.82  The Dolphin Connection, Inc.          12/23/2024      $          5,000.00    Intercompany Transaction
Insider's Name

61 Hawks Cay Blvd
Street

Duck Key          FL          33050
City          State          ZIP Code

Country

**Relationship to Debtor**

Affiliate

Debtor: MS Leisure Company
Name

Case number *(if known)*:  25-10610

4.83  The Dolphin Connection, Inc.                    12/23/2024      $        15,000.00    Intercompany Transaction
Insider's Name

61 Hawks Cay Blvd
Street

_____

Duck Key            FL          33050
City                State       ZIP Code

_____
Country

**Relationship to Debtor**

Affiliate

4.84  The Dolphin Connection, Inc.                    12/27/2024      $        25,000.00    Intercompany Transaction
Insider's Name

61 Hawks Cay Blvd
Street

_____

Duck Key            FL          33050
City                State       ZIP Code

_____
Country

**Relationship to Debtor**

Affiliate

4.85  The Dolphin Connection, Inc.                    12/30/2024      $        12,000.00    Intercompany Transaction
Insider's Name

61 Hawks Cay Blvd
Street

_____

Duck Key            FL          33050
City                State       ZIP Code

_____
Country

**Relationship to Debtor**

Affiliate

Debtor: MS Leisure Company

Name

Case number *(if known)*:    25-10610

| 4.86 | The Dolphin Connection, Inc. | 1/2/2025 | $ | 15,000.00 | Intercompany Transaction |

Insider's Name

61 Hawks Cay Blvd

Street

| Duck Key | FL | 33050 |
| City | State | ZIP Code |

Country

**Relationship to Debtor**

Affiliate

| 4.87 | The Dolphin Connection, Inc. | 1/3/2025 | $ | 8,000.00 | Intercompany Transaction |

Insider's Name

61 Hawks Cay Blvd

Street

| Duck Key | FL | 33050 |
| City | State | ZIP Code |

Country

**Relationship to Debtor**

Affiliate

| 4.88 | The Dolphin Connection, Inc. | 1/6/2025 | $ | 28,000.00 | Intercompany Transaction |

Insider's Name

61 Hawks Cay Blvd

Street

| Duck Key | FL | 33050 |
| City | State | ZIP Code |

Country

**Relationship to Debtor**

Affiliate

Debtor: MS Leisure Company

Name

Case number *(if known)*: 25-10610

| 4.89 | The Dolphin Connection, Inc. | 1/7/2025 | $ | 5,000.00 | Intercompany Transaction |

Insider's Name

61 Hawks Cay Blvd
Street

Duck Key          FL          33050
City              State        ZIP Code

Country

**Relationship to Debtor**

Affiliate

| 4.90 | The Dolphin Connection, Inc. | 1/10/2025 | $ | 5,000.00 | Intercompany Transaction |

Insider's Name

61 Hawks Cay Blvd
Street

Duck Key          FL          33050
City              State        ZIP Code

Country

**Relationship to Debtor**

Affiliate

| 4.91 | The Dolphin Connection, Inc. | 1/14/2025 | $ | 1,000.00 | Intercompany Transaction |

Insider's Name

61 Hawks Cay Blvd
Street

Duck Key          FL          33050
City              State        ZIP Code

Country

**Relationship to Debtor**

Affiliate

Debtor: MS Leisure Company

Name

Case number *(if known)*:  25-10610

4.92 The Dolphin Connection, Inc.                    1/14/2025    $            2,000.00    Intercompany Transaction
Insider's Name

61 Hawks Cay Blvd
Street

Duck Key              FL          33050
City                 State       ZIP Code

Country

**Relationship to Debtor**

Affiliate

4.93 The Dolphin Connection, Inc.                    1/27/2025    $           10,000.00    Intercompany Transaction
Insider's Name

61 Hawks Cay Blvd
Street

Duck Key              FL          33050
City                 State       ZIP Code

Country

**Relationship to Debtor**

Affiliate

4.94 The Dolphin Connection, Inc.                    1/28/2025    $            5,000.00    Intercompany Transaction
Insider's Name

61 Hawks Cay Blvd
Street

Duck Key              FL          33050
City                 State       ZIP Code

Country

**Relationship to Debtor**

Affiliate

Debtor: MS Leisure Company

Name

Case number *(if known)*: 25-10610

4.95  The Dolphin Connection, Inc.                 2/10/2025    $        5,000.00    Intercompany Transaction
Insider's Name

61 Hawks Cay Blvd
Street

_____

Duck Key          FL          33050
City              State       ZIP Code

_____
Country

**Relationship to Debtor**

Affiliate

4.96  The Dolphin Connection, Inc.                 2/10/2025    $       15,000.00    Intercompany Transaction
Insider's Name

61 Hawks Cay Blvd
Street

_____

Duck Key          FL          33050
City              State       ZIP Code

_____
Country

**Relationship to Debtor**

Affiliate

4.97  The Dolphin Connection, Inc.                 2/11/2025    $        4,000.00    Intercompany Transaction
Insider's Name

61 Hawks Cay Blvd
Street

_____

Duck Key          FL          33050
City              State       ZIP Code

_____
Country

**Relationship to Debtor**

Affiliate

Debtor: MS Leisure Company

Name

Case number *(if known)*: 25-10610

4.98 The Dolphin Connection, Inc.     3/12/2025     $     130,000.00     Intercompany Transaction

Insider's Name

61 Hawks Cay Blvd

Street

Duck Key          FL          33050

City          State          ZIP Code

Country

**Relationship to Debtor**

Affiliate

4.99 The Dolphin Connection, Inc.     3/18/2025     $     25,000.00     Intercompany Transaction

Insider's Name

61 Hawks Cay Blvd

Street

Duck Key          FL          33050

City          State          ZIP Code

Country

**Relationship to Debtor**

Affiliate

4.100 The Dolphin Connection, Inc.     3/19/2025     $     40,000.00     Intercompany Transaction

Insider's Name

61 Hawks Cay Blvd

Street

Duck Key          FL          33050

City          State          ZIP Code

Country

**Relationship to Debtor**

Affiliate

Debtor: MS Leisure Company

Case number *(if known)*: 25-10610

Name

| | | | |
|---|---|---|---|
| 4.101 The Dolphin Connection, Inc. | 3/24/2025 | $ 90,000.00 | Intercompany Transaction |

Insider's Name

61 Hawks Cay Blvd
Street

Duck Key          FL          33050
City          State          ZIP Code

Country

**Relationship to Debtor**

Affiliate

| | | | |
|---|---|---|---|
| 4.102 The Dolphin Connection, Inc. | 3/25/2025 | $ 25,000.00 | Intercompany Transaction |

Insider's Name

61 Hawks Cay Blvd
Street

Duck Key          FL          33050
City          State          ZIP Code

Country

**Relationship to Debtor**

Affiliate

| | | | |
|---|---|---|---|
| 4.103 The Dolphin Connection, Inc. | 3/28/2025 | $ 20,000.00 | Intercompany Transaction |

Insider's Name

61 Hawks Cay Blvd
Street

Duck Key          FL          33050
City          State          ZIP Code

Country

**Relationship to Debtor**

Affiliate

Debtor: MS Leisure Company

Name

Case number *(if known)*:    25-10610

4.104 **The Dolphin Connection, Inc.**    1/3/2025    $    12,000.00    Intercompany Transaction
Insider's Name

61 Hawks Cay Blvd
Street

Duck Key            FL        33050
City        State        ZIP Code

Country

**Relationship to Debtor**

Affiliate

4.105 **The Dolphin Connection, Inc.**    1/3/2025    $    12,000.00    Intercompany Transaction
Insider's Name

61 Hawks Cay Blvd
Street

Duck Key            FL        33050
City        State        ZIP Code

Country

**Relationship to Debtor**

Affiliate

4.106 **Triton Investment Holdings**    1/2/2025    $    90,000.00    Intercompany Transaction
Insider's Name

Av. Banco Chinchorro Esquina, Acanceh MZA
1, LT 8 SM 13
Street

Quintana Roo

Cancun
City        State        ZIP Code

Mexico
Country

**Relationship to Debtor**

Affiliate

Debtor: MS Leisure Company

Name

Case number *(if known)*: 25-10610

4.107  Triton Investments Holdings LLC    4/30/2024    $    10,000.00    Intercompany Transaction

Insider's Name

Av. Bonampak 53

Street

| Cancún | Quintana Roo | 77500 |
|--------|--------------|-------|
| City | State | ZIP Code |

Mexico

Country

**Relationship to Debtor**

Affiliate

4.108  Triton Investments Holdings LLC    6/4/2024    $    10,000.00    Intercompany Transaction

Insider's Name

Av. Bonampak 53

Street

| Cancún | Quintana Roo | 77500 |
|--------|--------------|-------|
| City | State | ZIP Code |

Mexico

Country

**Relationship to Debtor**

Affiliate

4.109  Triton Investments Holdings LLC    7/3/2024    $    10,000.00    Intercompany Transaction

Insider's Name

Av. Bonampak 53

Street

| Cancún | Quintana Roo | 77500 |
|--------|--------------|-------|
| City | State | ZIP Code |

Mexico

Country

**Relationship to Debtor**

Affiliate

Debtor: MS Leisure Company

Name

Case number *(if known)*: 25-10610

| | | | |
|---|---|---|---|
| 4.110 Triton Investments Holdings LLC | 7/30/2024 | $ 10,000.00 | Intercompany Transaction |
| Insider's Name | | | |

Av. Bonampak 53

Street

| | | |
|---|---|---|
| Cancún | Quintana Roo | 77500 |
| City | State | ZIP Code |

Mexico

Country

**Relationship to Debtor**

Affiliate

## 5. Repossessions, foreclosures, and returns

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's Name and Address | Description of the Property | Date | Value of property |
|---|---|---|---|
| 5.1 | | | $ |
| Creditor's Name | | | |
| Street | | | |
| City          State          ZIP Code | | | |
| Country | | | |

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's Name and Address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1 | | | $ |
| Creditor's Name | | | |
| Street | | | |
| | Last 4 digits of account number: XXXX– | | |
| City          State          ZIP Code | | | |
| Country | | | |

Debtor: MS Leisure Company
Name

Case number *(if known):*  25-10610

| Part 3: | Legal Actions or Assignments |
| --- | --- |

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
| --- | --- | --- | --- |
| 7.1 See SOFA 7 Attachment | | | ☐ Pending |
| | | Name | ☐ On appeal |
| | | | ☐ Concluded |
| | | Street | |
| **Case number** | | | |
| | | City          State          ZIP Code | |
| | | Country | |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the Property | Value |
| --- | --- | --- |
| 8.1 | | $ |
| Custodian's name | **Case title** | **Court name and address** |
| Street | | Name |
| | **Case number** | Street |
| City          State          ZIP Code | | |
| Country | **Date of order or assignment** | City          State          ZIP Code |
| | | Country |

Debtor:  MS Leisure Company

Case number *(if known)*:  25-10610
_____

Name

<table>
<tr><td style="background:black; color:white">**Part 4:**</td><td>**Certain Gifts and Charitable Contributions**</td></tr>
</table>

9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1 | | | $ |
| Creditor's Name | | | |
| Street | | | |
| City        State        ZIP Code | | | |
| Country | | | |
| **Recipient's relationship to debtor** | | | |

Debtor: MS Leisure Company
Name

Case number *(if known)*: 25-10610

---

**Part 5:**  **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1 | | | $ |

---

Debtor:   MS Leisure Company

Case number *(if known)*:    25-10610

Name

| Part 6: | Certain Payments or Transfers |
|---------|-------------------------------|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1 | | | | $ |

**Address**

Street

City          State          ZIP Code

Country

**Email or website address**

**Who made the payment, if not debtor?**

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| 12.1 | | | | $ |

**Trustee**

Debtor: MS Leisure Company
_____
Name

Case number *(if known):*  25-10610
_____

**13. Transfers not already listed on this statement**

List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 | _____ | _____ | _____ | $ _____ |

**Address**

_____
Street

_____

_____
City            State            ZIP Code

_____
Country

**Relationship to Debtor**

_____

Debtor: MS Leisure Company
　　　　Name

Case number *(if known)*:   25-10610

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1 _____<br>Street<br><br>_____<br><br>_____<br>City　　　State　　　ZIP Code<br><br>_____<br>Country | From _____ To _____ |

Debtor: MS Leisure Company

Name

Case number *(if known)*:   25-10610

| Part 8: | Health Care Bankruptcies |
|---|---|

### 15. Health Care bankruptcies

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility Name and Address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.1

Facility Name

_____

Street

Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.

How are records kept?

Check all that apply:

☐ Electronically

☐ Paper

City        State        ZIP Code

Country

Debtor: MS Leisure Company
Name

Case number *(if known)*: 25-10610

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained.    Miami Seaquarium Blog (email list)

Does the debtor have a privacy policy about that information?

☐ No

☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| 17.1 | EIN: |

Has the plan been terminated?

☐ No

☐ Yes

Official Form 207    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    Page 128

Debtor: MS Leisure Company

Name

Case number *(if known):*    25-10610

---

**Part 10:**    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

### 18. Closed financial accounts

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____ Name _____ Street _____ _____ City    State    ZIP Code _____ Country | XXXX-____ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other _____ | _____ | $ _____ |

### 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| 19.1 _____ Name _____ Street _____ City    State    ZIP Code _____ Country | _____ **Address** _____ | _____ | ☐ No ☐ Yes |

Debtor: MS Leisure Company

Name

Case number *(if known)*: 25-10610

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| 20.1 | Name | | | ☐ No |
| | Street | | | ☐ Yes |
| | | | **Address** | |
| | City          State          ZIP Code | | | |
| | Country | | | |

Debtor: MS Leisure Company
Name

Case number *(if known)*:  25-10610

---

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **21.1** Controladora Dolphin, S.A. de C.V.<br>Name<br>Av. Banco Chinchorro Mz. 1 Lt. 8<br>Supermanzana 13 , QUINTANA ROO<br>Street<br><br>Cancun          QR          77504<br>City          State          ZIP Code<br>Mexico<br>Country | MS Leisure Company | African black-footed penguin (9) | $          Unliquidated |
| **21.2** Controladora Dolphin, S.A. de C.V.<br>Name<br>Av. Banco Chinchorro Mz. 1 Lt. 8<br>Supermanzana 13 , QUINTANA ROO<br>Street<br><br>Cancun          QR          77504<br>City          State          ZIP Code<br>Mexico<br>Country | MS Leisure Company | American flamingo (28) | $          Unliquidated |
| **21.3** Controladora Dolphin, S.A. de C.V.<br>Name<br>Av. Banco Chinchorro Mz. 1 Lt. 8<br>Supermanzana 13 , QUINTANA ROO<br>Street<br><br>Cancun          QR          77504<br>City          State          ZIP Code<br>Mexico<br>Country | MS Leisure Company | Black and white tegu (2) | $          Unliquidated |
| **21.4** Controladora Dolphin, S.A. de C.V.<br>Name<br>Av. Banco Chinchorro Mz. 1 Lt. 8<br>Supermanzana 13 , QUINTANA ROO<br>Street<br><br>Cancun          QR          77504<br>City          State          ZIP Code<br>Mexico<br>Country | MS Leisure Company | Blue and gold macaw | $          Unliquidated |

Debtor: MS Leisure Company

Case number *(if known):* 25-10610

Name

21.5 Controladora Dolphin, S.A. de C.V.
Name

MS Leisure Company

Hybrid red/yellow footed tortoise (3)

$ _____ Unliquidated

Av. Banco Chinchorro Mz. 1 Lt. 8
Supermanzana 13 , QUINTANA ROO
Street

Cancun        QR        77504
City        State        ZIP Code

Mexico
Country

21.6 Controladora Dolphin, S.A. de C.V.
Name

MS Leisure Company

Military macaw

$ _____ Unliquidated

Av. Banco Chinchorro Mz. 1 Lt. 8
Supermanzana 13 , QUINTANA ROO
Street

Cancun        QR        77504
City        State        ZIP Code

Mexico
Country

21.7 Controladora Dolphin, S.A. de C.V.
Name

MS Leisure Company

Moluccan cockatoo

$ _____ Unliquidated

Av. Banco Chinchorro Mz. 1 Lt. 8
Supermanzana 13 , QUINTANA ROO
Street

Cancun        QR        77504
City        State        ZIP Code

Mexico
Country

21.8 Controladora Dolphin, S.A. de C.V.
Name

MS Leisure Company

Red and green wing macaw

$ _____ Unliquidated

Av. Banco Chinchorro Mz. 1 Lt. 8
Supermanzana 13 , QUINTANA ROO
Street

Cancun        QR        77504
City        State        ZIP Code

Mexico
Country

21.9 Controladora Dolphin, S.A. de C.V.
Name

MS Leisure Company

Red footed tortoise (2)

$ _____ Unliquidated

Av. Banco Chinchorro Mz. 1 Lt. 8
Supermanzana 13 , QUINTANA ROO
Street

Cancun        QR        77504
City        State        ZIP Code

Mexico
Country

Debtor: MS Leisure Company

Name

Case number *(if known)*: 25-10610

| | | | |
|---|---|---|---|
| 21.10 Controladora Dolphin, S.A. de C.V.<br>Name | MS Leisure Company | White cockatoo | $ _____ Unliquidated |
| Av. Banco Chinchorro Mz. 1 Lt. 8<br>Supermanzana 13 , QUINTANA ROO<br>Street | | | |
| Cancun          QR          77504<br>City          State          ZIP Code | | | |
| Mexico<br>Country | | | |
| 21.11 Controladora Dolphin, S.A. de C.V.<br>Name | MS Leisure Company | Yellow footed tortoise (5) | $ _____ Unliquidated |
| Av. Banco Chinchorro Mz. 1 Lt. 8<br>Supermanzana 13 , QUINTANA ROO<br>Street | | | |
| Cancun          QR          77504<br>City          State          ZIP Code | | | |
| Mexico<br>Country | | | |
| 21.12 U.S. Fish and Wildlife Service<br>Name | MS Leisure Company | African grey | $ _____ Unliquidated |
| 5275 Leesburg Pike<br>Street | | | |
| Falls Church     VA     22041-3803<br>City          State          ZIP Code | | | |
| Country | | | |
| 21.13 U.S. Fish and Wildlife Service<br>Name | MS Leisure Company | Blue and gold macaw | $ _____ Unliquidated |
| 5275 Leesburg Pike<br>Street | | | |
| Falls Church     VA     22041-3803<br>City          State          ZIP Code | | | |
| Country | | | |
| 21.14 U.S. Fish and Wildlife Service<br>Name | MS Leisure Company | Macaw hybrid | $ _____ Unliquidated |
| 5275 Leesburg Pike<br>Street | | | |
| Falls Church     VA     22041-3803<br>City          State          ZIP Code | | | |
| Country | | | |

Debtor: MS Leisure Company
Name

Case number *(if known)*:    25-10610

---

21.15  U.S. Fish and Wildlife Service
Name
5275 Leesburg Pike
Street

Falls Church    VA    22041-3803
City    State    ZIP Code

Country

MS Leisure Company    Red and green wing macaw (2)    $    Unliquidated

---

21.16  U.S. Fish and Wildlife Service
Name
5275 Leesburg Pike
Street

Falls Church    VA    22041-3803
City    State    ZIP Code

Country

MS Leisure Company    Red lored amazon    $    Unliquidated

---

21.17  U.S. Fish and Wildlife Service
Name
5275 Leesburg Pike
Street

Falls Church    VA    22041-3803
City    State    ZIP Code

Country

MS Leisure Company    Scarlet macaw (2)    $    Unliquidated

---

21.18  U.S. Fish and Wildlife Service
Name
5275 Leesburg Pike
Street

Falls Church    VA    22041-3803
City    State    ZIP Code

Country

MS Leisure Company    Suphr-crested cockatoo    $    Unliquidated

---

Debtor: MS Leisure Company

Case number *(if known):*  25-10610

Name

---

| **Part 12:** | **Details About Environmental Information** |

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No

☐ Yes. Provide details below.

| | Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|---|
| 22.1 | | Name | | ☐ Pending |
| | | Street | | ☐ On appeal |
| | Case Number | | | ☐ Concluded |
| | | City        State        ZIP Code | | |
| | | Country | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No

☐ Yes. Provide details below.

| | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|---|
| 23.1 | Name | Name | | |
| | Street | Street | | |
| | City        State        ZIP Code | City        State        ZIP Code | | |
| | Country | Country | | |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor: MS Leisure Company

Case number *(if known)*: 25-10610

Name

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|---|
| 24.1 | Name | Name | | |
| | Street | Street | | |
| | | | | |
| | City        State        ZIP Code | City        State        ZIP Code | | |
| | Country | Country | | |

Debtor: MS Leisure Company
Name

Case number *(if known)*: 25-10610

---

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1 | | | EIN: |
| | Name | | **Dates business existed** |
| | Street | | From _____  To _____ |
| | City          State          ZIP Code | | |
| | Country | | |

26.  **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and Address | Dates of service |
|---|---|---|
| 26a.1 | Javier Otero Ibarra - Mexico Comptroller<br>Name<br>Av. Banco Chinchorro Mz. 1 Lt. 8 Supermanzana 13<br>Street<br><br>Cancun          QR          77504<br>City          State          ZIP Code<br>Mexico<br>Country | From 9/23/2002   To Present |
| 26a.2 | Martin Flores  - Controller<br>Name<br>Av. Banco Chinchorro Mz. 1 Lt. 8 Supermanzana 13<br>Street<br><br>Cancun          QR          77504<br>City          State          ZIP Code<br>Mexico<br>Country | From 2004   To 2025 |
| 26a.3 | Michael Woods - Accounting Manager<br>Name<br>9600 Oceanshore Blvd<br>Street<br><br>St. Augustine          FL          32080<br>City          State          ZIP Code<br>Country | From Unknown   To 2024 |

Debtor: MS Leisure Company
Name

Case number *(if known)*    25-10610

| 26a.4 | Sergio Jacome Palma - Chief Financial Officer | From | 2017 | To | 2025 |
|---|---|---|---|---|---|

Name

Av. Banco Chinchorro Mz. 1 Lt. 8 Supermanzana 13
Street

| Cancun | QR | 77504 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

| 26a.5 | Ulises Cuellar - USA Finance Director | From | 2024 | To | Present |
|---|---|---|---|---|---|

Name

4400, Rickenbacker Cswy
Street

| Miami | FL | 33149 |
|---|---|---|
| City | State | ZIP Code |

Country

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and Address | | | Dates of service | | | |
|---|---|---|---|---|---|---|
| 26b.1 | Carr, Riggs and Ingram, LLC | | From | 2023 | To | Present |
| | Name | | | | | |
| | 14101 Panama City Beach Pkwy | | | | | |
| | Street | | | | | |
| | Suite 200 | | | | | |
| | Panama City | FL | 32405 | | | |
| | City | State | ZIP Code | | | |
| | Country | | | | | |
| 26b.2 | Eduardo Albor | | From | 1994 | To | 2025 |
| | Name | | | | | |
| | Av. Banco Chinchorro Mz. 1 Lt. 8 Supermanzana 13 | | | | | |
| | Street | | | | | |
| | Cancun | QR | 77504 | | | |
| | City | State | ZIP Code | | | |
| | Mexico | | | | | |
| | Country | | | | | |
| 26b.3 | Edwin Gonzalez | | From | 2023 | To | Present |
| | Name | | | | | |
| | 4400, Rickenbacker Cswy | | | | | |
| | Street | | | | | |
| | Miami | FL | 33149 | | | |
| | City | State | ZIP Code | | | |
| | Country | | | | | |

Debtor: MS Leisure Company

Case number (if known): 25-10610

Name

| 26b.4 | FTI Consulting, Inc. | | | From | 2023 | To | 2024 |
|---|---|---|---|---|---|---|---|

Name

555 12th Street North West

Street

Suite 700

| Washington | DC | 20004 |
|---|---|---|
| City | State | ZIP Code |

Country

| 26b.5 | Martin Flores | | | From | 2004 | To | 2025 |
|---|---|---|---|---|---|---|---|

Name

Banco Chinchorro 87

Street

| Cancun | QR | 77504 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

| 26b.6 | Michael Woods | | | From | Unknown | To | 2024 |
|---|---|---|---|---|---|---|---|

Name

9600 Oceanshore Blvd,

Street

| St. Augustine | FL | 32080 |
|---|---|---|
| City | State | ZIP Code |

Country

| 26b.7 | RSM México Bogarín S.C | | | From | 2024 | To | 2024 |
|---|---|---|---|---|---|---|---|

Name

Blvd. Manuel Ávila Camacho No. 76 PB

Street

| Mexico City | | 11100 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

| 26b.8 | Sergio Jacome Palma | | | From | 2017 | To | 2025 |
|---|---|---|---|---|---|---|---|

Name

Av. Banco Chinchorro Mz. 1 Lt. 8 Supermanzana 13

Street

| Cancun | QR | 77504 |
|---|---|---|
| City | State | ZIP Code |

Mexico

Country

Debtor: MS Leisure Company

Name

Case number *(if known)*: 25-10610

26b.9 Ulises Cuellar

Name

From 2024   To   Present

4400, Rickenbacker Cswy

Street

| Miami | FL | 33149 |
|-------|-------|----------|
| City | State | ZIP Code |

Country

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.1 Carr, Riggs and Ingram, LLC

Name

14101 Panama City Beach Pkwy

Street

Suite 200

| Panama City | FL | 32405 |
|-------|-------|----------|
| City | State | ZIP Code |

Country

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2 Eduardo Albor

Name

Av. Banco Chinchorro Mz. 1 Lt. 8 Supermanzana 13

Street

| Cancun | QR | 77504 |
|-------|-------|----------|
| City | State | ZIP Code |

Mexico

Country

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.3 Javier Otero

Name

Av. Banco Chinchorro Mz. 1 Lt. 8 Supermanzana 13

Street

| Cancun | QR | 77504 |
|-------|-------|----------|
| City | State | ZIP Code |

Mexico

Country

Debtor: MS Leisure Company
Name

Case number *(if known)*:    25-10610

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.4  Martin Flores Merino
Name

Av. Banco Chinchorro Mz. 1 Lt. 8 Supermanzana 13
Street

Cancun                                   QR            77504
City                                          State         ZIP Code

Mexico
Country

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.5  Sergio Jacome Palma
Name

Av. Banco Chinchorro Mz. 1 Lt. 8 Supermanzana 13
Street

Cancun                                   QR            77504
City                                          State         ZIP Code

Mexico
Country

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

26d.1  Cigna Health and Life Insurance Company
Name

900 Cottage Grove Road
Street

Bloomfield                               CT            06002
City                                          State         ZIP Code

Country

Debtor: MS Leisure Company

Case number *(if known)*:    25-10610

Name

| Name and address |
|---|

26d.2  Leisure Investment Funding LLC
Name

9 West 57th Street, 40th Floor
Street

| New York | NY | 10019 |
|---|---|---|
| City | State | ZIP Code |

Country

| Name and address |
|---|

26d.3  Prudential Legacy Insurance Company of New Jersey
Name

655 Board Street, 17th Floor
Street

South Tower

| Newark | NJ | 07102 |
|---|---|---|
| City | State | ZIP Code |

Country

| Name and address |
|---|

26d.4  The Prudential Insurance Company of America
Name

Two Prudential Plaza 180 N. Stetson Avenue
Street

Suite 5600

| Chicago | IL | 60601 |
|---|---|---|
| City | State | ZIP Code |

Country

| Name and address |
|---|

26d.5  Wilmington Trust, National Association
Name

50 South Sixth Street
Street

Suite 1290

| Minneapolis | MN | 55402 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: MS Leisure Company

Case number *(if known)*: 25-10610

Name

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☒ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of Inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Victor Fernandez | 2/28/2025 | $ 46,401.29 |

| Name and address of the person who has possession of inventory records | | |
|---|---|---|
| 27.1 Edwin Gonzalez | | |

Name

4400 Rickenbacker Causeway

Street

| Miami | FL | 33149 |
|---|---|---|
| City | State | ZIP Code |

Country

| Name of the person who supervised the taking of the inventory | Date of Inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Victor Fernandez | 3/31/2025 | $ 46,969.26 |

| Name and address of the person who has possession of inventory records | | |
|---|---|---|
| 27.2 Edwin Gonzalez | | |

Name

4400 Rickenbacker Causeway

Street

| Miami | FL | 33149 |
|---|---|---|
| City | State | ZIP Code |

Country

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| | Name | Address | Position and Nature of any interest | % of interest, if any |
|---|---|---|---|---|
| 28.1 | Edwin Gonzalez | 4400 Rickenbacker Causeway, Miami, FL 33149 | Regional Director - USA | 0.00% |
| 28.2 | Robert Wagstaff | 600 Brickell Avenue, Suite 2550, Miami, FL 33131 | Chief Restructuring Officer | 0.00% |
| 28.3 | Steven Strom | 4400 Rickenbacker Causeway, Miami, FL 33149 | Independent Director | 0.00% |
| 28.4 | Triton Investments Holdings LLC | Av. Banco Chinchorro Esquina, Acanceh MZA 1, LT 8 SM 13, Cancun, QR 77504, Mexico | Shareholder | 100.00% |

Debtor: MS Leisure Company

Name

Case number *(if known)*: 25-10610

**29.  Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners,   members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

☑ Yes. Identify below.

| | Name | Address | Position and Nature of any interest | Period during which position or interest was held |
|---|---|---|---|---|
| 29.1 | Concepcion Esteban Manchado | 4400 Rickenbacker Causeway, Miami, FL 33149 | Director | From Unknown  To 3/28/2025 |
| 29.2 | Concepcion Esteban Manchado | 4400 Rickenbacker Causeway, Miami, FL 33149 | Secretary | From Unknown  To 3/28/2025 |
| 29.3 | Eduardo Albor | 4400 Rickenbacker Causeway, Miami, FL 33149 | Director | From Unknown  To 3/28/2025 |
| 29.4 | Eduardo Albor | 4400 Rickenbacker Causeway, Miami, FL 33149 | President | From Unknown  To 3/28/2025 |
| 29.5 | Travis William Burke | 4400 Rickenbacker Causeway, Miami, FL 33149 | Director | From Unknown  To 3/28/2025 |
| 29.6 | Travis William Burke | 4400 Rickenbacker Causeway, Miami, FL 33149 | Treasurer | From Unknown  To 3/28/2025 |
| 29.7 | Valeria Margarita Albor Dominguez | 4400 Rickenbacker Causeway, Miami, FL 33149 | Vice President | From Unknown  To 3/28/2025 |

**30.  Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans,credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | See SOFA Question 4 | | | |
| | Name | | | |
| | Street | | | |
| | City          State          ZIP Code | | | |
| | Country | | | |
| | **Relationship to debtor** | | | |

**31.  Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| | Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|---|
| 31.1 | | EIN: |

Debtor: MS Leisure Company

Name

Case number *(if known)*:   25-10610

**32.** **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| 32.1 | EIN: |

**Part 14:**  **Signature and Declaration**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.

18 U.S.C.§§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    08/04/2025
　　　　　　　　  MM / DD / YYYY

✖    / s / Robert Wagstaff                          Printed name   Robert Wagstaff

　　 Signature of individual signing on behalf of the debtor

　　 Position or relationship to debtor    Chief Restructuring Officer

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☐    No

☑    Yes

**In re: MS Leisure Company**
**Case No. 25-10610**
Attachment 7
Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

| Case Title | Case number | Nature of case | Court name | Court address 1 | Court address 2 | Court City | Court State | Court Zip | Court Country | Status of case |
|---|---|---|---|---|---|---|---|---|---|---|
| American Plumbing Supply Co, Inc. v. MS Leisure Company | 2023-000638-CC-24 | Civil Action — Collection of Unpaid Goods or Services | In the Circuit Court of the 11th Judicial Circuit, in and for Miami-Dade County, Florida | Miami-Dade County Courthouse | 73 West Flagler Street | Miami | FL | 33130 | | Concluded |
| Festival Fun Parks, LLC (d/b/a Miami Seaquarium); Palace Entertainment Holdings, LLC | 2022-001847-CA-01 | Personal Injury / Premises Liability | In the Circuit Court of the 11th Judicial Circuit, in and for Miami-Dade County, Florida | Miami-Dade County Courthouse | 73 West Flagler Street | Miami | FL | 33130 | | Concluded |
| Festival Fun Parks, LLC v. MS Leisure Company and Dolphin Leisure, Inc. | C.A. No. N23C-03-304 EMD CCLD | Breach of Contract and Breach of Guarantee related to Asset Purchase Agreement | Superior Court of the State of Delaware | 500 North King Street | | Wilmington | DE | 19801 | | Concluded |
| Festival Fun Parks, LLC v. MS Leisure Company and Dolphin Leisure, Inc. | Case No. 2024-13768-CA | Payment Pursuant to Florida Status 77.28 | In the Circuit Court of the 11th Judicial Circuit, in and for Miami-Dade County, Florida | 73 West Flagler Street | | Miami | FL | 33130 | | Concluded |
| Festival Fun Parks, LLC v. MS Leisure Company and Dolphin Leisure, Inc. | Case No. 24-13768CA31 | Notice of Service of Answer | In the Circuit Court of the 11th Judicial Circuit, in and for Miami-Dade County, Florida | 73 West Flagler Street | | Miami | FL | 33130 | | Concluded |
| Festival Fun Parks, LLC v. MS Leisure Company and Dolphin Leisure, Inc. | N24C-12-098 EMD CCLD | Breach of Contract (Commercial) | Superior Court of Delaware, New Castle County (CCLD) | 500 North King Street | | Wilmington | DE | 19801 | | Concluded |
| Festival Fun Parks, LLC v. MS Leisure Company and Dolphin Leisure, Inc. v. Tiqets, Inc. (Garnishee) | 24-13768CA31 | Post-Judgment Garnishment Proceeding | In the Circuit Court of the 11th Judicial Circuit, in and for Miami-Dade County, Florida | Miami-Dade County Courthouse | 73 West Flagler Street | Miami | FL | 33130 | | Concluded |
| MS Leisure Company v. Philip Demers, et al. | 2023-017214-CA-01 | This is a civil case involving business/commercial disputes | In the Circuit Court of the 11th Judicial Circuit, in and for Miami-Dade County, Florida | 73 West Flagler Street | | Miami | FL | 33130 | | Concluded |
| Reyes v. MS Leisure Company | 2023-016318-CA-01 | Premises liability / slip and fall | In the Circuit Court of the 11th Judicial Circuit, in and for Miami-Dade County, Florida | 73 West Flagler Street | | Miami | FL | 33130 | | Concluded |
| Sentinel Insurance Company v. Festival Fun Parks, LLC | 9:23-cv-81056 | Insurance Coverage Dispute | U.S. District Court – Southern District of Florida | 73 West Flagler Street | | Miami | FL | 33130 | | Concluded |